**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CONNIE FRANCO PAVLICAS,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **vs.** ) | **CIVIL ACTION No. 1:07-cv-01318 HHK** |
| ) | |
| **ELI LILLY AND COMPANY, ET AL.,** ) | |
| ) | |
| **Defendant**. ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| ) | |

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Pursuant to LCvR 83.6, please enter the appearance of Judith L. O'Grady as counsel for Defendant Eli Lilly and Company in the above-captioned matter.

Dated:  July 27, 2007                          Respectfully Submitted,

                                               SHOOK, HARDY & BACON, L.L.P.

                                                /s/ Judith L. O'Grady
                                               Judith L. O'Grady, DC Bar No. 494290
                                               600 14th Street, N.W., Suite 800
                                               Washington, D.C. 20005-2004
                                               (202) 783-8400 Telephone
                                               (202) 783-4211 Facsimile

                                               **ATTORNEYS FOR DEFENDANT**
                                               **ELI LILLY AND COMPANY**

## CERTIFICATE OF SERVICE

   I, the undersigned, hereby certify that a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, this 27th day of July, 2007, which sent notification of such filing to all counsel of record listed below.

Aaron M. Levine
Aaron M. Levine & Associates
1320 19th Street, N.W., Suite 500
Washington, D.C.  20036
**Attorneys for Plaintiff**

Janet K. Coleman
Daniel Whitney
Whitney & Bogris, LLP
401 Washington Avenue, 12th Floor
Towson, MD  21204
**Attorneys for GlaxoSmithKline, Inc.
and Mallinkrodt, Inc.**

Sidney G. Leech
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, MD  21202
**Attorneys for Bristol Myers Squibb
Company**

Elizabeth Ewert
Drinker Biddle & Reath, LLP
1500 K Street NW, Suite 1100
Washington, DC  20005
**Attorneys for Merck & Company,
Pharmacia and Upjohn Company and
Ortho-McNeil Pharmaceuticals, Inc.**

John F. Anderson
Troutman Sanders, LLP
1660 International Drive, Suite 600
McLean, VA  22102
**Attorneys for Dart Industries, Inc.**

Aaron M. Bailey
Goodwin Proctor, LLP
901 New York Avenue, NW, Suite 900
Washington, D.C.  20001

Christopher Garvey
Diana Scharf
Goodwin Proctor, LLP
599 Lexington Ave.
New York, NY 10022

**Attorneys for Premo Pharmaceutical
Laboratories, Inc.**

Sean C.E. McDonough
David D. Hudgins
Hudgins Law Firm
515 King Street, Suite 400
Alexandria, VA  22314
**Attorneys for Person & Covey, Inc.**

Jennifer G. Levy
Kirkland & Ellis, LLP
655 Fifteenth Street NW, Suite 1200
Washington, DC  20005-5793
**Attorneys for Abbott Laboratories, Inc.**

Harold M. Walter
Tydings & Rosenberg, LLP
100 East Pratt Street, Suite 2600
Baltimore, MD  21202
**Attorneys for Elan Pharmaceuticals**

   /s/ Judith L. O'Grady
**ATTORNEY FOR DEFENDANT
ELI LILLY AND COMPANY**

141265v1