IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CONNIE PAVLICAS,

   Plaintiff                                                   *

                                                             Case No. 07 CV 001318 (HHK)

v.                                                       *

ELI LILLY AND COMPANY, et. al.         *

   Defendants                                          *

*   *   *   *   *   *   *   *   *   *   *   *

## ENTRY OF APPEARANCE

Please enter the appearance of Janet K. Coleman on behalf of GlaxoSmithKline, sued herein as successor to S.E. Massengill.

                                          Respectfully submitted,

                                           /s/ Janet K. Coleman
                                   Janet K. Coleman (497902)
                                   WHITNEY & BOGRIS, LLP
                                   401 Washington Avenue
                                   12th Floor
                                   Towson, MD  21204
                                   (410) 583-8000
                                   **Attorneys for GLAXOSMITHKLINE**