**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

CONNIE PAVLICAS,

    Plaintiff                        *

                                          Case No. 07 CV 001318 (HHK)

v.                                *

ELI LILLY AND COMPANY, et. al.     *

    Defendants                  *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ENTRY OF APPEARANCE**

Please enter the appearance of Janet K. Coleman on behalf of Mallinckrodt, Inc.

                            Respectfully submitted,

                            _/s/ Janet K. Coleman_
                          Janet K. Coleman (497902)
                          WHITNEY & BOGRIS, LLP
                          401 Washington Avenue
                          12th Floor
                          Towson, MD 21204
                          (410) 583-8000
                          **Attorneys for Mallinckrodt, Inc.**