UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONNIE PAVLICAS, | * |
| | * |
| Plaintiff, | * |
| v. | * Civil Action No. 07-CV-001318 (HHK) |
| | * |
| Eli Lilly and Company, et al., | * |
| Defendants. | * |
| | * |

*   *   *   *   *   *   *   *   *   *   *   *

**LCvR 7.1 CERTIFICATE**

I, the undersigned counsel of record for Mallinckrodt, Inc., provide this disclosure, in which I certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, or affiliates of Mallinckrodt, Inc. which have any outstanding securities in the hands of the public:

Covidien, Ltd.

These representations are made in order that the judges of this court may determine the need for recusal.

Respectfully submitted,

 /s/ Janet K. Coleman

Janet K. Coleman, (497902)
WHITNEY & BOGRIS, LLP
401 Washington Avenue
Twelfth Floor
Towson, Maryland 21204
(410) 583-8000

**Attorneys for MALLINCKRODT, INC.**