IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONNIE F. PAVLICAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 07cv01318(HHK) |
| v. ) | |
| ) | |
| ELI LILLY AND COMPANY, et al., ) | |
| ) | |
| Defendants. ) | |

**STIPULATION DISMISSING**
**DART INDUSTRIES, INC. WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the plaintiff Connie Franco Pavlicas and defendant Dart Industries, Inc. (formerly known as Rexall Drug Company), that the above-entitled action be dismissed with prejudice as against Dart Industries, Inc. and without costs to any party hereto as against the other.

STIPULATED AND AGREED TO:

/s/ Aaron M. Levine
Aaron M. Levine
D.C. Bar # 7864
Attorneys for Plaintiff
Aaron M. Levine & Associates
1320 19th Street, N.W.
Suite 500
Washington, DC 20036
(202) 833-8040

/s/ John F. Anderson
John F. Anderson
D.C. Bar # 393764
Attorneys for Defendant
Dart Industries, Inc.
Troutman Sanders LLP
1660 International Dr., Suite 600
McLean, Virginia 22102
(703) 734-4356