## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONNIE FRANCO PAVLICAS, )<br><br>Plaintiff, )<br><br>vs. )<br><br>ELI LILLY AND COMPANY, ET AL., )<br><br>Defendants. ) | CIVIL ACTION No. 1:07-cv-01318 HHK |

### DEFENDANT PHARMACIA & UPJOHN COMPANY LLC
### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Connie Franco Pavlicas ("Plaintiff"), and Defendant Pharmacia & Upjohn Company LLC (hereinafter "Upjohn"), have reached a confidential settlement of the above-captioned case, and as part of the terms of the settlement, the parties have agreed to the dismissal with prejudice of the above-captioned case in its entirety as to Defendant Upjohn. Further, Plaintiff and Defendant Upjohn have agreed that Plaintiff and Defendant Upjohn will bear separately all attorneys' fees and costs arising from the actions of their respective counsel in connection with the above-referenced matter.

WHEREFORE, Plaintiff and Defendant Upjohn, through their respective counsel, jointly move this Court to dismiss the above-captioned case with prejudice as to Upjohn each party to bear its own attorneys' fees and costs.

Respectfully submitted,

AARON M. LEVINE & ASSOCIATES

By:_____
     Aaron M. Levine (#7864)
     1320 - 19th Street, N.W., Suite 500
     Washington, D.C. 20036
     Telephone: 202/833-8040
     *Counsel for Plaintiffs*

           May 3
Dated: ~~March~~ __, 2007

DRINKER BIDDLE &REATH, LLP

By:_____
     Elizabeth Ewert (#479368)
     1500 K Street, N.W., Suite 1100
     Washington, D.C. 20005-1209
     Telephone: 202/842-8800
     *Counsel for Defendant Pharmacia &*
     *Upjohn Company LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of August, 2007, a copy of the above and foregoing Stipulation of Dismissal with Prejudice with filed electronically with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to all parties and counsel in this case.


/s/ Elizabeth Ewert
Elizabeth Ewert