**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **CONNIE FRANCO PAVLICAS** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No.: 1:07:CV:1318 |
| v. | ) | (HHK) |
| | ) | |
| **ELI LILLY AND COMPANY, et al.** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT ELI LILLY AND COMPANY'S RESPONSE
TO PLAINTIFF'S MOTION TO TRANSFER TO
THE EASTERN DISTRICT OF NEW YORK
AND MOTION FOR COSTS**

Pursuant to FED. R. CIV. P. 7, 28 U.S.C. § 1927, and as more fully set forth in Defendant Eli Lilly and Company's ("Lilly") Memorandum in Support of its Response to Plaintiff's Motion to Transfer to the Eastern District of New York and Motion for Costs, Lilly consents to the transfer of this case to the Eastern District of New York. Lilly further respectfully requests that this Court award Lilly its costs, expenses and fees as determined by the Court to be appropriate given the conduct of plaintiff who has unreasonably multiplied proceedings before this Court causing defendant to incur unnecessary and unreasonable expenses.

WHEREFORE, Defendant Eli Lilly and Company respectfully requests that the Court enter an Order granting Lilly's motion for costs and award Lilly the costs, expenses and fees it incurred as a result of this case having been filed and prosecuted in the District of Columbia. Lilly further requests that the Court's Order expressly provide that, once plaintiff's counsel notifies the Court that he has complied with that portion of the Order granting Lilly's motion for costs, this case shall be transferred to the Eastern District of New York. Eli Lilly and

Company further requests that the Court grant such other relief as the Court may deem just and proper.

Respectfully submitted,


/s/ Michelle R. Mangrum
Michelle R. Mangrum, D.C. Bar No. 473634
John Chadwick Coots, D.C. Bar No. 461979
SHOOK, HARDY & BACON, L.L.P
600 14TH Street, NW Suite 800
Washington, D.C.  20005-2004
Phone: (202) 783-8400
Fax: (202) 783-4211

and

David W. Brooks
SHOOK, HARDY & BACON, L.L.P.
2555 Grand Blvd.
Kansas City, MO  64108
Phone: (816) 474-6550
Fax: (816) 421-5547

**ATTORNEYS FOR DEFENDANT
ELI LILLY AND COMPANY**

141697v1

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, this 22nd day of August, 2007, which sent notification of such filing to all counsel of record listed below.

Aaron M. Levine
Aaron Levine & Associates
1320 19th St., N.W., Suite 500
Washington, D.C. 20036
**Attorneys for Plaintiff**


 /s/ Michelle R. Mangrum
**ATTORNEY FOR DEFENDANT
ELI LILLY AND COMPANY**

141697v1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CONNIE FRANCO PAVLICAS**  ) | |
| ) | |
| Plaintiff,  ) | Civil Action No.: 1:07:CV:1318 |
| ) | (HHK) |
| v.  ) | |
| ) | |
| **ELI LILLY AND COMPANY, et al.**  ) | |
| ) | |
| Defendant.  ) | |

**DEFENDANT ELI LILLY AND COMPANY'S MEMORANDUM IN SUPPORT
OF ITS RESPONSE TO PLAINTIFF'S MOTION TO TRANSFER TO
THE EASTERN DISTRICT OF NEW YORK AND MOTION FOR COSTS**

**INTRODUCTION**

This is a prescription drug product-liability action in which plaintiff claims that

her alleged *in utero* exposure to the synthetic estrogen diethylstilbestrol ("DES") in 1958-1959

caused her injury. Plaintiff's counsel filed this action in the District of Columbia even though

plaintiff's claims have no connection to the District. Now, nearly one year after filing this action

in the District of Columbia, but less than two weeks after Eli Lilly and Company ("Lilly")

removed this case,[1] plaintiff's counsel seeks to transfer this case to the Eastern District of New

York.

Because this case has no connection to the District of Columbia, transfer is

proper.[2] Plaintiff's counsel's actions, however, in first filing in the District of Columbia and then

seeking to transfer this case to the Eastern District of New York - after Lilly had incurred

---

[1] This case was not removable based on 28 U.S.C. § 1332 until plaintiff dismissed non-diverse defendant Bristol-Myers Squibb ("Squibb") on July 12, 2007.

[2] Lilly agrees that convenience and availability of witnesses, as well as other private-interest and public-interest factors, strongly favor the transfer of this case to the Eastern District of New York.

unnecessary expenses - are improper. Surely plaintiff's counsel knew when they filed this case in the District of Columbia that the District had no factual nexus with plaintiff's claims. Despite this knowledge, plaintiff's counsel engaged in forum shopping in order to take advantage of the District's liberal statute of limitations.[3] Having gotten what they want, plaintiff's counsel are now ready to move this case closer to the location of the events and witnesses. Such forum shopping and multiplication of the proceedings should not be condoned.

Because the Eastern District of New York is the proper forum for this case, Lilly cannot oppose transfer. However, this Court should not permit plaintiff's counsel to continue wasting both Lilly's and this Court's resources. To prevent such waste, Lilly requests that this Court require plaintiff's counsel to reimburse Lilly, pursuant to 28 U.S.C. § 1927, for the costs, expenses and fees it incurred as a result of this case having been filed and prosecuted in the District of Columbia in the amount of at least $5,000.[4]

## BACKGROUND

### I. Plaintiff's Counsel Were Aware That The Facts And Events Of This Case Were Centered In New York Before Filing Suit In The District of Columbia.

The majority of the facts relevant to both plaintiff's motion to transfer and Lilly's motion for costs are set forth in plaintiff's motion:

- Plaintiff was born in New York.
- Plaintiff was a resident of New York when this case was filed.
- Plaintiff's mother was allegedly prescribed and purchased DES in New York.
- Plaintiff's mother allegedly ingested DES in New York.
- Plaintiff alleges that she suffered injuries while living in New York.
- All relevant treating physicians are located in New York.

---

[3]  *See* http://www.aaronlevinelaw.com/our_team.htm (plaintiff's counsel's website where they admit they file cases in the District of Columbia in order to "access the liberal statute of limitations accorded cases by District of Columbia Courts").

[4]  Upon request from the Court, Lilly will provide an exact accounting of its costs, expenses and fees.

*See* Plaintiff's Motion to Transfer to the Eastern District of New York ("motion to transfer"). Neither plaintiff nor her counsel can reasonably claim that they were not aware of these facts before filing this lawsuit in the District of Columbia. They knew then, as they do now, that none of the events giving rise to this case occurred in the District of Columbia. Further, plaintiff's counsel also knew that no witnesses were located in the District of Columbia.

## II.    Plaintiff's Counsel's Prior History Further Illustrates Plaintiff's Counsel's Awareness That New York Is The Most Convenient Forum.

As illustrated above, plaintiff's counsel was certainly aware that the facts and witnesses involved in this case were centered in New York. Yet, they still filed this case in the District of Columbia. This is not the first DES case that plaintiff's counsel has filed here even though no party lived in the District, no relevant events occurred in the District, and no witnesses or documents were located here. With regard to DES cases filed by plaintiff's counsel and defended by the undersigned since 2005:

- None involved a resident of the District of Columbia.
- Eighteen were originally filed in the District of Columbia and then transferred to the more convenient forum.[5]

---

[5]    *See Awwad v. Eli Lilly and Company*, Civil Action No. 05-0605 (D.D.C. May 2, 2006) (Urbina, J.) (transferred to Texas) **Attachment A** to Affidavit of Michelle R. Mangrum in Support of Defendant Eli Lilly and Company's Memorandum in Support of Its Response to Plaintiff's Motion to Transfer to the Eastern District of New York and Motion for Costs, attached as **Exhibit 1**, at docket entry 21; *Barkman v. Eli Lilly and Company*, Civil Action No. 05-0629 (D.D.C. April 13, 2007) (Kennedy, J.) (transferred to Washington) **Attachment B** to Exhibit 1, at docket entry 49; *Dean v. Eli Lilly and Company*, Civil Action No. 06-1375 (D.D.C. June 1, 2007) (Sullivan, J.) (transferred to Massachusetts) **Attachment C** to Exhibit 1, at docket entry 21; *Ducharme-Conrad v. Eli Lilly and Company*, Civil Action No. 06-1838 (D.D.C June 25, 2007) (Walton, J.) (transferred to Massachusetts) **Attachment D** to Exhibit 1, at docket entry 19; *Halloran v. Eli Lilly and Company*, Civil Action No. 07-0152 (D.D.C. April 27, 2007) (Bates, J.) (transferred to Massachusetts) **Attachment E** to Exhibit 1, at docket entry 17; *Lagor v. Eli Lilly and Company*, Civil Action No. 06-1967 (D.D.C. June 18, 2007) (Bates, J.) (transferred to Rhode Island) **Attachment F** to Exhibit 1, at docket entry 22; *LaSalla v. Eli Lilly and Company*, Civil Action No. 07-0290 (D.D.C. May 25, 2007) (Urbina, J.) (transferred to Eastern District of Louisiana) **Attachment G** to Exhibit 1, at docket entry 16; *McEntee v. Eli Lilly and Company*, Civil Action No. 07-0457 (D.D.C. June 14, 2007) (Sullivan, J.) (transferred to Massachusetts) **Attachment H** to Exhibit 1, at docket entry 16; *Mordecai v. Eli Lilly and Company*, Civil Action No. 06-1634 (D.D.C. May 9, 2007) (Lamberth, J.) (transferred to Massachusetts) **Attachment I** to Exhibit 1, at docket entry 55; *Petrarca v. Eli Lilly and Company*, Civil Action No. 07-0417 (D.D.C. June 26, 2007) (Huvelle, J.) (transferred to Massachusetts)

3

- In thirteen of these cases, plaintiff's counsel consented to or did not oppose transfer to the more convenient forum.[6]
- In none of the cases filed since the beginning of 2005 has this Court denied Lilly's motion to transfer to the more convenient forum.

Plaintiff's counsel's pattern of needlessly multiplying the proceedings of these DES cases impacts not only Lilly but also the District of Columbia Courts. Here, plaintiff's counsel followed this pattern by initially filing this case in a jurisdiction with no contacts to the controversy. While jurisdiction and venue may be proper here, plaintiff's counsel knows that this is not a convenient forum for the parties, witnesses or courts. They now seek to transfer this case to the jurisdiction where the facts and witnesses are centered, a jurisdiction where many of

---

Attachment J to Exhibit 1, at docket entry 16; *Corbett v. Eli Lilly and Company*, Civil Action No. 05-1584 (D.D.C. June 6, 2006) (Robertson, J.) (transferred to Massachusetts) **Attachment K** to Exhibit 1, at docket entry 16; *Duseau v. Eli Lilly and Company*, Civil Action No. 05-1583 (D.D.C. March 22, 2006) (Kessler, J.) (transferred to Massachusetts) **Attachment L** to Exhibit 1, at docket entry 16; *Erickson v. Eli Lilly and Company*, Civil Action No. 05-2062 (D.D.C. April 18, 2006) (Walton, J.) (transferred to Massachusetts) **Attachment M** to Exhibit 1, at docket entry 15; *Gordon v. Eli Lilly and Company*, Civil Action No. 06-1055 (D.D.C. November 11, 2006) (Leon, J.) (transferred to Massachusetts) **Attachment N** to Exhibit 1, at docket entry 15; *Lentz v. Eli Lilly and Company*, Civil Action No. 06-1374 (D.D.C. December 18, 2006) (Huvelle, J.) (transferred to Maine) **Attachment O** to Exhibit 1, at docket entry 21; *Sugrue v. Eli Lilly and Company*, Civil Action No. 06-0764 (D.D.C. October 10, 2006) (Kessler, J.) (transferred to Massachusetts) **Attachment P** to Exhibit 1, at docket entry 13; *Taliercio v. Eli Lilly and Company*, Civil Action No. 05-0339 (D.D.C. June 27, 2005) (Kessler, J.) (transferred to New Jersey) **Attachment Q** to Exhibit 1, at docket entry 14; and *Theriault v. Eli Lilly and Company*, Civil Action No. 05-1556 (D.D.C. May 1, 2006) (Collyer, J.) (transferred to Massachusetts) **Attachment R** to Exhibit 1, at docket entry 16.

[6] *See Sugrue v. Eli Lilly and Company*, Civil Action No. 06-0764 (D.D.C. October 9, 2006) Attachment P to Exhibit 1, at docket entry 13; *Taliercio v. Eli Lilly and Company*, Civil Action No. 05-0339 (D.D.C. June 24, 2005), Attachment Q to Exhibit 1, at docket entry 14; *Halloran v. Eli Lilly and Company*, Civil Action No. 07-0152 (D.D.C. April 27, 2007) Attachment E to Exhibit 1, at docket entry 16; *Ducharme-Conrad v. Eli Lilly and Company*, Civil Action No. 06-1838 (D.D.C April 17, 2007) Attachment D to Exhibit 1, at docket entry 17; *LaSalla v. Eli Lilly and Company*, Civil Action No. 07-0290 (D.D.C May 24, 2007) Attachment G to Exhibit 1, at docket entry 16; *Awwad v. Eli Lilly and Company*, Civil Action No. 05-0605 (D.D.C. May 2, 2006) Attachment A to Exhibit 1, at docket entry 21; *Corbett v. Eli Lilly and Company*, Civil Action No. 05-1584 (D.D.C. April 3, 2006) Attachment K to Exhibit 1, at docket entry 15; *Duseau v. Eli Lilly and Company*, Civil Action No. 05-1583 (D.D.C. March 17, 2006) Attachment L to Exhibit 1, at docket entry 16; *Theriault v. Eli Lilly and Company*, Civil Action No. 05-1556 (D.D.C. March 21, 2006) Attachment R to Exhibit 1, at docket entry 16; *Gordon v. Eli Lilly and Company*, Civil Action No. 06-1055 (D.D.C. October 31, 2006) Attachment N to Exhibit 1, at docket entry 15; *McEntee v. Eli Lilly and Company*, Civil Action No. 07-0457 (D.D.C. June 13, 2007) Attachment H to Exhibit 1, at docket entry 15; and *Petrarca v. Eli Lilly and Company*, Civil Action No. 07-0417 (D.D.C. June 26, 2007) Attachment J to Exhibit 1, at docket entry 16.

141854v1

these unnecessary costs would have been avoided.  Plaintiff's counsel's gamesmanship and waste of Lilly's and this Court's resources should not be condoned.

## ARGUMENT

### I.    LILLY SHOULD BE AWARDED COSTS PURSUANT TO 28 U.S.C. § 1927.

Section 1927 of Title 28 of the United States Code provides that:

> Any attorney...who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

28 U.S.C. § 1927.  "The purpose of § 1927 is to allow the court 'to assess attorney's fees against an attorney who frustrates the progress of judicial proceedings.'"  *Naegele v. Albers*, 335 F. Supp.2d 129, 145 (D.D.C. 2005).  There must be evidence of a conscious choice by the attorney and the conduct must be unreasonable or vexatious or taken with an improper motive.  *Id.* at 145. *Laprade v. Kidder, Peabody & Co.*, 149 F.3d 899, 906 (D.D.C. 1998).

Here, plaintiff's counsel consciously chose to file this case in the District of Columbia's Superior Court, even though they were clearly aware that none of the witnesses were located in the District and that none of the events occurred in the District.  The fact that no events relevant to this lawsuit occurred in the District of Columbia and no witnesses are located here was not a concern to plaintiff as long as the case was pending in Superior Court.  Now, only after Lilly removed this case, plaintiff's counsel seeks to transfer this case to the district where they knew all along was the most convenient forum – the Eastern District of New York.  This gamesmanship, which has cost both this Court and Lilly unnecessary expenses by multiplying the proceedings unreasonably and vexatiously, is exactly the type of conduct 28 U.S.C. § 1927 seeks to remedy.  Pursuant to 28 U.S.C. § 1927, this Court should award Lilly with its costs, expenses and fees incurred as a result of counsel's aforementioned conduct.

5

A. **Plaintiff's Counsel Knowingly Filed This Case In A District Where None Of The Witnesses Were Located And None Of The Events Occurred.**

Plaintiff's counsel has been involved in the DES litigation for over twenty years. Consequently, plaintiff's counsel is knowledgeable as to the important witnesses and facts necessary to litigate such claims. As such, in their initial conferences with plaintiff, plaintiff's counsel certainly learned the important facts and identified important potential witnesses in this case. This information includes: (1) where the plaintiff was born, (2) where she currently lives, (3) where her alleged diagnosis occurred, (4) where plaintiff was treated for her alleged injuries, (5) where any alleged prescription for DES was written and filled, and (6) where plaintiff's mother allegedly ingested DES during her pregnancy with plaintiff. The answer to all of these questions is New York.

Nonetheless, and in complete disregard of these facts, plaintiff's counsel still filed this case in the District of Columbia on September 1, 2006. *See* Complaint, attached as **Exhibit 2.** While plaintiff's counsel would have this Court believe that they only learned of this case's connection to New York during discovery, they were aware of such before filing the Complaint. *See* Plaintiff's Motion to Transfer, at p. 2 (the "facts adduced during discovery demonstrate that the District of Columbia's contacts with this case are not as strong as the contacts clustered" in New York). In fact, the Complaint proves such awareness. In the Complaint, plaintiff's counsel states, "the mother of the Plaintiff herein ingested Diethylstilbestrol ("DES ") in New York." *See* Complaint, attached as Exhibit 2, at ¶ 3. Further, plaintiff's counsel listed plaintiff's address as Port Washington, New York. *Id.* at caption. Therefore, plaintiff's counsel was aware at the time of filing this suit that New York, not the District of Columbia, was the most convenient forum.

6

Further, plaintiff's counsel was unquestionably aware before filing this suit that most of the remaining facts and witnesses were located in the Eastern District of New York – where plaintiff's counsel is now attempting to transfer this case. Plaintiff's counsel knew that plaintiff Connie Pavlicas was born in the Eastern District of New York, where she lived on the date of filing. Additionally, plaintiff's counsel knew that plaintiff Connie Pavlicas was treated for her alleged DES injuries in the Eastern District of New York, where many of her treating physicians are located. Finally, plaintiff's counsel surely discovered before filing this case that plaintiff's mother allegedly obtained the DES she ingested directly from her treating prescribing physician located in the Eastern District of New York. With all this information, it most assuredly became clear that this case had **no** relevant connection to the District of Columbia.

In her Complaint, in an attempt to establish that this case had some connection to the District of Columbia, plaintiff's counsel reverted to an argument that this Court has consistently rejected. Plaintiff's counsel stated that because Lilly "sought and obtained industry wide and governmental approval for Diethylstilbestrol ("DES") within the District of Columbia," the District of Columbia is the appropriate venue for the case to proceed. *See* Complaint, attached as Exhibit 2, at ¶ 2. Plaintiff's counsel knows very well that this Court has weighed this alleged connection in other DES cases with similar facts and has consistently transferred the cases to the more convenient forum. The Court has repeatedly held that this one alleged connection to the District of Columbia does not justify keeping cases like this one in the district. *See, e.g., Dean v. Eli Lilly and Company,* Civil Action No. 06-1375, pps. 5-6 (D.D.C. June 1, 2007) (Sullivan, J.) (rejecting plaintiff's counsel's arguments that the District of Columbia's contacts was significant, stating, "courts have previously rejected these same contacts..."). District of Columbia courts have repeatedly stated that the jurisdiction with the "most significant

7

relationship" to the dispute should be the forum in which the case proceeds. *See Pain v. United Technologies Corp.*, 637 F.2d 775, 782 (D.C. Cir. 1980); *Moore v. Ronald Hsu Constr. Co.,* 576 A.2d 734, 737 (D.C. 1990). Even though they knew that New York was the most convenient forum, and that this Court has consistently transferred cases to the forum which has the most contacts with the case, plaintiff's counsel still filed this case in the District of Columbia.

**B.      Plaintiff's Counsel Has A Long History Of Multiplying The Proceedings In Similar Cases.**

Plaintiff's counsel are engaged in a pattern of conduct which needlessly multiplies the proceedings in cases involving similar allegations. For example, **none** of the cases filed by plaintiff's counsel since the beginning of 2005 in which the undersigned represented Lilly has involved a resident of the District of Columbia. Yet, plaintiff's counsel continue to file these cases in the District of Columbia, thereby multiplying the proceedings unreasonably, ratcheting up the costs and expenses to Lilly to defend these cases, and burdening a court already burdened by the need to litigate cases involving its own citizens. The majority of these cases are transferred to the more convenient forum which requires one of the parties to file a motion to transfer and retention of new or local counsel in the transferee jurisdiction. In the meantime, the Court has generally taken the time to set conferences and issue scheduling orders.

While jurisdiction and venue may be statutorily proper in the District of Columbia, plaintiff's counsel knows that this is not a convenient forum for the parties, witnesses or courts and that the cases will be transferred upon Lilly's motion. Lilly has the same two choices in all of these cases: (1) incur the costs associated with transferring this case or (2) present key witness testimony by way of depositions, rather than in person. Both of these options are costly and prejudicial to Lilly. In the future, if plaintiff's counsel chooses to file a DES claim against Lilly in a jurisdiction with no contacts to plaintiff's claims and Lilly

8

subsequently prevails on a motion to transfer, Lilly believes it is not unreasonable to suggest that plaintiff's counsel should be required to pay the costs associated with the transfer given plaintiff's counsel's conduct.

### C.    Plaintiff's Counsel's Conduct Amounts to An Unreasonable and Vexatious Multiplication of the Proceedings.

This case is similar to a case recently decided by the District of Columbia Court of Appeals, in which the court determined that plaintiff's counsel unreasonably and vexatiously multiplied the proceedings. *See Reynolds v. U.S. Capitol Police Bd.*, 357 F. Supp. 2d 19 (D.C. Cir. 2004). In *Reynolds*, the court agreed 28 U.S.C. § 1927 sanctions were appropriate because counsel made "repeated vexatious efforts to pursue allegations that the Court has ruled are barred by the statute of limitations, causing the Court and the defendant to unnecessarily expend resources..." *Id.* at 21.

This Court has consistently and repeatedly rejected plaintiff's counsel's arguments in opposition to Lilly's motions to transfer DES cases filed in the District of Columbia to jurisdictions with some connection to the allegations in plaintiffs' complaints. *See, e.g., Dean v. Eli Lilly and Company,* Civil Action No. 06-1375, pps. 5-6 (D.D.C. June 1, 2007) (Sullivan, J.) (rejecting plaintiff's counsel's arguments that the District of Columbia's contacts was significant, stating, "courts have previously rejected these same contacts..."); *Lentz v. Eli Lilly and Company*, Civil Action No. 06-1374 (D.D.C. December 18, 2006) (Huvelle, J.). Therefore, as in *Reynolds*, by filing these cases in the District of Columbia, while knowing that this Court will transfer the cases to more convenient forums with come connection to the allegations in the complaint, plaintiff's counsel has "unnecessarily expend[ed]" the resources of this Court and Lilly. As such, they should be required to pay the costs, expenses and fees

9

associated with this conduct. *See also Fritz v. Honda Motor Co.*, 818 F.2d 924 (D.C. Cir. 1987).[7]

"[A]dvocacy simply for the sake of burdening an opponent with unnecessary expenditures of time and effort clearly warrants recompense for the extra outlays attributable thereto." *Reynolds,* 357 F. Supp. 2d. at 19*, citing Lipsig v. Nat. Student Marketing Corp.*, 663 F.2d 178, 181 (D.C. Cir. 1980). Here, plaintiff's counsel knew that the facts in this case were centered in New York before filing this case. Yet, plaintiff's counsel filed this case, as they have in previous cases, in the District of Columbia "simply for the sake of burdening" Lilly and incidentally also burdening this Court. *Id.* As such, plaintiff's counsel unreasonably and vexatiously multiplied these proceedings. Therefore, plaintiff's counsel should be required to reimburse Lilly for the expenses related to such conduct.

### D.    Plaintiff's Counsel's Conduct Caused Lilly To Unnecessarily Incur Significant Additional Expenses.

Lilly expects to incur certain expenses when a case is filed against it. However, Lilly should not be expected to pay for needless expenses that significantly increase the cost of litigation when those expenses are due to plaintiff's or plaintiff's counsel's unreasonable conduct. Lilly has incurred exactly such unnecessary expenses here due solely to plaintiff's counsel's filing this case in a place where none of the facts occurred and none of the witnesses are located. Plaintiff should reimburse Lilly for these expenses.

One such expense was incurred when Lilly sought the deposition of three of plaintiff's physicians, all of whom reside in New York. In order to seek these depositions, given that these physicians were located outside of the Superior Court's subpoena power, Lilly was

---

[7]    Plaintiff's counsel in the *Fritz* case is plaintiff's counsel in almost all District of Columbia DES cases. In *Fritz*, the Court held that plaintiff's counsel's action required the defendant to "expend unnecessary time and money." *Id.* at 76.

required to prepare and file a motion for commission of subpoenas outside of the forum jurisdiction. Lilly then had to open a miscellaneous action in a New York court so that the subpoenas for these physicians could be issued. In addition, in order to complete this process more effectively, Lilly had to obtain counsel in New York, thereby incurring the additional expense of maintaining two sets of attorneys in two different jurisdictions. All of these actions, which were necessary due to plaintiff's counsel's filing this case in the District of Columbia produced unnecessary and significant expenses.

Additional unnecessary expenses will result when this case is transferred to the Eastern District of New York. For example, Lilly will incur the expense of having its New York counsel review and become familiar with the proceedings and discovery that have occurred in this case in the past eleven months. Lilly would not have incurred this or *any* of these expenses had plaintiff's counsel simply filed this case in the jurisdiction to which they now want to transfer this case. None of these fees would have been expended absent this conduct and are thus compensable under 28 U.S.C. § 1927. *See Roadway Express, Inc. v. Piper*, 447 U.S. 752, 756 n.2 (1980).

## CONCLUSION

Plaintiff's counsel's actions here are representative of their established pattern of continued and unnecessary waste of Lilly's and this Court's resources, which should not be without consequence. Plaintiff's counsel unreasonably multiplied these proceedings by filing this case in the District of Columbia, proceeding for months in Superior Court and now seeking to transfer this case to the jurisdiction in which the case should have been filed. While this case should be transferred to the Eastern District of New York, Lilly should also be awarded its costs, expenses and fees described above.

11

141854v1

Respectfully submitted,

 /s/ Michelle R. Mangrum
Michelle R. Mangrum, D.C. Bar No. 473634
John Chadwick Coots, D.C. Bar No. 461979
SHOOK, HARDY & BACON, L.L.P
600 14TH Street, NW Suite 800
Washington, D.C.  20005-2004
Phone: (202) 783-8400
Fax: (202) 783-4211
and

David W. Brooks
SHOOK, HARDY & BACON, L.L.P.
2555 Grand Blvd.
Kansas City, MO  64108
Phone: (816) 474-6550
Fax: (816) 421-5547

**ATTORNEYS FOR DEFENDANT
ELI LILLY AND COMPANY**

141854v1

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned, hereby certify that a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, this 22nd day of August, 2007, which sent notification of such filing to all counsel of record listed below.

Aaron M. Levine
Aaron Levine & Associates
1320 19th St., N.W., Suite 500
Washington, D.C. 20036
**Attorneys for Plaintiff**


  /s/ Michelle R. Mangrum
**ATTORNEY FOR DEFENDANT**
**ELI LILLY AND COMPANY**

13

141854v1

# Exhibit 1

To

Defendant Eli Lilly and Company's Memorandum in Support of Its Response to Plaintiff's Motion to Transfer to the Eastern District of New York and Motion for Costs

Filed in:
*Connie Franco Pavlicas v. Eli Lilly and Company,*
District Court for the District of Columbia
Civil Action No. 07-1318

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CONNIE FRANCO PAVLICAS** ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 1:07:CV:1318 |
| ) | (HHK) |
| v. ) | |
| ) | |
| **ELI LILLY AND COMPANY, et al.** ) | |
| ) | |
| Defendant. ) | |
| ) | |

## AFFIDAVIT OF MICHELLE R. MANGRUM IN SUPPORT OF DEFENDANT ELI LILLY AND COMPANY'S MEMORANDUM IN SUPPORT OF ITS RESPONSE TO PLAINTIFF'S MOTION TO TRANSFER TO THE EASTERN DISTRICT OF NEW YORK AND MOTION FOR COSTS

I, Michelle R. Mangrum, being first sworn on oath, say that the following is true and correct:

1.    I am an attorney in the firm of Shook, Hardy & Bacon, LLP, counsel for defendant Eli Lilly and Company ("Lilly") in the above-captioned action.

2.    **Attachment A** is a true copy of this Court's decision in *Awwad v. Eli Lilly and Company*, Civil Action No. 05-0605 (D.D.C. May 2, 2006) (Urbina, J.).

3.    **Attachment B** is a true copy of this Court's decision in *Barkman v. Eli Lilly and Company*, Civil Action No. 05-0629 (D.D.C. April 13, 2007) (Kennedy, J.).

4.    **Attachment C** is a true copy of this Court's decision in *Dean v. Eli Lilly and Company*, Civil Action No. 06-1375 (D.D.C. June 1, 2007) (Sullivan, J.).

5.    **Attachment D** is a true copy of this Court's decision in *Ducharme-Conrad v. Eli Lilly and Company*, Civil Action No. 06-1838 (D.D.C June 25, 2007) (Walton, J.).

6.    **Attachment E** is a true copy of this Court's decision in *Halloran v. Eli Lilly and Company*, Civil Action No. 07-0152 (D.D.C. April 27, 2007) (Bates, J.).

7.      **Attachment F** is a true copy of this Court's decision in *Lagor v. Eli Lilly and Company*, Civil Action No. 06-1967 (D.D.C. June 18, 2007) (Bates, J.).

8.      **Attachment G** is a true copy of this Court's decision in *LaSalla v. Eli Lilly and Company*, Civil Action No. 07-0290 (D.D.C May 25, 2007) (Urbina, J.).

9.      **Attachment H** is a true copy of this Court's decision in *McEntee v. Eli Lilly and Company*, Civil Action No. 07-0457 (D.D.C. June 14, 2007) (Sullivan, J.).

10.     **Attachment I** is a true copy of this Court's decision in *Mordecai v. Eli Lilly and Company*, Civil Action No. 06-1634 (D.D.C. May 9, 2007) (Lamberth, J.).

11.     **Attachment J** is a true copy of this Court's decision in *Petrarca v. Eli Lilly and Company*, Civil Action No. 07-0417 (D.D.C. June 26, 2007) (Huvelle, J.).

12.     **Attachment K** is a true copy of this Court's decision in *Corbett v. Eli Lilly and Company*, Civil Action No. 05-1584  (D.D.C. June 6, 2006) (Robertson, J.).

13.     **Attachment L** is a true copy of this Court's decision in *Duseau v. Eli Lilly and Company*, Civil Action No. 05-1583 (D.D.C. March 17, 2006) (Kessler, J.).

14.     **Attachment M** is a true copy of this Court's decision in *Erickson v. Eli Lilly and Company*, Civil Action No. 05-2062 (D.D.C. April 18, 2006) (Walton, J.).

15.     **Attachment N** is a true copy of this Court's decision in *Gordon v. Eli Lilly and Company*, Civil Action No. 06-1055 (D.D.C. November 11, 2006) (Leon, J.).

16.     **Attachment O** is a true copy of this Court's decision in *Lentz v. Eli Lilly and Company*, Civil Action No. 06-1374 (D.D.C. December 18, 2006) (Huvelle, J.).

17.     **Attachment P** is a true copy of this Court's decision in *Sugrue v. Eli Lilly and Company*, Civil Action No. 06-0764 (D.D.C. October 10, 2006) (Kessler, J.).

141847v1

18.     **Attachment Q** is a true copy of this Court's decision in *Taliercio v. Eli Lilly and Company*, Civil Action No. 05-0339 (D.D.C. June 27, 2005) (Kessler, J.).

19.     **Attachment R** is a true copy of this Court's decision in *Theriault v. Eli Lilly and Company*, Civil Action No. 05-1556 (D.D.C. May 1, 2006) (Collyer, J.).

Executed on August 22, 2007

_Michelle R. Mangrum_
Michelle R. Mangrum


DISTRICT OF                        )
                                           )ss.
COLUMBIA_____       )


On this 22nd day of August, 2007, before me, a notary public in and for said state, personally appeared Michelle R. Mangrum, to me personally known, who being duly sworn, acknowledged that he had executed the foregoing instrument for purposes therein mentioned and set forth.

_Michel Y. Thompson_
NOTARY PUBLIC

Michel Y. Thompson
Notary Public, District of Columbia
My Commission Expires 10-14-2009

My Commission Expires:

10/14/09

3

**Attachment A**

To
Affidavit of Michelle R. Mangrum in Support of
Defendant Eli Lilly and Company's Memorandum in Support of Its
Response to Plaintiff's Motion to Transfer to the Eastern District of New
York and Motion for Costs

Filed in:
*Connie Franco Pavlicas v. Eli Lilly and Company,*
District Court for the District of Columbia
Civil Action No. 07-1318

CLOSED, JURY, TRANSFERRED, TYPE-B

# U.S. District Court
## District of Columbia (Washington, DC)
### CIVIL DOCKET FOR CASE #: 1:05-cv-00605-RMU

AWWAD v. ELI LILLY AND COMPANY
Assigned to: Judge Ricardo M. Urbina
Demand: $4,000,000
Cause: 28:1441 Petition for Removal- Personal Injury

Date Filed: 03/22/2005
Date Terminated: 05/02/2006
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**MIKELL GATLIN AWWAD**

represented by **Aaron M. Levine**
AARON M. LEVINE & ASSOCIATES, P.A.
1320 19th Street, NW
Suite 500
Washington, DC 20036
(202) 833-8040
Fax: (202) 833-8046
Email: aaronlevinelaw@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandon J. Levine**
AARON M. LEVINE & ASSOCIATES
1320 19th Street, NW
Suite 500
Washington, DC 20036
(202) 833-8040
Fax: (202) 833-8046
Email: levbran@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Renee Lynne Robinson-Meyer**
AARON M. LEVINE & ASSOCIATES
1320 19th Street, NW
Suite 500
Washington, DC 20036
(202) 833-8040
Fax: (202) 833-8046
Email: aaronlevinelaw@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven Jay Lewis**
AARON M. LEVINE & ASSOCIATES
1320 19th Street, NW
Suite 500
Washington, DC 20036
(202) 833-8040
Fax: (202) 833-8046
Email: slewis@aaronlevinelaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**ELI LILLY AND COMPANY**                  represented by   **Michelle R. Mangrum**
SHOOK, HARDY & BACON, L.L.P.
Hamilton Square
600 14th Street, NW
Suite 800
Washington, DC 20005-2004
(202) 783-8400
Fax: (202) 783-4211
Email: mmangrum@shb.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Chadwick Coots**
SHOOK, HARDY & BACON, L.L.P.
600 14th Street, NW
Suite 800
Washington, DC 20005-2004
(202) 783-8400
Fax: 202-783-4211
Email: jcoots@shb.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/22/2005 | 1 | NOTICE OF REMOVAL by ELI LILLY AND COMPANY from D.C. Superior Court, case number 05ca1518. ( Filing fee $ 250 )filed by ELI LILLY AND COMPANY. (Attachments: # 1 Exhibit A# 2 Exhibit B)(cp, ) (Entered: 03/24/2005) |
| 03/22/2005 | 2 | LCvR 7.1 - CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by ELI LILLY AND COMPANY (cp, ) (Entered: 03/24/2005) |
| 03/24/2005 | 3 | ANSWER to Complaint with Jury Demand by ELI LILLY AND COMPANY. (Mangrum, Michelle) (Entered: 03/24/2005) |
| 03/24/2005 |  | NOTICE of Hearing: An Initial Status Conference is set for 6/14/2005 at 10:30 AM in Courtroom 12 before Judge Ricardo M. Urbina. Parties are to meet and confer and file their Joint Local 16.3 Report seven (7) days prior to the scheduled hearing date.(jwd) (Entered: 03/24/2005) |
| 03/24/2005 | 4 | STANDING ORDER . Signed by Judge Ricardo M. Urbina on March 24, 2005. (jwd) (Entered: 03/24/2005) |
| 03/25/2005 | 5 | NOTICE of Appearance by Aaron M. Levine on behalf of MIKELL GATLIN AWWAD (Levine, Aaron) Modified on 1/12/2006 (jeb, ). (Entered: 03/25/2005) |
| 03/25/2005 | 6 | NOTICE of Appearance by Brandon J. Levine on behalf of MIKELL GATLIN AWWAD (Levine, Brandon) Modified on 1/12/2006 (jeb, ). (Entered: 03/25/2005) |
| 03/25/2005 | 7 | NOTICE of Appearance by Renee Lynne Robinson-Meyer on behalf of MIKELL GATLIN AWWAD (Robinson-Meyer, Renee) Modified on 1/12/2006 (jeb, ). (Entered: 03/25/2005) |
| 03/25/2005 | 8 | NOTICE of Appearance by Steven Jay Lewis on behalf of MIKELL GATLIN AWWAD (Lewis, Steven) Modified on 1/12/2006 (jeb, ). (Entered: 03/25/2005) |
| 03/28/2005 | 9 | NOTICE *of Filing Certificate Regarding Service of Standing Order* by ELI LILLY AND COMPANY (Mangrum, Michelle) (Entered: 03/28/2005) |

District of Columbia live database - Docket Report
Page 3 of 4
Case 1:07-cv-01318-HHK   Document 21-4   Filed 08/22/2007   Page 4 of 114

| 04/06/2005 | 10 | Receipt on 04/06/05 of Transfer Papers. Other Court Number 05ca1518 sent by Superior Court for the District of Columbia. (jf, ) (Entered: 04/07/2005) |
|---|---|---|
| 05/17/2005 | 11 | MOTION for Leave to File *Amended Complaint* by MIKELL GATLIN AWWAD. (Attachments: # 1 Appendix No. 1# 2 Appendix No. 2)(Levine, Aaron) Modified on 1/12/2006 (jeb, ). (Entered: 05/17/2005) |
| 05/31/2005 | 12 | Memorandum in opposition to motion re 11 *Plaintiff's Motion for Leave to File Amended Complaint* filed by ELI LILLY AND COMPANY. (Attachments: # 1 Text of Proposed Order)(Mangrum, Michelle) (Entered: 05/31/2005) |
| 06/06/2005 | 13 | MEET AND CONFER STATEMENT. (Attachments: # 1 Text of Proposed Order Proposed Scheduling Order)(Levine, Aaron) (Entered: 06/06/2005) |
| 06/09/2005 | 14 | SCHEDULING ORDER. Signed by Judge Ricardo M. Urbina on 6/9/05. (jp, ) (Entered: 06/09/2005) |
| 06/09/2005 | | MINUTE ORDER. The initial status hearing originally set for 6/14/05 is vacated. Signed by Judge Ricardo M. Urbina on 6/9/05. (jp, ) (Entered: 06/09/2005) |
| 06/09/2005 | | Set Deadlines/Hearings: Discovery due by 2/16/2006. Dispositive Motions are due by 3/20/2006. Opposition to Dispositive Motions are due by 4/20/2006. Replies to Opposition to Dispositive Motions are due by 5/5/2006. Proponent's Rule 26(a)(2)(B) Statement is due by 10/12/2005. Opponent's Rule 26(a)(2)(B) Statement isdue by 1/13/2006. An Interim Status Conference set for 3/6/2006 10:00 AM in Courtroom 12 before Judge Ricardo M. Urbina. (jwd) (Entered: 06/09/2005) |
| 06/10/2005 | 15 | NOTICE of Appearance by John Chadwick Coots on behalf of ELI LILLY AND COMPANY (Coots, John) (Entered: 06/10/2005) |
| 10/07/2005 | 16 | RULE 26a2 STATEMENT. (Levine, Aaron) (Entered: 10/07/2005) |
| 10/07/2005 | 17 | ORDER granting 11 Motion for Leave to File Amended Complaint. Signed by Judge Ricardo M. Urbina on 10/7/05. (djr) (Entered: 10/07/2005) |
| 10/20/2005 | 18 | *Answer to Amended Complaint* ANSWER to Complaint with Jury Demand by ELI LILLY AND COMPANY.(Mangrum, Michelle) (Entered: 10/20/2005) |
| 01/09/2006 | 19 | Joint MOTION to Amend/Correct 14 Scheduling Order by ELI LILLY AND COMPANY. (Attachments: # 1 Text of Proposed Order)(Mangrum, Michelle) (Entered: 01/09/2006) |
| 01/09/2006 | | MINUTE ORDER granting 19 Motion to Amend/Correct. It is ORDERED that the June 9, 2005 Civil Scheduling Order is amended as follows: Defendant Eli Lilly and Company shall file its Rule 26(a)(2)(B) expert statement on or before May 13, 2006; the parties shall complete discovery on or before June 16, 2006; and the parties shall file any dispositive motions on or before July 18, 2006, withoppositions due on or before August 18, 2006 and replies due on or before September 2, 2006. An interim status conference will be held on September 5, 2006 at 10:00 am. Signed by Judge Ricardo M. Urbina on 1/9/05. (djr) (Entered: 01/09/2006) |
| 01/09/2006 | | Set Deadlines/Hearings: Discovery due by 6/16/2006. Dispositive Motions due by 7/18/2006. Oppositions to Dispositive Motions due by 8/18/2006. Replies to Opposition to Dispositive Motions due by 9/2/2006. Defendant Eli Lilly and Company shall file their 26(a)(2)(B)Statement by 5/13/2006. An Interim Status Conference is set for 9/5/2006 10:00 a.m. in Courtroom 30, Annex, Sixth Floor, before Judge Ricardo M. Urbina. (jwd ) (Entered: 01/09/2006) |
| 04/25/2006 | 20 | MOTION to Transfer Case *to the Southern District of Texas* by ELI LILLY AND COMPANY. (Attachments: # 1 Exhibit Exhibit 1 - Affidavit# 2 Exhibit Exhibit 2 - Interrogatory Responses# 3 Text of Proposed Order)(Mangrum, Michelle) (Entered: 04/25/2006) |

| 05/02/2006 | 21 | NOTICE *of Non-Opposition* by MIKELL GATLIN AWWAD re 20 MOTION to Transfer Case *to the Southern District of Texas* (Levine, Aaron) (Entered: 05/02/2006) |
| 05/02/2006 | | MINUTE ORDER granting the defendant's unopposed Motion to Transfer Case 20 to the Southern District of Texas pursuant to 28 U.S.C. 1404(a). Signed by Judge Ricardo M. Urbina on 5/206. (djr) (Entered: 05/02/2006) |
| 06/01/2006 | | Case transferred out to the U.S. District Court for the Southern District of Texas pursuant to the Court's order dated 05/02/06. Sent by certified mail. (jf, ) (Entered: 06/01/2006) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 08/22/2007 10:58:53 | | |
| **PACER Login:** | sh0019 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:05-cv-00605-RMU |
| **Billable Pages:** | 3 | **Cost:** | 0.24 |

**Attachment B**

To

Affidavit of Michelle R. Mangrum in Support of
Defendant Eli Lilly and Company's Memorandum in Support of Its
Response to Plaintiff's Motion to Transfer to the Eastern District of New
York and Motion for Costs

Filed in:
*Connie Franco Pavlicas v. Eli Lilly and Company,*
District Court for the District of Columbia
Civil Action No. 07-1318

District of Columbia live database - Docket Report
Case 1:07-cv-01318-HHK    Document 21-4    Filed 08/22/2007    Page 7 of 114
Page 1 of 8

JURY, TRANSFERRED, TYPE-B

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:05-cv-00629-HHK

BARKMAN, et al v. ELI LILLY AND COMPANY et al
Assigned to: Judge Henry H. Kennedy
Demand: $4,500,000
Cause: 28:1441 Petition for Removal- Product Liability

Date Filed: 03/28/2005
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**GWYN P. BARKMAN**                     represented by   **Aaron M. Levine**
AARON M. LEVINE & ASSOCIATES, P.A.
1320 19th Street, NW
Suite 500
Washington, DC 20036
(202) 833-8040
Fax: (202) 833-8046
Email: aaronlevinelaw@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandon J. Levine**
AARON M. LEVINE & ASSOCIATES
1320 19th Street, NW
Suite 500
Washington, DC 20036
(202) 833-8040
Fax: (202) 833-8046
Email: levbran@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Renee Lynne Robinson-Meyer**
AARON M. LEVINE & ASSOCIATES
1320 19th Street, NW
Suite 500
Washington, DC 20036
(202) 833-8040
Fax: (202) 833-8046
Email: aaronlevinelaw@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven Jay Lewis**
AARON M. LEVINE & ASSOCIATES
1320 19th Street, NW
Suite 500
Washington, DC 20036
(202) 833-8040
Fax: (202) 833-8046
Email: slewis@aaronlevinelaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**FREDRICK STANLEY BARKMAN, JR.,**     represented by   **Aaron M. Levine**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandon J. Levine**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Renee Lynne Robinson-Meyer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven Jay Lewis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**ELI LILLY AND COMPANY**          represented by   **Michelle R. Mangrum**
SHOOK, HARDY & BACON, L.L.P.
Hamilton Square
600 14th Street, NW
Suite 800
Washington, DC 20005-2004
(202) 783-8400
Fax: (202) 783-4211
Email: mmangrum@shb.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Chadwick Coots**
SHOOK, HARDY & BACON, L.L.P.
600 14th Street, NW
Suite 800
Washington, DC 20005-2004
(202) 783-8400
Fax: 202-783-4211
Email: jcoots@shb.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**BRISTOL-MYERS SQUIBB COMPANY**          represented by   **Malcolm S. Brisker**
*A successor E.R. SQUIBB & SONS, INC*
GOODELL, DEVRIES, LEECH & DANN,
LLP
One South Street
20th Floor
Baltimore, MD 21202
(410) 783-4049
Fax: (410) 783-4040
Email: msb@gdldlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sidney G. Leech**
GOODELL, DEVRIES, LEECH & DANN,

LLP
One South Street
Suite 2000
Baltimore, MD 21202
(410) 783-4017
Fax: (410) 783-4040
Email: sgl@gdldlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**MERCK & COMPANY INC**                 represented by   **Stephanie A. Albert**
*TERMINATED: 08/31/2006*                                 DRINKER BIDDLE & REATH LLP
                                                         1500 K Street, NW
                                                         Suite 1100
                                                         Washington, DC 20005-1209
                                                         (202) 842-8885
                                                         Email: elizabeth.ewert@dbr.com
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**PHARMACIA AND UPJOHN COMPANY**        represented by   **Stephanie A. Albert**
*TERMINATED: 08/31/2006*                                 (See above for address)
*also known as*                                          *ATTORNEY TO BE NOTICED*
THE UPJOHN COMPANY
*TERMINATED: 08/31/2006*

**Defendant**

**DART INDUSTRIES INC**                 represented by   **John F. Anderson**
*A successor to REXALL DRUG COMPANY*                     TROUTMAN SANDERS LLP
*INC*                                                    1660 International Drive
*TERMINATED: 02/15/2007*                                 Suite 600
                                                         McLean, VA 22102
                                                         (703) 734-4356
                                                         Fax: (703) 448-6530
                                                         Email: john.anderson@troutmansanders.com
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**GLAXOSMITHKLINE INC**                 represented by   **Janet K. Coleman**
*A successor to S.E. MASSENGILL*                         WHITNEY & BOGRIS LLP
*TERMINATED: 04/04/2007*                                 401 Washington Avenue
                                                         12th Floor
                                                         Towson, MD 21204
                                                         (410) 583-8000
                                                         Fax: (202) 583-8031
                                                         Email: jcoleman@whitneybogris.com
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**PREMO PHARMACEUTICAL**                represented by   **Andrew Richard Louis**
**LABORATORIES INC**                                     1441 Rhode Island Avenue, NW
*TERMINATED: 02/05/2007*                                 Apartment 611
                                                         Washington, DC 20005
                                                         (202) 421-8147
                                                         Email: alouis@goodwinprocter.com

*TERMINATED: 08/01/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sallie Fairlight Pullman**
GOODWIN PROCTER LLP
901 New York Avenue, NW
9th Flood, East Tower
Washington, DC 20001
(202) 346-4000
Fax: (202) 346-4444
Email: spullman@goodwinprocter.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aaron M. Bailey**
GOODWIN PROCTER LLP
901 New York Avenue, NW
9th Flood, East Tower
Washington, DC 20001
(202) 346-4000
Fax: (202) 346-4444
Email: abailey@goodwinprocter.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**MALLINCKRODT, INC.**
*TERMINATED: 08/31/2006*

represented by **Janet K. Coleman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathleen M. Bustraan**
LORD & WHIP, P.A.
36 South Charles Street
10th Floor
Baltimore, MD 21201
(410) 539-5881
Fax: (410) 685-6726
Email: bustraan@lordwhip.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**LANNET COMPANY INC**
*TERMINATED: 03/20/2007*

represented by **Kathleen M. Bustraan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**PERSON & COVEY, INC.**
*TERMINATED: 05/09/2005*

represented by **Jodi V. Terranova**
WILSON ELSER MOSKOWITZ EDELMAN
& DICKER, LLP
1341 G Street, NW
Suite 500
Washington, DC 20005-3105
(202) 626-7660
Fax: (202) 628-3606
Email: Jodi.Terranova@wilsonelser.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/28/2005 | 1 | NOTICE OF REMOVAL by ELI LILLY AND COMPANY from Superior Court for the District of Columbia, case number 05-0000599. ( Filing fee $ 250 )filed by ELI LILLY AND COMPANY. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Exhibit J# 11 Exhibit K# 12 Exhibit L)(td,) (Entered: 03/29/2005) |
| 03/28/2005 | 2 | LCvR 7.1 - CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by ELI LILLY AND COMPANY (td, ) (Entered: 03/29/2005) |
| 03/28/2005 | | SUMMONS Not Issued as to BRISTOL-MYERS SQUIBB COMPANY, MERCK & COMPANY INC, PHARMACIA AND UPJOHN COMPANY, DART INDUSTRIES INC, GLAXOSMITHKLINE INC, PREMO PHARMACEUTICAL LABORATORIES INC, MALLINCKRODT, INC., LANNET COMPANY INC, PERSON & COVEY, INC., ELI LILLY AND COMPANY (td, ) (Entered: 03/29/2005) |
| 03/29/2005 | 3 | ANSWER to Complaint with Jury Demand by ELI LILLY AND COMPANY. (Mangrum, Michelle) (Entered: 03/29/2005) |
| 03/31/2005 | 10 | Case Reassigned to Judge Henry H. Kennedy. Judge Paul L. Friedman no longer assigned to the case. (lc, ) (Entered: 04/04/2005) |
| 04/04/2005 | 4 | NOTICE of Appearance by Janet K. Coleman on behalf of GLAXOSMITHKLINE INC (Coleman, Janet) (Entered: 04/04/2005) |
| 04/04/2005 | 5 | ANSWER to Complaint by GLAXOSMITHKLINE INC.(Coleman, Janet) (Entered: 04/04/2005) |
| 04/04/2005 | 6 | LCvR 7.1 - CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by GLAXOSMITHKLINE INC (Coleman, Janet) (Entered: 04/04/2005) |
| 04/04/2005 | 7 | NOTICE of Appearance by Janet K. Coleman on behalf of MALLINCKRODT, INC. (Coleman, Janet) (Entered: 04/04/2005) |
| 04/04/2005 | 8 | ANSWER to Complaint by MALLINCKRODT, INC..(Coleman, Janet) (Entered: 04/04/2005) |
| 04/04/2005 | 9 | LCvR 7.1 - CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by MALLINCKRODT, INC. (Coleman, Janet) (Entered: 04/04/2005) |
| 04/04/2005 | 11 | ANSWER to Complaint by MERCK & COMPANY INC.(Albert, Stephanie) (Entered: 04/04/2005) |
| 04/04/2005 | 12 | Corporate Disclosure Statement by MERCK & COMPANY INC. (Albert, Stephanie) (Entered: 04/04/2005) |
| 04/04/2005 | 13 | NOTICE of Appearance by Stephanie A. Albert on behalf of MERCK & COMPANY INC (Albert, Stephanie) (Entered: 04/04/2005) |
| 04/04/2005 | 14 | NOTICE of Appearance by Stephanie A. Albert on behalf of PHARMACIA AND UPJOHN COMPANY (Albert, Stephanie) (Entered: 04/04/2005) |
| 04/04/2005 | 15 | ANSWER to Complaint by PHARMACIA AND UPJOHN COMPANY.(Albert, Stephanie) (Entered: 04/04/2005) |
| 04/04/2005 | 16 | Corporate Disclosure Statement by PHARMACIA AND UPJOHN COMPANY. (Albert, Stephanie) (Entered: 04/04/2005) |
| 04/04/2005 | 17 | Corporate Disclosure Statement by DART INDUSTRIES INC. (Anderson, John) |

| | | (Entered: 04/04/2005) |
|---|---|---|
| 04/05/2005 | 18 | ENTERED IN ERROR..... MOTION for Leave to Appear Attorney's Appearance by LANNET COMPANY INC. (Bustraan, Kathleen) Modified on 4/6/2005 (nmw, ). (Entered: 04/05/2005) |
| 04/05/2005 | 19 | LCvR 7.1 - CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by LANNET COMPANY INC (Bustraan, Kathleen) (Entered: 04/05/2005) |
| 04/05/2005 | 20 | NOTICE of Appearance by Kathleen M. Bustraan on behalf of LANNET COMPANY INC (Bustraan, Kathleen) (Entered: 04/05/2005) |
| 04/06/2005 | 21 | NOTICE of Appearance by Aaron M. Levine on behalf of FREDRICK STANLEY BARKMAN, JR, GWYN P. BARKMAN (Levine, Aaron) (Entered: 04/06/2005) |
| 04/06/2005 | 22 | NOTICE of Appearance by Brandon J. Levine on behalf of FREDRICK STANLEY BARKMAN, JR, GWYN P. BARKMAN (Levine, Brandon) (Entered: 04/06/2005) |
| 04/06/2005 | 23 | NOTICE of Appearance by Renee Lynne Robinson-Meyer on behalf of FREDRICK STANLEY BARKMAN, JR, GWYN P. BARKMAN (Robinson-Meyer, Renee) (Entered: 04/06/2005) |
| 04/06/2005 | 24 | NOTICE of Appearance by Steven Jay Lewis on behalf of FREDRICK STANLEY BARKMAN, JR, GWYN P. BARKMAN (Lewis, Steven) (Entered: 04/06/2005) |
| 04/06/2005 | | NOTICE OF CORRECTED DOCKET ENTRY: Document No. 18 was entered in error and was refiled as Document No. 20. (nmw, ) (Entered: 04/06/2005) |
| 04/08/2005 | 25 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. PERSON & COVEY, INC. served on 2/8/2005, answer due 2/28/2005 (Attachments: # 1 Appendix Person&Covey Postal Certification Receipt)(Levine, Aaron) (Entered: 04/08/2005) |
| 04/12/2005 | 26 | NOTICE of Appearance by Jodi V. Zagorin on behalf of PERSON & COVEY, INC. (Zagorin, Jodi) (Entered: 04/12/2005) |
| 04/14/2005 | 28 | ANSWER to Complaint by MERCK & COMPANY INC.(lc, ) (Entered: 04/15/2005) |
| 04/14/2005 | 29 | ANSWER to Complaint by PHARMACIA AND UPJOHN COMPANY.(lc, ) (Entered: 04/15/2005) |
| 04/15/2005 | 27 | MOTION to Remand by GWYN P. BARKMAN. (Attachments: # 1 Exhibit 1 Proof of Service and Certified Mail Receipt# 2 Exhibit 2 Lilly's Motion to Withdraw Notice of Removal and Remand to Superior Court# 3 Text of Proposed Order)(Levine, Brandon) (Entered: 04/15/2005) |
| 04/21/2005 | 30 | Receipt on 4/21/2005 of ORIGINAL FILE, certified copy of transfer order and docket sheet from Superior Court. Superior Court Number 05ca0629. (lc, ) (Entered: 04/25/2005) |
| 04/29/2005 | 31 | Memorandum in opposition to motion re 27 Plaintiffs Motion To Remand filed by ELI LILLY AND COMPANY. (Attachments: # 1 Exhibit A - Summons & Complaint# 2 Exhibit B - Declaration of Harley V. Ratliff# 3 Exhibit C - Declaration of Jodi V. Zagorin# 4 Text of Proposed Order)(Mangrum, Michelle) (Entered: 04/29/2005) |
| 05/09/2005 | 32 | STIPULATION of Dismissal with Prejudice of Person & Covey, Inc. by PERSON & COVEY, INC.. (Zagorin, Jodi) (Entered: 05/09/2005) |
| 05/11/2005 | | MINUTE ORDER denying 27MOTION to Remand by GWYN P. BARKMAN. (Kennedy, Henry) (Entered: 05/11/2005) |
| 08/01/2005 | 33 | NOTICE of Substitution of Counsel by PREMO PHARMACEUTICAL LABORATORIES INC (Pullman, Sallie) (Entered: 08/01/2005) |
| | | |

| 10/27/2005 | 34 | NOTICE of Appearance by Aaron M. Bailey on behalf of PREMO PHARMACEUTICAL LABORATORIES INC (Bailey, Aaron) (Entered: 10/27/2005) |
| 11/18/2005 | 35 | NOTICE of Appearance by Sidney G. Leech on behalf of BRISTOL-MYERS SQUIBB COMPANY (Leech, Sidney) (Entered: 11/18/2005) |
| 12/12/2005 | | Set/Reset Hearings: Initial Scheduling Conference set for 12/14/2005 at 9:30 AM is OFF and reset for 1/5/2006 at 11:00 AM in Courtroom 27A before Judge Henry H. Kennedy. (rew, ) (Entered: 12/12/2005) |
| 12/28/2005 | 36 | MEET AND CONFER STATEMENT. (Attachments: # 1 Text of Proposed Order Proposed Scheduling Order)(Levine, Aaron) (Entered: 12/28/2005) |
| 12/30/2005 | 37 | NOTICE of Appearance by John Chadwick Coots on behalf of ELI LILLY AND COMPANY (Coots, John) (Entered: 12/30/2005) |
| 01/03/2006 | | Remark to Counsel by the Clerk: The Initial Scheduling Conference set for 1/5/2006 at 11:00 AM is OFF and will be reset in the future. (rew, ) (Entered: 01/03/2006) |
| 04/20/2006 | 38 | STIPULATION of Dismissal *with prejudice of Mallinckrodt, Inc.* by MALLINCKRODT, INC.. (Coleman, Janet) (Entered: 04/20/2006) |
| 05/12/2006 | 39 | MOTION to Transfer Case *to the Western District of Washington* by ELI LILLY AND COMPANY. (Attachments: # 1 Exhibit Memorandum of Points and Authorities in Support of Defendant Eli Lilly and Company's Motion to Transfer to the Western District of Washington# 2 Exhibit Exhibit 1 to Memorandum of Points and Authorities in Support of Motion to Transfer# 3 Exhibit Exhibit 2 to Memorandum of Points and Authorities in Support of Motion to Transfer# 4 Text of Proposed Order)(Mangrum, Michelle) (Entered: 05/12/2006) |
| 05/22/2006 | 40 | WITHDRAWN pursuant to Notice filed 3/19/2007.....Memorandum in opposition to re 39 MOTION to Transfer Case *to the Western District of Washington* filed by GWYN P. BARKMAN. (Attachments: # 1 Affidavit Affidavit of Aaron M. Levine, Esq. Regarding Authentication of Documents# 2 Appendix 1# 3 Appendix 2# 4 Appendix 3# 5 Appendix 4# 6 Appendix 5# 7 Text of Proposed Order)(Levine, Aaron) Modified on 3/20/2007 (zlc, ). (Entered: 05/22/2006) |
| 05/30/2006 | 41 | REPLY to opposition to motion re 39 MOTION to Transfer Case *to the Western District of Washington* filed by ELI LILLY AND COMPANY. (Mangrum, Michelle) (Entered: 05/30/2006) |
| 08/07/2006 | 42 | STIPULATION of Dismissal *with Prejudice* by MERCK & COMPANY INC. (Ewert, Elizabeth) (Entered: 08/07/2006) |
| 08/29/2006 | 43 | STIPULATION of Dismissal *with Prejudice* by PHARMACIA AND UPJOHN COMPANY. (Ewert, Elizabeth) (Entered: 08/29/2006) |
| 12/21/2006 | 44 | NOTIFICATION OF SUPPLEMENTAL AUTHORITY by ELI LILLY AND COMPANY (Attachments: # 1 Exhibit A)(Coots, John) (Entered: 12/21/2006) |
| 02/05/2007 | 45 | STIPULATION of Dismissal *With Prejudice* by PREMO PHARMACEUTICAL LABORATORIES INC. (Bailey, Aaron) (Entered: 02/05/2007) |
| 02/15/2007 | 46 | STIPULATION of Dismissal *of Dart Industries, Inc. with Prejudice* by DART INDUSTRIES INC. (Anderson, John) (Entered: 02/15/2007) |
| 03/19/2007 | 47 | NOTICE *of Withdrawal of Opposition to Defendant Eli Lilly and Company's Motion to Transfer* by FREDRICK STANLEY BARKMAN, JR, GWYN P. BARKMAN re 40 Memorandum in Opposition, (Levine, Aaron) (Entered: 03/19/2007) |
| 03/20/2007 | 48 | STIPULATION of Dismissal by LANNET COMPANY INC. (Bustraan, Kathleen) (Entered: 03/20/2007) |
| 03/21/2007 | 49 | Order Transferring Case to Western District of Washington. Signed by Judge Henry H. |

| | | Kennedy, Jr., on March 21, 2007. (FL, ) (Entered: 03/21/2007) |
|---|---|---|
| 04/04/2007 | 50 | STIPULATION of Dismissal *as to GlaxoSmithKline* by GLAXOSMITHKLINE INC. (Coleman, Janet) (Entered: 04/04/2007) |
| 04/13/2007 | | Case transferred out electronically (through ECF 3.0) to the USDC, Western District of Washington pursuant to Court's order filed on March 21, 2007. (lc, ) (Entered: 04/13/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 08/22/2007 11:01:22 | | | |
| **PACER Login:** | sh0019 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:05-cv-00629-HHK |
| **Billable Pages:** | 4 | **Cost:** | 0.32 |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| |
|---|
| GWYN P. BARKMAN, and<br><br>FREDERICK STANLEY BARKMAN, JR.,<br><br>Plaintiffs,<br><br>v.<br><br>ELI LILLY AND COMPANY, et al.,<br><br>Defendants. |

Civil Action 05cv00629 (HHK)

ORDER TRANSFERRING CASE TO
WESTERN DISTRICT OF WASHINGTON

Before the court is the unopposed motion of defendant Eli Lilly and Company to transfer

this case to the United States District Court for the Western District of Washington [#39].

Plaintiffs initially opposed the transfer, but withdrew their opposition on March 19, 2007.

Accordingly, it is this 21st day of March, 2007, hereby

**ORDERED** that the motion to transfer [#39] is **GRANTED**; and it is further

**ORDERED** that the above-captioned case shall be transferred to the United States

District Court for the Western District of Washington.

Henry H. Kennedy, Jr.
United States District Judge

# Attachment C

To
Affidavit of Michelle R. Mangrum in Support of
Defendant Eli Lilly and Company's Memorandum in Support of Its
Response to Plaintiff's Motion to Transfer to the Eastern District of New
York and Motion for Costs

Filed in:
*Connie Franco Pavlicas v. Eli Lilly and Company,*
District Court for the District of Columbia
Civil Action No. 07-1318

141856v1

District of Columbia live database - Docket Report
Page 1 of 6
Case 1:07-cv-01318-HHK    Document 21-4    Filed 08/22/2007    Page 17 of 114

CLOSED, JURY, TRANSFERRED, TYPE-B

# U.S. District Court
## District of Columbia (Washington, DC)
### CIVIL DOCKET FOR CASE #: 1:06-cv-01375-EGS

DEAN et al v. ELI LILLY AND COMPANY
Assigned to: Judge Emmet G. Sullivan
Demand: $12,000,000
Case in other court: Superior Court, 06ca5621
Cause: 28:1332 Diversity-Product Liability

Date Filed: 08/03/2006
Date Terminated: 06/01/2007
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**LISA M. DEAN**

represented by **Aaron M. Levine**
AARON M. LEVINE & ASSOCIATES, P.A.
1320 19th Street, NW
Suite 500
Washington, DC 20036
(202) 833-8040
Fax: (202) 833-8046
Email: aaronlevinelaw@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandon J. Levine**
AARON M. LEVINE & ASSOCIATES
1320 19th Street, NW
Suite 500
Washington, DC 20036
(202) 833-8040
Fax: (202) 833-8046
Email: levbran@aol.com
*ATTORNEY TO BE NOTICED*

**Renee Lynne Robinson-Meyer**
AARON M. LEVINE & ASSOCIATES
1320 19th Street, NW
Suite 500
Washington, DC 20036
(202) 833-8040
Fax: (202) 833-8046
Email: aaronlevinelaw@aol.com
*ATTORNEY TO BE NOTICED*

**Steven Jay Lewis**
AARON M. LEVINE & ASSOCIATES
1320 19th Street, NW
Suite 500
Washington, DC 20036
(202) 833-8040
Fax: (202) 833-8046
Email: slewis@aaronlevinelaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JEFFREY R. DEAN**

represented by **Aaron M. Levine**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandon J. Levine**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Renee Lynne Robinson-Meyer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven Jay Lewis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**LYNN ALISON BACKNER**                represented by   **Aaron M. Levine**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandon J. Levine**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Renee Lynne Robinson-Meyer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven Jay Lewis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JAMES STEVEN BACKNER**              represented by   **Aaron M. Levine**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandon J. Levine**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Renee Lynne Robinson-Meyer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven Jay Lewis**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**ELI LILLY AND COMPANY**             represented by   **Emily J. Laird**
SHOOK HARDY & BACON, LLP
600 14th Street, NW
Suite 800
Washington, DC 20005

(202) 662-4877
Email: elaird@shb.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michelle R. Mangrum**
SHOOK, HARDY & BACON, L.L.P.
Hamilton Square
600 14th Street, NW
Suite 800
Washington, DC 20005-2004
(202) 783-8400
Fax: (202) 783-4211
Email: mmangrum@shb.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Chadwick Coots**
SHOOK, HARDY & BACON, L.L.P.
600 14th Street, NW
Suite 800
Washington, DC 20005-2004
(202) 783-8400
Fax: 202-783-4211
Email: jcoots@shb.com
*ATTORNEY TO BE NOTICED*

**Judith L. O'Grady**
SHOOK, HARDY & BACON, LLP
600 14th Street, NW
Suite 800
Washington, DC 20005
(202) 783-8400
Fax: (202) 783-4211
Email: jogrady@shb.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/02/2006 | 1 | NOTICE OF REMOVAL by ELI LILLY AND COMPANY from Superior Court for the District of Columbia, case number 06ca5621. ( Filing fee $ 350 )filed by ELI LILLY AND COMPANY. (Attachments: # 1 Exhibit A# 2 Exhibit B)(jf, ) (Entered: 08/04/2006) |
| 08/03/2006 | 2 | LCvR 7.1 - CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by ELI LILLY AND COMPANY (jf, ) (Entered: 08/04/2006) |
| 08/03/2006 | 3 | ANSWER to Complaint with Jury Demand by ELI LILLY AND COMPANY. Related document: 1 Notice of Removal filed by ELI LILLY AND COMPANY,.(jf, ) (Entered: 08/04/2006) |
| 08/07/2006 | 4 | NOTICE of Appearance by Aaron M. Levine on behalf of LISA M. DEAN, JEFFREY R. DEAN, LYNN ALISON BACKNER, JAMES STEVEN BACKNER (Levine, Aaron) (Entered: 08/07/2006) |
| 08/07/2006 | 5 | NOTICE of Appearance by Brandon J. Levine on behalf of LISA M. DEAN, JEFFREY R. DEAN, LYNN ALISON BACKNER, JAMES STEVEN BACKNER (Levine, Brandon) (Entered: 08/07/2006) |
| 08/07/2006 | 6 | NOTICE of Appearance by Renee Lynne Robinson-Meyer on behalf of LISA M. |

|  |  |  | DEAN, JEFFREY R. DEAN, LYNN ALISON BACKNER, JAMES STEVEN BACKNER (Robinson-Meyer, Renee) (Entered: 08/07/2006) |
|---|---|---|---|
| 08/07/2006 |  | 7 | NOTICE of Appearance by Steven Jay Lewis on behalf of LISA M. DEAN, JEFFREY R. DEAN, LYNN ALISON BACKNER, JAMES STEVEN BACKNER (Lewis, Steven) (Entered: 08/07/2006) |
| 08/07/2006 |  | 8 | Receipt on August 7, 2006 of ORIGINAL FILE, certified copy of transfer order and docket sheet from Superior Court. Superior Court Number: 06ca5621. (jf, ) (Entered: 08/07/2006) |
| 08/08/2006 |  | 9 | ORDER Initial Conference set for 9/26/2006 10:00 AM in Courtroom 24A before Judge Emmet G. Sullivan. Setting forth further instruction to counsel.. Signed by Judge Emmet G. Sullivan on 8/8/06. (clv, ) (Entered: 08/08/2006) |
| 08/30/2006 |  | 10 | NOTICE of Appearance by Michelle R. Mangrum on behalf of ELI LILLY AND COMPANY (Mangrum, Michelle) (Entered: 08/30/2006) |
| 08/30/2006 |  | 11 | NOTICE of Appearance by John Chadwick Coots on behalf of ELI LILLY AND COMPANY (Coots, John) (Entered: 08/30/2006) |
| 08/30/2006 |  | 12 | NOTICE of Appearance by Emily J. Laird on behalf of ELI LILLY AND COMPANY (Laird, Emily) (Entered: 08/30/2006) |
| 09/08/2006 |  | 13 | MEET AND CONFER STATEMENT. (Attachments: # 1 Text of Proposed Order Proposed Scheduling Order)(Levine, Aaron) (Entered: 09/08/2006) |
| 09/25/2006 |  |  | MINUTE ORDER. The Initial Scheduling Conference set for tomorrow, September 26, 2006, at 10:00 AM is VACATED. The scheduling order proposed by the parties is accepted as follows: Discovery Requests to be served by December 26, 2006; Plaintiffs to designate experts and provide expert reports by February 26, 2007; Defendant to designate experts and provide expert reports by April 27, 2007; Discovery closes by May 29, 2007; Dispositive Motions to be filed by June 28, 2007; and a Pretrial conference will be scheduled in August 2007. In addition, the case is referred to Judge Kay for mediation. Signed by Judge Emmet G. Sullivan on September 25, 2006. (lcegs1) (Entered: 09/25/2006) |
| 09/26/2006 |  |  | Set/Reset Deadlines: Discovery due by 5/29/2007. Dispositive Motions due by 6/28/2007. (clv, ) (Entered: 09/26/2006) |
| 09/26/2006 |  |  | CASE REFERRED to Magistrate Judge Alan Kay for Mediation. (jsc) (Entered: 09/28/2006) |
| 10/02/2006 |  | 14 | SCHEDULING ORDER: Settlement Conference set for 4/30/2007, at 11:30 AM, in Chambers before Magistrate Judge Alan Kay. Signed by Magistrate Judge Alan Kay on 10/02/06. (DM) (Entered: 10/02/2006) |
| 12/19/2006 |  | 15 | MOTION to Transfer Case *to the District of Massachusetts* by ELI LILLY AND COMPANY. (Attachments: # 1 Exhibit Memorandum of Points and Authorities in Support of Defendant Eli Lilly and Company's Motion to Transfer to the District of Massachusetts# 2 Exhibit 1 to Memorandum of Points and Authorities# 3 Exhibit 2 to Memorandum of Points and Authorities# 4 Exhibit 3 to Memorandum of Points and Authorities# 5 Text of Proposed Order)(Laird, Emily) (Entered: 12/19/2006) |
| 12/27/2006 |  | 16 | Consent MOTION for Extension of Time to File Response/Reply as to 15 MOTION to Transfer Case *to the District of Massachusetts by Defendant Eli Lilly and Company* by LISA M. DEAN, JEFFREY R. DEAN, LYNN ALISON BACKNER, JAMES STEVEN BACKNER. (Attachments: # 1 Text of Proposed Order Proposed Order Extending Time to Oppose Motion to Transfer)(Levine, Aaron) (Entered: 12/27/2006) |
| 12/28/2006 |  |  | MINUTE ORDER granting 16 Plaintiffs' Motion for Extension of Time to File Response to 15 Defendant's Motion to Transfer Case to the District of Massachusetts. Plaintiffs' response is due by no later than January 16, 2007. Reply, if any, is due by no |

| | | later than January 30, 2007. Signed by Judge Emmet G. Sullivan on December 28, 2006. (lcegs2) (Entered: 12/28/2006) |
| --- | --- | --- |
| 12/28/2006 | | Set/Reset Deadlines: Responses due by 1/16/2007 Replies due by 1/30/2007. (clv, ) (Entered: 12/28/2006) |
| 01/10/2007 | 17 | Memorandum in opposition to re 15 MOTION to Transfer Case *to the District of Massachusetts of Defendant Eli Lilly and Co.* filed by LISA M. DEAN, JEFFREY R. DEAN, LYNN ALISON BACKNER, JAMES STEVEN BACKNER. (Attachments: # 1 Appendix Appendix No. 1# 2 Appendix Appendices 2A-2K# 3 Appendix Appendix No. 3# 4 Appendix Appendix No. 4# 5 Appendix Appendix No. 5# 6 Appendix Appendix No. 6# 7 Text of Proposed Order Proposed Order)(Levine, Aaron) (Entered: 01/10/2007) |
| 01/30/2007 | 18 | REPLY to opposition to motion re 15 MOTION to Transfer Case *to the District of Massachusetts* filed by ELI LILLY AND COMPANY. (Laird, Emily) (Entered: 01/30/2007) |
| 03/30/2007 | | MINUTE ORDER changing [start] time of mediation from 11:30 am to 10:30 am, on April 30, 2007. If there is a scheduling conflict, counsel should contact chambers at 202-354-3030. Signed by Magistrate Judge Alan Kay on 03/30/2007. (DM) (Entered: 03/30/2007) |
| 03/30/2007 | | Set/Reset Hearings : Settlement Conference reset for 10:30 AM on 4/30/07 in Chambers before Magistrate Judge Alan Kay. (kk) (Entered: 03/30/2007) |
| 03/30/2007 | | MINUTE ORDER changing date for mediation from April 30, 2007 to June 14, 2007. Mediation will commence at 10:00 a.m., in room 2333. Signed by Magistrate Judge Alan Kay on 03/30/2007. (DM) (Entered: 03/30/2007) |
| 04/03/2007 | | Set/Reset Hearings : Settlement Conference reset for 6/14/07 at 10:00 AM in Chambers before Magistrate Judge Alan Kay. (kk) (Entered: 04/03/2007) |
| 04/24/2007 | | MINUTE ORDER changing mediation date, per request of counsel, to June 27, 2007, at 10:00 a.m. in room 2333 (chambers). Signed by Magistrate Judge Alan Kay on 04/24/07. (DM) (Entered: 04/24/2007) |
| 04/24/2007 | | Set/Reset Hearings : Settlement Conference reset for 6/27/07 at 10:00 AM in Chambers before Magistrate Judge Alan Kay. (kk) (Entered: 04/24/2007) |
| 05/08/2007 | 19 | NOTICE of Appearance by Judith L. O'Grady on behalf of ELI LILLY AND COMPANY (O'Grady, Judith) (Entered: 05/08/2007) |
| 05/24/2007 | 20 | Consent MOTION to Amend/Correct *Scheduling Order* by ELI LILLY AND COMPANY (Attachments: # 1 Text of Proposed Order)(O'Grady, Judith) (Entered: 05/24/2007) |
| 05/25/2007 | | MINUTE ORDER granting 20 Consent Motion to Amend Schedule. Discovery shall be completed by July 13, 2007. In addition, a status hearing is hereby scheduled for July 25, 2007, at 10:00 am in Courtroom 24A. A schedule for motions and other proceedings will be determined at that time. Signed by Judge Emmet G. Sullivan on May 25, 2007. (lcegs1) (Entered: 05/25/2007) |
| 05/25/2007 | | Set Deadlines/Hearings: Discovery due by 7/13/2007. Status Conference set for 7/25/2007 at 10:00 AM in Courtroom 24A before Judge Emmet G. Sullivan. (cp, ) (Entered: 05/25/2007) |
| 05/29/2007 | | MINUTE ORDER changing mediation date from June 17, 2007 to August 2, 2007, at 10:00 a.m. per request of counsel. Signed by Magistrate Judge Alan Kay on 05/29/07. (DM) (Entered: 05/29/2007) |
| 05/29/2007 | | MINUTE ORDER changing date of mediation session to August 7, 2007, instead of August 2, 2007, as indicated in the previous Minute Order. Mediation will commence at |

|  |  | 10:00 a.m. Signed by Magistrate Judge Alan Kay on 05/29/07. (DM) (Entered: 05/29/2007) |
| 05/29/2007 |  | Set/Reset Hearings: Mediation set for 8/7/2007 at 10:00 AM in Courtroom 7 before Magistrate Judge Alan Kay. (cp, ) (Entered: 05/30/2007) |
| 06/01/2007 | 21 | ORDER granting 15 Defendant's Motion to Transfer Case and transferring case to the United States District Court for the District of Massachusetts. See accompanying Memorandum Opinion. Signed by Judge Emmet G. Sullivan on June 1, 2007. (lcegs1) (Entered: 06/01/2007) |
| 06/01/2007 | 22 | MEMORANDUM OPINION. Signed by Judge Emmet G. Sullivan on June 1, 2007. (lcegs1) (Entered: 06/01/2007) |
| 07/31/2007 |  | Case transferred out to the USDC for the District of Massachusetts, pursuant to Court Order entered June 01, 2007. Sent to Court by ECF. (jf, ) (Entered: 07/31/2007) |

| **PACER Service Center** | | |
| **Transaction Receipt** | | |
| 08/22/2007 11:33:07 | | |
| **PACER Login:** | sh0019 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:06-cv-01375-EGS |
| **Billable Pages:** | 4 | **Cost:** | 0.32 |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
                                    )
LISA M. DEAN, et al.,               )
                                    )
                Plaintiffs,         )
                                    )
        v.                          )   Civil Action No. 06-1375 (EGS)
                                    )
ELI LILLY & CO.,                    )
                                    )
                Defendant.          )
                                    )
```

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is by the Court hereby

**ORDERED** that defendant's motion to transfer is **GRANTED**; and it is

**FURTHER ORDERED** that this case is **TRANSFERRED** to the United States District Court for the District of Massachusetts.

**SO ORDERED.**


Signed:    **Emmet G. Sullivan**
           **United States District Judge**
           **June 1, 2007**

# Attachment D

To
## Affidavit of Michelle R. Mangrum in Support of
## Defendant Eli Lilly and Company's Memorandum in Support of Its
## Response to Plaintiff's Motion to Transfer to the Eastern District of New
## York and Motion for Costs

Filed in:
*Connie Franco Pavlicas v. Eli Lilly and Company,*
District Court for the District of Columbia
Civil Action No. 07-1318

CLOSED, JURY, TRANSFERRED, TYPE-B

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:06-cv-01838-RBW

DUCHARME-CONRAD et al v. ELI LILLY AND COMPANY
Assigned to: Judge Reggie B. Walton
Demand: $6,000,000
Case in other court: Superior Court for the District of Columbia,
         0007730-06
Cause: 28:1332 Diversity-Product Liability

Date Filed: 10/26/2006
Date Terminated: 06/27/2007
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**THERESA DUCHARME-CONRAD**

represented by **Aaron M. Levine**
AARON M. LEVINE & ASSOCIATES, P.A.
1320 19th Street, NW
Suite 500
Washington, DC 20036
(202) 833-8040
Fax: (202) 833-8046
Email: aaronlevinelaw@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandon J. Levine**
AARON M. LEVINE & ASSOCIATES
1320 19th Street, NW
Suite 500
Washington, DC 20036
(202) 833-8040
Fax: (202) 833-8046
Email: levbran@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Renee Lynne Robinson-Meyer**
AARON M. LEVINE & ASSOCIATES
1320 19th Street, NW
Suite 500
Washington, DC 20036
(202) 833-8040
Fax: (202) 833-8046
Email: aaronlevinelaw@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven Jay Lewis**
AARON M. LEVINE & ASSOCIATES
1320 19th Street, NW
Suite 500
Washington, DC 20036
(202) 833-8040
Fax: (202) 833-8046
Email: slewis@aaronlevinelaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**DEREK ARTHUR CONRAD**                    represented by **Aaron M. Levine**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Brandon J. Levine**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Renee Lynne Robinson-Meyer**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Steven Jay Lewis**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**ELI LILLY AND COMPANY**                  represented by **Emily J. Laird**
                                                            SHOOK HARDY & BACON, LLP
                                                            600 14th Street, NW
                                                            Suite 800
                                                            Washington, DC 20005
                                                            (202) 662-4877
                                                            Email: elaird@shb.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Michelle R. Mangrum**
                                                            SHOOK, HARDY & BACON, L.L.P.
                                                            Hamilton Square
                                                            600 14th Street, NW
                                                            Suite 800
                                                            Washington, DC 20005-2004
                                                            (202) 783-8400
                                                            Fax: (202) 783-4211
                                                            Email: mmangrum@shb.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **John Chadwick Coots**
                                                            SHOOK, HARDY & BACON, L.L.P.
                                                            600 14th Street, NW
                                                            Suite 800
                                                            Washington, DC 20005-2004
                                                            (202) 783-8400
                                                            Fax: 202-783-4211
                                                            Email: jcoots@shb.com
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Judith L. O'Grady**
                                                            SHOOK, HARDY & BACON, LLP
                                                            600 14th Street, NW

Suite 800
Washington, DC 20005
(202) 783-8400
Fax: (202) 783-4211
Email: jogrady@shb.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/26/2006 | 1 | NOTICE OF REMOVAL by ELI LILLY AND COMPANY from Superior Court for the District of Columbia, case number 0007730-06. (Filing fee $ 350 receipt number 139760)filed by ELI LILLY AND COMPANY. (Attachments: # 1 Exhibit A# 2 Exhibit B)(td, ) Additional attachment(s) added on 10/31/2006 (td, ). (Entered: 10/31/2006) |
| 10/26/2006 | 2 | Corporate Disclosure Statement by ELI LILLY AND COMPANY. (td, ) (Entered: 10/31/2006) |
| 10/26/2006 | 3 | ANSWER to Complaint with Jury Demand by ELI LILLY AND COMPANY. Related document: 1 Notice of Removal, filed by ELI LILLY AND COMPANY,.(td, ) (Entered: 10/31/2006) |
| 10/31/2006 | 4 | NOTICE of Appearance by Aaron M. Levine on behalf of THERESA DUCHARME-CONRAD, DEREK ARTHUR CONRAD (Levine, Aaron) (Entered: 10/31/2006) |
| 10/31/2006 | 5 | NOTICE of Appearance by Brandon J. Levine on behalf of THERESA DUCHARME-CONRAD, DEREK ARTHUR CONRAD (Levine, Brandon) (Entered: 10/31/2006) |
| 10/31/2006 | 6 | NOTICE of Appearance by Renee Lynne Robinson-Meyer on behalf of THERESA DUCHARME-CONRAD, DEREK ARTHUR CONRAD (Robinson-Meyer, Renee) (Entered: 10/31/2006) |
| 10/31/2006 | 7 | NOTICE of Appearance by Steven Jay Lewis on behalf of THERESA DUCHARME-CONRAD, DEREK ARTHUR CONRAD (Lewis, Steven) (Entered: 10/31/2006) |
| 11/02/2006 | 8 | Receipt on 11/02/06 of ORIGINAL FILE, certified copy of transfer order and docket sheet from Superior Court. Superior Court Number 06ca7730 B. (jf, ) (Entered: 11/03/2006) |
| 11/03/2006 | 9 | ORDER for Initial Scheduling Conference set for 1/26/2007 09:00 AM in Courtroom 16 before Judge Reggie B. Walton. (mpt, ) (Entered: 11/03/2006) |
| 11/03/2006 | 10 | GENERAL ORDER AND GUIDELINES FOR CIVIL CASES. (mpt, ) (Entered: 11/03/2006) |
| 11/15/2006 | 11 | NOTICE of Appearance by Michelle R. Mangrum on behalf of ELI LILLY AND COMPANY (Mangrum, Michelle) (Entered: 11/15/2006) |
| 11/15/2006 | 12 | NOTICE of Appearance by John Chadwick Coots on behalf of ELI LILLY AND COMPANY (Coots, John) (Entered: 11/15/2006) |
| 11/15/2006 | 13 | NOTICE of Appearance by Emily J. Laird on behalf of ELI LILLY AND COMPANY (Laird, Emily) (Entered: 11/15/2006) |
| 01/04/2007 | 14 | MEET AND CONFER STATEMENT. (Attachments: # 1 Text of Proposed Order Proposed Scheduling Order)(Levine, Aaron) (Entered: 01/04/2007) |
| 01/26/2007 | | Minute Entry for proceedings held before Judge Reggie B. Walton : Initial Scheduling Conference held on 1/26/2007. Discovery Close on 10/26/2007. Dispositive Motions due by 1/4/2008. Response to Dispositive Motions due by 2/1/2008. Reply to Dispositive Motions due by 2/22/2008. Pretrial Conference set for 5/23/2008 09:30 AM in Courtroom 16 before Judge Reggie B. Walton. (Court Reporter Phyllis Merana.) (mpt, ) (Entered: 01/26/2007) |

District of Columbia live database - Docket Report
Page 4 of 4
Case 1:07-cv-01318-HHK    Document 21-4    Filed 08/22/2007    Page 28 of 114

| 01/26/2007 | | CASE REFERRED to Magistrate Judge Alan Kay for Settlement Discussions for a 60 day period commencing on 10/29/07 and concluding 1/4/08. (jsc) (Entered: 01/29/2007) |
|---|---|---|
| 01/30/2007 | 15 | SCHEDULING ORDER: The plaintiffs shall serve their expert report pursuant to Rule 26(a)(2) by June 28, 2007, and the defendant shall serve its expert report pursuant to Rule 26(a)(2) by August 27, 2007. Discovery shall be concluded by October 26, 2007. This case shall be referred to Magistrate Judge Kay for settlement discussions commencing on October 29, 2007 and concluding on January 4, 2008. Any dispositive motions shall be filed by January 4, 2008, any oppositions shall be filed by February 1, 2008, and any reply thereto shall be filed by February 22, 2008. A pretrial conference shall be held on May 23, 2008 at 9:30 a.m. in the Chamber of Judge Reggie B. Walton at the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001. Signed by Judge Reggie B. Walton on 1/30/07. (lcrbw2) (Entered: 01/30/2007) |
| 02/12/2007 | 16 | SCHEDULING ORDER: Settlement Conference set for 12/3/2007, at 10:30 AM in Chambers before Magistrate Judge Alan Kay. Signed by Magistrate Judge Alan Kay on 02/12/07. (DM) (Entered: 02/12/2007) |
| 04/17/2007 | 17 | Unopposed MOTION to Transfer Case *to the District of Massachusetts* by ELI LILLY AND COMPANY (Attachments: # 1 Text of Proposed Order)(Laird, Emily) (Entered: 04/17/2007) |
| 05/08/2007 | 18 | NOTICE of Appearance by Judith L. O'Grady on behalf of ELI LILLY AND COMPANY (O'Grady, Judith) (Entered: 05/08/2007) |
| 06/25/2007 | 19 | ORDER granting Motion to Transfer Case 17. The Clerk of the Court is directed to transfer this case to the United States District Court for the District of Massachusetts. Signed by Judge Reggie B. Walton on 6/25/07. (lcrbw2) (Entered: 06/25/2007) |
| 06/25/2007 | 20 | MEMORANDUM AND OPINION granting the defendant's unopposed Motion to Transfer Case 17. The Clerk of the Court is directed to transfer this case to the United States District Court for the District of Massachusetts. Signed by Judge Reggie B. Walton on 6/25/07. (lcrbw2) (Entered: 06/25/2007) |
| 07/11/2007 | | Case transferred out to the USDC of United States District Court for Massachusetts, pursuant to Court Order entered 6/25/07. Sent to Court electronically. (td, ) (Entered: 07/11/2007) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 08/22/2007 11:36:36 | | |
| **PACER Login:** | sh0019 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:06-cv-01838-RBW |
| **Billable Pages:** | 3 | **Cost:** | 0.24 |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THERESA DUCHARME-CONRAD, and DEREK ARTHUR CONRAD ) ) ) ) Plaintiffs, ) ) v. ) ) ELI LILLY AND COMPANY, ) ) Defendant. ) ) | Civil Action No. 06-1838 (RBW) |

**ORDER**

In accordance with this Court's Memorandum Opinion filed contemporaneously herewith, it is hereby

**ORDERED** that the defendant's Unopposed Motion to Transfer this case to the District of Massachusetts is **GRANTED**.[1]

**SO ORDERED** on this 25th day of June, 2007.

_____
REGGIE B. WALTON
United States District Judge

---

[1]The Clerk of the Court is directed to transfer this case to the United States District Court for the District of Massachusetts.

**Attachment E**

To
Affidavit of Michelle R. Mangrum in Support of
Defendant Eli Lilly and Company's Memorandum in Support of Its
Response to Plaintiff's Motion to Transfer to the Eastern District of New
York and Motion for Costs

Filed in:
*Connie Franco Pavlicas v. Eli Lilly and Company,*
District Court for the District of Columbia
Civil Action No. 07-1318

District of Columbia live database - Docket Report
Page 1 of 4
Case 1:07-cv-01318-HHK    Document 21-4    Filed 08/22/2007    Page 31 of 114

CLOSED, TRANSFERRED, TYPE-B

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:07-cv-00152-JDB

HALLORAN v. ELI LILLY AND COMPANY
Assigned to: Judge John D. Bates
Demand: $4,000,000
Case in other court: Superior Court of the District of Columbia,
               0000079-07
Cause: 28:1332 Diversity-Product Liability

Date Filed: 01/22/2007
Date Terminated: 04/27/2007
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**KATHRYN T. HALLORAN**

represented by **Aaron M. Levine**
AARON M. LEVINE & ASSOCIATES, P.A.
1320 19th Street, NW
Suite 500
Washington, DC 20036
(202) 833-8040
Fax: (202) 833-8046
Email: aaronlevinelaw@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandon J. Levine**
AARON M. LEVINE & ASSOCIATES
1320 19th Street, NW
Suite 500
Washington, DC 20036
(202) 833-8040
Fax: (202) 833-8046
Email: levbran@aol.com
*ATTORNEY TO BE NOTICED*

**Renee Lynne Robinson-Meyer**
AARON M. LEVINE & ASSOCIATES
1320 19th Street, NW
Suite 500
Washington, DC 20036
(202) 833-8040
Fax: (202) 833-8046
Email: aaronlevinelaw@aol.com
*ATTORNEY TO BE NOTICED*

**Steven Jay Lewis**
AARON M. LEVINE & ASSOCIATES
1320 19th Street, NW
Suite 500
Washington, DC 20036
(202) 833-8040
Fax: (202) 833-8046
Email: slewis@aaronlevinelaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**ELI LILLY AND COMPANY**                        represented by **Emily J. Laird**
                                                SHOOK HARDY & BACON, LLP
                                                600 14th Street, NW
                                                Suite 800
                                                Washington, DC 20005
                                                (202) 662-4877
                                                Email: elaird@shb.com
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

                                                **Michelle R. Mangrum**
                                                SHOOK, HARDY & BACON, L.L.P.
                                                Hamilton Square
                                                600 14th Street, NW
                                                Suite 800
                                                Washington, DC 20005-2004
                                                (202) 783-8400
                                                Fax: (202) 783-4211
                                                Email: mmangrum@shb.com
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

                                                **John Chadwick Coots**
                                                SHOOK, HARDY & BACON, L.L.P.
                                                600 14th Street, NW
                                                Suite 800
                                                Washington, DC 20005-2004
                                                (202) 783-8400
                                                Fax: 202-783-4211
                                                Email: jcoots@shb.com
                                                *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/22/2007 | 1 | NOTICE OF REMOVAL by ELI LILLY AND COMPANY from Superior Court of the District of Columbia, case number 0000079-07. (Filing fee $ 350 receipt number 4616001767)filed by ELI LILLY AND COMPANY. (Attachments: # 1 Civil Cover Sheet # 2 Exhibit A# 3 Exhibit B)(lc, ) (Entered: 01/23/2007) |
| 01/22/2007 | 2 | LCvR 7.1 - CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by ELI LILLY AND COMPANY (lc, ) (Entered: 01/23/2007) |
| 01/22/2007 | 3 | ANSWER to Complaint with Jury Demand by ELI LILLY AND COMPANY. Related document: 1 Notice of Removal, filed by ELI LILLY AND COMPANY,.(lc, ) (Entered: 01/23/2007) |
| 01/23/2007 | 4 | NOTICE of Appearance by Aaron M. Levine on behalf of KATHRYN T. HALLORAN (Levine, Aaron) (Entered: 01/23/2007) |
| 01/23/2007 | 5 | NOTICE of Appearance by Brandon J. Levine on behalf of KATHRYN T. HALLORAN (Levine, Brandon) (Entered: 01/23/2007) |
| 01/23/2007 | 6 | NOTICE of Appearance by Renee Lynne Robinson-Meyer on behalf of KATHRYN T. HALLORAN (Robinson-Meyer, Renee) (Entered: 01/23/2007) |
| 01/23/2007 | 7 | NOTICE of Appearance by Steven Jay Lewis on behalf of KATHRYN T. HALLORAN (Lewis, Steven) (Entered: 01/23/2007) |
| 01/23/2007 | 8 | ORDER setting initial scheduling conference for 2/27/2007 at 9:00 a.m. in Courtroom 8. |

|  |  | See text of order for details. Signed by Judge John D. Bates on 1/23/2007. (CK) (Entered: 01/23/2007) |
| 01/23/2007 |  | Set/Reset Hearings: Initial Scheduling Conference set for 2/27/2007 09:00 AM in Courtroom 8 before Judge John D. Bates. (CK) (Entered: 01/23/2007) |
| 02/05/2007 | 9 | MEET AND CONFER STATEMENT. (Attachments: # 1 Text of Proposed Order Proposed Scheduling Order)(Levine, Aaron) (Entered: 02/05/2007) |
| 02/09/2007 | 10 | NOTICE of Appearance by Michelle R. Mangrum on behalf of ELI LILLY AND COMPANY (Mangrum, Michelle) (Entered: 02/09/2007) |
| 02/09/2007 | 11 | NOTICE of Appearance by John Chadwick Coots on behalf of ELI LILLY AND COMPANY (Coots, John) (Entered: 02/09/2007) |
| 02/09/2007 | 12 | NOTICE of Appearance by Emily J. Laird on behalf of ELI LILLY AND COMPANY (Laird, Emily) (Entered: 02/09/2007) |
| 02/22/2007 |  | Receipt on 2/22/2007 of ORIGINAL FILE, certified copy of transfer order and docket sheet from Superior Court. Superior Court Number 07ca79. (lc, ) (Entered: 02/23/2007) |
| 02/27/2007 |  | Minute Entry Initial Scheduling Conference held on 2/27/2007 before Judge John D. Bates : Status Conference set for 10/30/2007 09:00 AM in Courtroom 8 before Judge John D. Bates. Scheduling Order forthcoming.(Court Reporter Bryan Wayne) (tb, ) (Entered: 02/27/2007) |
| 02/27/2007 | 13 | SCHEDULING ORDER. See text of order for details. Signed by Judge John D. Bates on 2/27/2007. (CK) (Entered: 02/27/2007) |
| 02/27/2007 |  | Set Deadlines/Hearings: Amended pleadings due by 5/4/2007. Joinder of parties due by 5/4/2007. Plaintiff's expert disclosures due by 7/27/2007. Defendant's expert disclosures due by 9/25/2007. Discovery due by 10/25/2007. Referral to Magistrate Judge Kay for purpose of facilitating settlement discussions on 10/25/2007. Dispositive motions due by 11/26/2007. Response to dispositive motions due by 12/10/2007. Reply to dispositive motions due by 12/17/2007. Status conference set for 10/30/2007 09:00 AM in Courtroom 8 before Judge John D. Bates. (CK) (Entered: 02/27/2007) |
| 02/27/2007 |  | CASE REFERRED to Magistrate Judge Alan Kay for Settlement commencing on 10/25/07 for a period of 60 days. (jsc) (Entered: 02/27/2007) |
| 03/06/2007 | 14 | SCHEDULING ORDER: Settlement Conference set for 12/3/2007, at 11:30 AM in Chambers before Magistrate Judge Alan Kay. Signed by Magistrate Judge Alan Kay on 03/06/07. (DM) (Entered: 03/06/2007) |
| 04/19/2007 | 15 | MOTION to Transfer Case *to the District of Massachusetts* by ELI LILLY AND COMPANY (Attachments: # 1 Exhibit Memorandum of Points and Authorities in Support of Defendant Eli Lilly and Company's Motion to Transfer to the District of Massachusetts# 2 Exhibit 1 to Memorandum of Points and Authorities in Support# 3 Exhibit 2 to Memorandum of Points and Authorities in Support# 4 Exhibit Attachment A# 5 Exhibit Attachment B# 6 Exhibit Attachment C# 7 Exhibit Attachment D# 8 Text of Proposed Order)(Coots, John) (Entered: 04/19/2007) |
| 04/27/2007 | 16 | NOTICE *OF CONSENT TO TRANSFER TO THE DISTRICT OF MASSACHUSETTS* by KATHRYN T. HALLORAN re 15 MOTION to Transfer Case *to the District of Massachusetts* (Levine, Aaron) (Entered: 04/27/2007) |
| 04/27/2007 | 17 | ORDER granting 15 defendant's unopposed motion to transfer to the United States District Court for the District of Massachusetts. Signed by Judge John D. Bates on 4/27/2007. (CK) (Entered: 04/27/2007) |
| 05/16/2007 |  | Case transferred out to the USDC for the District of Massachusetts, pursuant to the Courts Order entered 4/27/2007. Sent out electronically through ECF 3.0. (lc, ) (Case sent again on 6/20/2007 by email). Modified on 6/20/2007 (lc, ). (Entered: 05/16/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/22/2007 11:40:49 | | | |
| PACER Login: | sh0019 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:07-cv-00152-JDB |
| Billable Pages: | 2 | Cost: | 0.16 |

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

KATHRYN T. HALLORAN,

      Plaintiff,

      v.                                                  Civil Action No.  07-0152 (JDB)

ELI LILLY AND COMPANY,

      Defendant.

## ORDER

Upon consideration of [15] defendant's unopposed motion to transfer to the United States District Court for the District of Massachusetts, and for the convenience of the parties and witnesses and in the interest of justice, it is hereby

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that, pursuant to 28 U.S.C.  § 1404(a), this action is **TRANSFERRED** to the United States District Court for the District of Massachusetts.

**SO ORDERED**.



                         /s/ John D. Bates
                         JOHN D. BATES
                United States District Judge

Date:  April 27, 2007

**Attachment F**

To
Affidavit of Michelle R. Mangrum in Support of
Defendant Eli Lilly and Company's Memorandum in Support of Its
Response to Plaintiff's Motion to Transfer to the Eastern District of New
York and Motion for Costs

Filed in:
*Connie Franco Pavlicas v. Eli Lilly and Company,*
District Court for the District of Columbia
Civil Action No. 07-1318

CLOSED, JURY, TRANSFERRED, TYPE-B

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:06-cv-01967-JDB

LAGOR et al v. ELI LILLY AND COMPANY et al
Assigned to: Judge John D. Bates
Demand: $11,500,000
Cause: 28:1332 Diversity-Product Liability

Date Filed: 11/17/2006
Date Terminated: 06/18/2007
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod.
Liability
Jurisdiction: Diversity

**Plaintiff**

**KATHERINE LAGOR**                    represented by **Aaron M. Levine**
AARON M. LEVINE &
ASSOCIATES, P.A.
1320 19th Street, NW
Suite 500
Washington, DC 20036
(202) 833-8040
Fax: (202) 833-8046
Email: aaronlevinelaw@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandon J. Levine**
AARON M. LEVINE & ASSOCIATES

1320 19th Street, NW
Suite 500
Washington, DC 20036
(202) 833-8040
Fax: (202) 833-8046
Email: levbran@aol.com
*ATTORNEY TO BE NOTICED*

**Renee Lynne Robinson-Meyer**
AARON M. LEVINE & ASSOCIATES

1320 19th Street, NW
Suite 500
Washington, DC 20036
(202) 833-8040
Fax: (202) 833-8046
Email: aaronlevinelaw@aol.com
*ATTORNEY TO BE NOTICED*

**Steven Jay Lewis**

AARON M. LEVINE & ASSOCIATES

1320 19th Street, NW
Suite 500
Washington, DC 20036
(202) 833-8040
Fax: (202) 833-8046
Email: slewis@aaronlevinelaw.com
*ATTORNEY TO BE NOTICED*

#### Plaintiff

**TIMOTHY LAGOR**                          represented by   **Aaron M. Levine**
*Individually and as Parents, Guardians*                    (See above for address)
*and Next Friends of*                                       *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Brandon J. Levine**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Renee Lynne Robinson-Meyer**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Steven Jay Lewis**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

#### Plaintiff

**EMILY GRACE LAGOR**                      represented by   **Aaron M. Levine**
*a minor*                                                   (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Brandon J. Levine**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Renee Lynne Robinson-Meyer**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Steven Jay Lewis**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

V.

#### Defendant

john.anderson@troutmansanders.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/17/2006 | 1 | COMPLAINT against ELI LILLY AND COMPANY, DART INDUSTRIES, INC. ( Filing fee $ 350 receipt number 4616000273.)filed by KATHERINE LAGOR, TIMOTHY LAGOR, EMILY GRACE LAGOR. (Attachments: # 1 Civil Cover Sheet)(lc, ) (Entered: 11/20/2006) |
| 11/17/2006 | | Summons (2) Issued as to ELI LILLY AND COMPANY, DART INDUSTRIES, INC.. (lc, ) (Entered: 11/20/2006) |
| 11/21/2006 | 2 | NOTICE of Appearance by Aaron M. Levine on behalf of KATHERINE LAGOR, TIMOTHY LAGOR, EMILY GRACE LAGOR (Levine, Aaron) (Entered: 11/21/2006) |
| 11/21/2006 | 3 | NOTICE of Appearance by Brandon J. Levine on behalf of KATHERINE LAGOR, TIMOTHY LAGOR, EMILY GRACE LAGOR (Levine, Brandon) (Entered: 11/21/2006) |
| 11/21/2006 | 4 | NOTICE of Appearance by Renee Lynne Robinson-Meyer on behalf of KATHERINE LAGOR, TIMOTHY LAGOR, EMILY GRACE LAGOR (Robinson-Meyer, Renee) (Entered: 11/21/2006) |
| 11/21/2006 | 5 | NOTICE of Appearance by Steven Jay Lewis on behalf of KATHERINE LAGOR, TIMOTHY LAGOR, EMILY GRACE LAGOR (Lewis, Steven) (Entered: 11/21/2006) |
| 12/11/2006 | 6 | *Defendant Eli Lilly and Company's* ANSWER to Complaint with Jury Demand by ELI LILLY AND COMPANY, DART INDUSTRIES, INC.. Related document: 1 Complaint filed by KATHERINE LAGOR,, TIMOTHY LAGOR,, EMILY GRACE LAGOR,.(Laird, Emily) (Entered: 12/11/2006) |
| 12/11/2006 | 7 | LCvR 7.1 - CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by ELI LILLY AND COMPANY, DART INDUSTRIES, INC. (Laird, Emily) (Entered: 12/11/2006) |
| 12/13/2006 | 8 | ANSWER to Complaint by DART INDUSTRIES, INC.. Related document: 1 Complaint filed by KATHERINE LAGOR,, TIMOTHY LAGOR,, EMILY GRACE LAGOR,.(Anderson, John) (Entered: 12/13/2006) |
| 12/13/2006 | 9 | LCvR 7.1 - CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by DART INDUSTRIES, INC. (Anderson, John) (Entered: 12/13/2006) |
| 12/18/2006 | 10 | NOTICE of Appearance by Michelle R. Mangrum on behalf of ELI LILLY AND COMPANY (Mangrum, Michelle) (Entered: 12/18/2006) |
| | | |

| | | |
|---|---|---|
| | | Memorandum of Points and Authorities# 7 Exhibit 3 to Memorandum of Points and Authorities# 8 Text of Proposed Order)(Laird, Emily) (Entered: 04/09/2007) |
| 04/13/2007 | 18 | Memorandum in opposition to re 17 MOTION to Transfer Case *to the District of Rhode Island* filed by KATHERINE LAGOR, TIMOTHY LAGOR, EMILY GRACE LAGOR. (Attachments: # 1 Text of Proposed Order Denying Transfer to the District of Rhode Island and Transferring to the District of Massachusetts)(Levine, Aaron) (Entered: 04/13/2007) |
| 04/24/2007 | 19 | REPLY to opposition to motion re 17 MOTION to Transfer Case *to the District of Rhode Island* filed by ELI LILLY AND COMPANY. (Laird, Emily) (Entered: 04/24/2007) |
| 05/08/2007 | 20 | NOTICE of Appearance by Judith L. O'Grady on behalf of ELI LILLY AND COMPANY (O'Grady, Judith) (Entered: 05/08/2007) |
| 05/08/2007 | 21 | STIPULATION of Dismissal *of Dart Industries, Inc. with Prejudice* by DART INDUSTRIES, INC.. (Anderson, John) (Entered: 05/08/2007) |
| 06/18/2007 | 22 | ORDER denying 16 plaintiffs' motion to transfer case to the District of Massachusetts, and granting 17 defendant's motion to transfer case to the District of Rhode Island. Signed by Judge John D. Bates on 6/18/2007. (lcjdb1) (Entered: 06/18/2007) |
| 06/18/2007 | 23 | MEMORANDUM OPINION accompanying 22 Order denying plaintiffs' motion to transfer and granting defendant's motion to transfer. Signed by Judge John D. Bates on 6/18/2007. (lcjdb1) (Entered: 06/18/2007) |
| 08/07/2007 | | Case transferred out to the USDC of RI, pursuant to Court Order entered 6/18/2007. Sent to Court by E-Mail. (lc, ) (Entered: 08/07/2007) |
| 08/08/2007 | | Receipt on 8/7/2007 of Transfer Papers. Other Court Number CA07-295ML sent by Rhode Island. (lc, ) (Entered: 08/08/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 08/22/2007 12:00:05 | | | |
| **PACER Login:** | sh0019 | **Client Code:** | lily 00015 00 |
| **Description:** | Docket Report | **Search Criteria:** | 1:06-cv-01967-JDB |
| **Billable Pages:** | 3 | **Cost:** | 0.24 |

https://ecf.dcd.uscourts.gov/cgi-bin/DktRpt.pl?292679351505883-L_353_0-1          8/22/2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KATHARINE LAGOR, et al.

Plaintiffs,

v.

ELI LILLY AND COMPANY, et al.

Defendants.

Civil Action No.  06-1967(JDB)

## ORDER

Upon consideration of [16] plaintiffs' motion to transfer this case to the U.S. District Court for the District of Massachusetts, [17] defendant Eli Lilly and Company's motion to transfer this case to the U.S. District Court for the District of Rhode Island, the oppositions and replies thereto, and the entire record herein, and for the reasons stated in the Memorandum Opinion issued on this date, it is this 18th day of June, 2007, hereby

**ORDERED** that plaintiffs' motion to transfer is **DENIED**; and it is further

**ORDERED** that defendant's motion to transfer is **GRANTED**, and this case is hereby

**TRANSFERRED** to the U.S. District Court for the District of Rhode Island pursuant to 28 U.S.C. § 1404(a).

**SO ORDERED**.

/s/
JOHN D. BATES
United States District Judge

Dated:   June 18, 2007

-1-

**Attachment G**

To
Affidavit of Michelle R. Mangrum in Support of
Defendant Eli Lilly and Company's Memorandum in Support of Its
Response to Plaintiff's Motion to Transfer to the Eastern District of New
York and Motion for Costs

Filed in:
*Connie Franco Pavlicas v. Eli Lilly and Company,*
District Court for the District of Columbia
Civil Action No. 07-1318

141856v1

CLOSED, JURY, TRANSFERRED, TYPE-B

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:07-cv-00290-RMU

LASALLA et al v. ELI LILLY AND COMPANY

Assigned to: Judge Ricardo M. Urbina

Demand: $6,000,000

Case in other court: Superior Court for the District of Columbia, 0000717-07

Cause: 28:1332 Diversity-Product Liability

Date Filed: 02/08/2007

Date Terminated: 05/25/2007

Jury Demand: Both

Nature of Suit: 365 Personal Inj. Prod. Liability

Jurisdiction: Diversity

**Plaintiff**

**DIANA LASALLA**

represented by **Aaron M. Levine**
AARON M. LEVINE & ASSOCIATES, P.A.
1320 19th Street, NW
Suite 500
Washington, DC 20036
(202) 833-8040
Fax: (202) 833-8046
Email: aaronlevinelaw@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandon J. Levine**
AARON M. LEVINE & ASSOCIATES

1320 19th Street, NW
Suite 500
Washington, DC 20036
(202) 833-8040
Fax: (202) 833-8046
Email: levbran@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven Jay Lewis**
AARON M. LEVINE & ASSOCIATES

1320 19th Street, NW
Suite 500
Washington, DC 20036
(202) 833-8040
Fax: (202) 833-8046
Email: slewis@aaronlevinelaw.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Renee Lynne Robinson-Meyer**
AARON M. LEVINE & ASSOCIATES

1320 19th Street, NW
Suite 500
Washington, DC 20036
(202) 833-8040
Fax: (202) 833-8046
Email: aaronlevinelaw@aol.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**DARREN LASALLA**    represented by    **Aaron M. Levine**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandon J. Levine**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Renee Lynne Robinson-Meyer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven Jay Lewis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**ELI LILLY AND COMPANY**    represented by    **John Chadwick Coots**
SHOOK, HARDY & BACON, L.L.P.
Hamilton Square
600 14th Street, NW
Suite 800
Washington, DC 20005-2004
(202) 783-8400
Fax: 202-783-4211
Email: jcoots@shb.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michelle R. Mangrum**

SHOOK, HARDY & BACON, L.L.P.
Hamilton Square
600 14th Street, NW
Suite 800
Washington, DC 20005-2004
(202) 783-8400
Fax: (202) 783-4211
Email: mmangrum@shb.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Emily J. Laird**
SHOOK HARDY & BACON, LLP
600 14th Street, NW
Suite 800
Washington, DC 20005
(202) 662-4877
Email: elaird@shb.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/08/2007 | 1 | NOTICE OF REMOVAL by ELI LILLY AND COMPANY from Superior Court for the District of Columbia, case number 0000717-07. (Filing fee $ 350, receipt number 4616002139). (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Civil Cover Sheet)(td, ) Modified on 3/13/2007 (td, ). (Entered: 02/09/2007) |
| 02/08/2007 | 2 | LCvR 7.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by ELI LILLY AND COMPANY (td, ) (Entered: 02/09/2007) |
| 02/08/2007 | 3 | ANSWER to Complaint with Jury Demand by ELI LILLY AND COMPANY. Related document: 1 Notice of Removal, filed by DIANA LASALLA,, DARREN LASALLA,.(td, ) (Entered: 02/09/2007) |
| 02/08/2007 | | SUMMONS Not Issued as to ELI LILLY AND COMPANY (td, ) (Entered: 02/09/2007) |
| 02/12/2007 | 4 | NOTICE of Appearance by Aaron M. Levine on behalf of DIANA LASALLA, DARREN LASALLA (Levine, Aaron) (Entered: 02/12/2007) |
| 02/12/2007 | 5 | NOTICE of Appearance by Brandon J. Levine on behalf of DIANA LASALLA, DARREN LASALLA (Levine, Brandon) (Entered: 02/12/2007) |
| 02/12/2007 | 6 | NOTICE of Appearance by Renee Lynne Robinson-Meyer on behalf of DIANA LASALLA, DARREN LASALLA (Robinson-Meyer, Renee) (Entered: 02/12/2007) |
| 02/12/2007 | 7 | NOTICE of Appearance by Steven Jay Lewis on behalf of DIANA |

| | | LASALLA, DARREN LASALLA (Lewis, Steven) (Entered: 02/12/2007) |
|---|---|---|
| 02/13/2007 | | Case Reassigned to Judge Ricardo M. Urbina. Judge Paul L. Friedman no longer assigned to the case. (jf, ) (Entered: 02/15/2007) |
| 02/15/2007 | | NOTICE of Hearing: An Initial Status is scheduled for 3/29/2007 at 11:30 a.m. in Courtroom 30, Annex Building, Sixth Floor before Judge Ricardo M. Urbina. Parties are to meet and confer and file their Local 16.3 Report seven days prior to scheduled hearing date.(jwd) (Entered: 02/15/2007) |
| 02/15/2007 | 8 | STANDING ORDER Signed by Judge Ricardo M. Urbina on February 15, 2007. Please read the the Court Standing Order Carefully becuse this order governs the progress of this case. (jwd) (Entered: 02/15/2007) |
| 02/15/2007 | 9 | NOTICE *of Filing Certificate Regarding Service of Standing Order* by ELI LILLY AND COMPANY re 8 Order (Attachments: # 1 Exhibit A) (Coots, John) (Entered: 02/15/2007) |
| 02/16/2007 | 10 | NOTICE of Appearance by Michelle R. Mangrum on behalf of ELI LILLY AND COMPANY (Mangrum, Michelle) (Entered: 02/16/2007) |
| 02/16/2007 | 11 | NOTICE of Appearance by John Chadwick Coots on behalf of ELI LILLY AND COMPANY (Coots, John) (Entered: 02/16/2007) |
| 02/16/2007 | 12 | NOTICE of Appearance by Emily J. Laird on behalf of ELI LILLY AND COMPANY (Laird, Emily) (Entered: 02/16/2007) |
| 02/22/2007 | 13 | Receipt on 02/22/07 of ORIGINAL FILE, certified copy of transfer order and docket sheet from Superior Court. Superior Court Number: 07ca0717 B. (jf, ) (Entered: 02/23/2007) |
| 03/07/2007 | 14 | MEET AND CONFER STATEMENT. (Attachments: # 1 Text of Proposed Order Proposed Scheduling Order)(Levine, Aaron) (Entered: 03/07/2007) |
| 03/29/2007 | | Minute Entry for proceedings held before Judge Ricardo M. Urbina : Status Conference held on 3/29/2007. Discovery due by 12/28/2007. Dispositive Motions are due by 1/28/2008. Oppositions to Dispositive Motions are due by 2/28/2008. Replies to Opposition to Dispositive Motions are due by 3/13/2008. Motions to Amend Pleadings or Join Parties are due by 5/25/2007. Oppositions to Motions to Amend Pleadings or Join Parties are due by 6/8/2007. Replies to Oppositions to Motions to Amend Pleadings or Join Parties are due by 6/15/2007. Proponent's 26(a)(2)(B) statement is due by 8/27/2007. Opponent's Rule 26(a)(2)(B) is due by 10/26/2007. An interim Status Hearing is scheduled for 1/7/2008 10:00 A.M. in Courtroom 30 Annex, Sixth floor before Judge Ricardo M. Urbina, a Final Status Hearing to be scheduled when the parties reconvene for the Interim Status Hearing. Case referred to Magistrate Judge Kay for settlement discussions, the specific date and time to be scheduled by Magistrate Judge Kay. (Court Reporter Wendy Ricard.) (jwd, ) (Entered: 03/29/2007) |

| 03/29/2007 |    | CASE REFERRED to Magistrate Judge Alan Kay for settlement discussions. (jeb, ) (Entered: 03/29/2007) |
| 04/06/2007 | 15 | SCHEDULING ORDER: Settlement Conference set for 1/14/2008, at 10:00 AM in Chambers before Magistrate Judge Alan Kay. Signed by Magistrate Judge Alan Kay on 04/06/07. (DM) (Entered: 04/06/2007) |
| 05/24/2007 | 16 | Unopposed MOTION to Transfer Case *to the Eastern District of Louisiana* by ELI LILLY AND COMPANY (Attachments: # 1 Text of Proposed Order)(Coots, John) (Entered: 05/24/2007) |
| 05/25/2007 |    | MINUTE ORDER granting the consent motion to transfer 16. Pursuant to 28 U.S.C. Sec. 1404(a) the court transfers this case to the U.S. District Court for the Eastern District of Louisiana. Signed by Judge Ricardo M. Urbina on 5/25/07. (md) (Entered: 05/25/2007) |
| 07/11/2007 |    | Case transferred out to the USDC of Eastern District of Louisiana, pursuant to Court Order entered May 25, 2007. Sent to Court by certified mail. (jf, ) (Entered: 07/11/2007) |
| 08/06/2007 |    | Receipt on 7/30/2007 of Transfer Papers. Other Court Number 07-3917 sent by USDC-EDLA-New Orleans. (lc, ) (Entered: 08/07/2007) |

| **PACER Service Center** | | |
| **Transaction Receipt** | | |
| 08/22/2007 12:01:56 | | |
| **PACER Login:** | sh0019 | **Client Code:** | lily 00015 00 |
| **Description:** | Docket Report | **Search Criteria:** | 1:07-cv-00290-RMU |
| **Billable Pages:** | 3 | **Cost:** | 0.24 |

# Attachment H

To
## Affidavit of Michelle R. Mangrum in Support of
## Defendant Eli Lilly and Company's Memorandum in Support of Its
## Response to Plaintiff's Motion to Transfer to the Eastern District of New
## York and Motion for Costs

Filed in:
*Connie Franco Pavlicas v. Eli Lilly and Company,*
District Court for the District of Columbia
Civil Action No. 07-1318

CLOSED, JURY, TRANSFERRED, TYPE-B

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:07-cv-00457-EGS

MCENTEE et al v. ELI LILLY AND COMPANY
Assigned to: Judge Emmet G. Sullivan
Demand: $6,000,000
Case in other court: Superior Court, 07ca963
Cause: 28:1441 Petition for Removal- Product Liability

Date Filed: 03/09/2007
Date Terminated: 06/18/2007
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod.
Liability
Jurisdiction: Diversity

**Plaintiff**

**DIANNE MCENTEE**                     represented by  **Aaron M. Levine**
AARON M. LEVINE &
ASSOCIATES, P.A.
1320 19th Street, NW
Suite 500
Washington, DC 20036
(202) 833-8040
Fax: (202) 833-8046
Email: aaronlevinelaw@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandon J. Levine**
AARON M. LEVINE & ASSOCIATES

1320 19th Street, NW
Suite 500
Washington, DC 20036
(202) 833-8040
Fax: (202) 833-8046
Email: levbran@aol.com
*LEAD ATTORNEY*

**Renee Lynne Robinson-Meyer**
AARON M. LEVINE & ASSOCIATES

1320 19th Street, NW
Suite 500
Washington, DC 20036
(202) 833-8040
Fax: (202) 833-8046
Email: aaronlevinelaw@aol.com
*LEAD ATTORNEY*

**Steven Jay Lewis**

AARON M. LEVINE & ASSOCIATES

1320 19th Street, NW
Suite 500
Washington, DC 20036
(202) 833-8040
Fax: (202) 833-8046
Email: slewis@aaronlevinelaw.com
*LEAD ATTORNEY*

**Plaintiff**

**WILLIAM MCENTEE**                     represented by    **Aaron M. Levine**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandon J. Levine**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Renee Lynne Robinson-Meyer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven Jay Lewis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**ELI LILLY AND COMPANY**               represented by    **Emily J. Laird**
SHOOK HARDY & BACON, LLP
600 14th Street, NW
Suite 800
Washington, DC 20005
(202) 662-4877
Email: elaird@shb.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michelle R. Mangrum**
SHOOK, HARDY & BACON, L.L.P.
Hamilton Square
600 14th Street, NW
Suite 800
Washington, DC 20005-2004

(202) 783-8400
Fax: (202) 783-4211
Email: mmangrum@shb.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Chadwick Coots**
SHOOK, HARDY & BACON, L.L.P.
600 14th Street, NW
Suite 800
Washington, DC 20005-2004
(202) 783-8400
Fax: 202-783-4211
Email: jcoots@shb.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/09/2007 | 1 | NOTICE OF REMOVAL by ELI LILLY AND COMPANY from Superior Court for the District of Columbia, case number 00963-07. (Filing fee $ 350, receipt number 4616002833) filed by ELI LILLY AND COMPANY. (Attachments: # 1 Civil Cover Sheet # 2 Exhibit A# 3 Exhibit B)(td, ) (Entered: 03/13/2007) |
| 03/09/2007 | 2 | Corporate Disclosure Statement by ELI LILLY AND COMPANY. (td, ) (Entered: 03/13/2007) |
| 03/09/2007 | 3 | ANSWER to Complaint with Jury Demand by ELI LILLY AND COMPANY. Related document: 1 Notice of Removal, filed by ELI LILLY AND COMPANY.(td, ) (Entered: 03/13/2007) |
| 03/09/2007 | | SUMMONS Not Issued. (td, ) (Entered: 03/13/2007) |
| 03/14/2007 | 4 | ORDER Initial Conference set for 4/24/2007 10:00 AM in Courtroom 24A before Judge Emmet G. Sullivan. Setting forth further instruction to counsel.. Signed by Judge Judge Emmet G. Sullivan on 3/14/07. (clv, ) (Entered: 03/14/2007) |
| 03/14/2007 | 5 | NOTICE of Appearance by Aaron M. Levine on behalf of DIANNE MCENTEE, WILLIAM MCENTEE (Levine, Aaron) (Entered: 03/14/2007) |
| 03/14/2007 | 6 | NOTICE of Appearance by Brandon J. Levine on behalf of DIANNE MCENTEE, WILLIAM MCENTEE (Levine, Brandon) (Entered: 03/14/2007) |
| 03/14/2007 | 7 | NOTICE of Appearance by Renee Lynne Robinson-Meyer on behalf of DIANNE MCENTEE, WILLIAM MCENTEE (Robinson-Meyer, Renee) (Entered: 03/14/2007) |
| 03/14/2007 | 8 | NOTICE of Appearance by Steven Jay Lewis on behalf of DIANNE MCENTEE, WILLIAM MCENTEE (Lewis, Steven) (Entered: |

| | | 03/14/2007 |
|---|---|---|
| 03/27/2007 | 9 | Receipt on March 27, 2007 of ORIGINAL FILE, certified copy of transfer order and docket sheet from Superior Court. Superior Court Number: 07ca0963. (jf, ) (Entered: 03/28/2007) |
| 04/10/2007 | 10 | MEET AND CONFER STATEMENT. (Attachments: # 1 Text of Proposed Order Proposed Scheduling Order)(Levine, Aaron) (Entered: 04/10/2007) |
| 04/12/2007 | 11 | NOTICE of Appearance by Michelle R. Mangrum on behalf of ELI LILLY AND COMPANY (Mangrum, Michelle) (Entered: 04/12/2007) |
| 04/12/2007 | 12 | NOTICE of Appearance by John Chadwick Coots on behalf of ELI LILLY AND COMPANY (Coots, John) (Entered: 04/12/2007) |
| 04/12/2007 | 13 | NOTICE of Appearance by Emily J. Laird on behalf of ELI LILLY AND COMPANY (Laird, Emily) (Entered: 04/12/2007) |
| 04/13/2007 | 14 | SCHEDULING ORDER specifying discovery deadlines, referring case to Magistrate Judge Kay for settlement purposes, setting forth additional instructions for counsel, vacating the initial scheduling conference set for April 24, and scheduling a status conference for February 6, 2008, at 11:00 am. Signed by Judge Emmet G. Sullivan on April 13, 2007. (lcegs1) (Entered: 04/13/2007) |
| 04/13/2007 | | Set Deadlines/Hearings: Amended Pleadings due by 7/13/2007; Fact & Expert Discovery due by 1/22/2008; Plaintiffs' Rule 26(a)(2) due by 9/21/2007; Defendant's Rule 26(a)(2) due by 11/20/2007; Status Conference set for 2/6/2008 @ 11:00 AM in Courtroom 26 before Judge Emmet G. Sullivan. (mm) (Entered: 04/16/2007) |
| 04/13/2007 | | CASE REFERRED to Magistrate Judge Alan Kay for settlement. (jeb, ) (Entered: 04/19/2007) |
| 06/13/2007 | 15 | Consent MOTION to Transfer Case *to the District of Massachusetts* by ELI LILLY AND COMPANY (Attachments: # 1 Text of Proposed Order)(Coots, John) (Entered: 06/13/2007) |
| 06/14/2007 | 16 | ORDER granting 15 Defendant's Consent Motion to Transfer Case and transferring case to the United States District Court for the District of Massachusetts. Signed by Judge Emmet G. Sullivan on June 14, 2007. (lcegs1) (Entered: 06/14/2007) |
| 07/31/2007 | | Case transferred out to the USDC for the District of Massachusetts, pursuant to Court Order entered June 14, 2007. Sent to Court by ECF. (jf, ) (Entered: 07/31/2007) |

---

| PACER Service Center |
|---|
| Transaction Receipt |
| |

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

```
_____
                           )
DIANNE MCENTEE, et al.,    )
                           )
              Plaintiffs,  )
                           )
         v.                )   Civil Action No. 07-457 (EGS)
                           )
ELI LILLY & CO.,           )
                           )
              Defendant.   )
_____)
```

## ORDER

Upon consideration of defendant's consent motion to transfer to the District of Massachusetts, and finding that this case satisfies the standards for transfer under 28 U.S.C. § 1404(a), it is by the Court hereby

**ORDERED** that defendant's consent motion to transfer is **GRANTED;** and it is

**FURTHER ORDERED** that this case is **TRANSFERRED** to the United States District Court for the District of Massachusetts.

**SO ORDERED.**


Signed:    **Emmet G. Sullivan**
           **United States District Judge**
           **June 14, 2007**

**Attachment I**

To
Affidavit of Michelle R. Mangrum in Support of
Defendant Eli Lilly and Company's Memorandum in Support of Its
Response to Plaintiff's Motion to Transfer to the Eastern District of New
York and Motion for Costs

Filed in:
*Connie Franco Pavlicas v. Eli Lilly and Company,*
District Court for the District of Columbia
Civil Action No. 07-1318

CLOSED, JURY, TRANSFERRED, TYPE-B

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:06-cv-01634-RCL

MORDECAI et al v. ELI LILLY AND COMPANY et al
Assigned to: Judge Royce C. Lamberth
Demand: $6,000,000
Case in other court: Superior Court for the District of
                Columbia, 06-06752
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 09/21/2006
Date Terminated: 05/10/2007
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod.
Liability
Jurisdiction: Diversity

## Plaintiff

**NICOLE EMILY YANKELOVICH
MORDECAI**

represented by **Aaron M. Levine**
AARON M. LEVINE &
ASSOCIATES, P.A.
1320 19th Street, NW
Suite 500
Washington, DC 20036
(202) 833-8040
Fax: (202) 833-8046
Email: aaronlevinelaw@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandon J. Levine**
AARON M. LEVINE & ASSOCIATES

1320 19th Street, NW
Suite 500
Washington, DC 20036
(202) 833-8040
Fax: (202) 833-8046
Email: levbran@aol.com
*ATTORNEY TO BE NOTICED*

**Renee Lynne Robinson-Meyer**
AARON M. LEVINE & ASSOCIATES

1320 19th Street, NW
Suite 500
Washington, DC 20036
(202) 833-8040
Fax: (202) 833-8046
Email: aaronlevinelaw@aol.com
*ATTORNEY TO BE NOTICED*

Steven Jay Lewis
AARON M. LEVINE & ASSOCIATES

1320 19th Street, NW
Suite 500
Washington, DC 20036
(202) 833-8040
Fax: (202) 833-8046
Email: slewis@aaronlevinelaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**DAVID MORDECAI**                    represented by  **Aaron M. Levine**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Brandon J. Levine**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Renee Lynne Robinson-Meyer**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Steven Jay Lewis**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**ELI LILLY AND COMPANY**             represented by  **Emily J. Laird**
                                                       SHOOK HARDY & BACON, LLP
                                                       600 14th Street, NW
                                                       Suite 800
                                                       Washington, DC 20005
                                                       (202) 662-4877
                                                       Email: elaird@shb.com
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Michelle R. Mangrum**
                                                       SHOOK, HARDY & BACON, L.L.P.
                                                       Hamilton Square
                                                       600 14th Street, NW
                                                       Suite 800
                                                       Washington, DC 20005-2004
                                                       (202) 783-8400
                                                       Fax: (202) 783-4211

Email: mmangrum@shb.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Chadwick Coots**
SHOOK, HARDY & BACON, L.L.P.
600 14th Street, NW
Suite 800
Washington, DC 20005-2004
(202) 783-8400
Fax: 202-783-4211
Email: jcoots@shb.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**BRISTOL-MEYERS SQUIBB COMPANY**
*other*
E.R. SQUIBB & SONS, INC.

represented by **Sidney G. Leech**
GOODELL, DEVRIES, LEECH & DANN, LLP
One South Street
Suite 2000
Baltimore, MD 21202
(410) 783-4017
Fax: (410) 783-4040
Email: sgl@gdldlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**PHARMACIA AND UPJOHN COMPANY**
*also known as*
UPJOHN COMPANY

represented by **Elizabeth Ewert**
DRINKER BIDDLE LLP
1500 K Street, NW
Washington, DC 20005
(202) 842-8800
Fax: (202) 842-8465
Email: elizabeth.ewert@dbr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**ABBOTT LABORATORIES, INC.**
*TERMINATED: 10/31/2006*

represented by **Jennifer Gardner Levy**
KIRKLAND & ELLIS
Civil Litigation
655 15th Street NW
Washington, DC 20005-5793
(202) 879-5211
Fax: (202) 879-5200
Email: jlevy@kirkland.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**DART INDUSTRIES, INC.**
*TERMINATED: 05/08/2007*
*other*
REXALL DRUG COMPANY, INC.

represented by  **John F. Anderson**
TROUTMAN SANDERS LLP
1660 International Drive
Suite 600
McLean, VA 22102
(703) 734-4356
Fax: (703) 448-6530
Email:
john.anderson@troutmansanders.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**GLAXOSMITHKLINE, INC.**
*other*
S.E. MASSENGILL AND
BURROUGHS-WELLCOME CO.

represented by  **Janet K. Coleman**
WHITNEY & BOGRIS LLP
401 Washington Avenue
12th Floor
Towson, MD 21204
(410) 583-8000
Fax: (202) 583-8031
Email: jcoleman@whitneybogris.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**PREMO PHARMACEUTICAL
LABORATORIES, INC.**

represented by  **Aaron M. Bailey**
GOODWIN PROCTER LLP
901 New York Avenue, NW
9th Flood, East Tower
Washington, DC 20001
(202) 346-4000
Fax: (202) 346-4444
Email: abailey@goodwinprocter.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**ORTHO MCNEIL LABS, INC.**
*TERMINATED: 04/02/2007*

represented by  **Elizabeth Ewert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**PERSON & COVEY, INC.**
*TERMINATED: 05/16/2007*

represented by  **Sean Charles Edward McDonough**
HUDGINS LAW FIRM, PC
515 King Street
Suite 400
Alexandria, VA 22314

(703) 739-3300
Fax: (703) 739-3700
Email:
smcdonough@hudginslawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**MERCK & COMPANY, INC.**    represented by **Elizabeth Ewert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**MALLINCKRODT, INC.**    represented by **Janet K. Coleman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**ELAN PHARMACEUTICALS**    represented by **Harold M. Walter**
*other*                                    TYDINGS & ROSENBERG, LLP
CARNRICK LABORATORIES, INC.            100 East Pratt Street
Suite 2600
Baltimore, MD 21202
(410) 752-9720
Email: hwalter@tydingslaw.com
*TERMINATED: 05/10/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jaime Walker Luse**
TYDINGS & ROSENBERG LLP
100 East Pratt Street
26th Floor
Baltimore, MD 21202
(410) 752-9741
Fax: 410-727-5460
Email: jluse@tydingslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/21/2006 | 1 | NOTICE OF REMOVAL by ELI LILLY AND COMPANY from Superior Court for the District of Columbia, case number 06-6752. ( Filing fee $ 350 )filed by ELI LILLY AND COMPANY. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I)(lc, ) (Entered: |

| | | |
|---|---|---|
| | | 09/26/2006 |
| 09/21/2006 | 2 | LCvR 7.1 - CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by ELI LILLY AND COMPANY (lc, ) (Entered: 09/26/2006) |
| 09/21/2006 | 3 | ANSWER to Complaint with Jury Demand by ELI LILLY AND COMPANY. Related document: 1 Notice of Removal, filed by ELI LILLY AND COMPANY,.(lc, ) (Entered: 09/26/2006) |
| 09/25/2006 | | Case Reassigned to Judge Gladys Kessler. Judge John D. Bates no longer assigned to the case. (lc, ) (Entered: 09/26/2006) |
| 09/26/2006 | 4 | NOTICE of Appearance by Aaron M. Levine on behalf of NICOLE EMILY YANKELOVICH MORDECAI, DAVID MORDECAI (Levine, Aaron) (Entered: 09/26/2006) |
| 09/26/2006 | 5 | NOTICE of Appearance by Brandon J. Levine on behalf of NICOLE EMILY YANKELOVICH MORDECAI, DAVID MORDECAI (Levine, Brandon) (Entered: 09/26/2006) |
| 09/26/2006 | 6 | NOTICE of Appearance by Renee Lynne Robinson-Meyer on behalf of NICOLE EMILY YANKELOVICH MORDECAI, DAVID MORDECAI (Robinson-Meyer, Renee) (Entered: 09/26/2006) |
| 09/26/2006 | 7 | NOTICE of Appearance by Steven Jay Lewis on behalf of NICOLE EMILY YANKELOVICH MORDECAI, DAVID MORDECAI (Lewis, Steven) (Entered: 09/26/2006) |
| 09/26/2006 | 8 | Corporate Disclosure Statement by DART INDUSTRIES, INC.. (Anderson, John) (Entered: 09/26/2006) |
| 09/26/2006 | 9 | NOTICE of Appearance by Sidney G. Leech on behalf of BRISTOL-MEYERS SQUIBB COMPANY (Leech, Sidney) (Entered: 09/26/2006) |
| 09/27/2006 | 10 | *Defendant Ortho-McNeil Pharmaceutical, Inc.'s* ANSWER to Complaint by ORTHO MCNEIL LABS, INC.. Related document: 1 Notice of Removal, filed by ELI LILLY AND COMPANY,.(Ewert, Elizabeth) (Entered: 09/27/2006) |
| 09/27/2006 | 11 | Corporate Disclosure Statement by ORTHO MCNEIL LABS, INC.. (Ewert, Elizabeth) (Entered: 09/27/2006) |
| 09/27/2006 | 12 | NOTICE of Appearance by Elizabeth Ewert on behalf of ORTHO MCNEIL LABS, INC. (Ewert, Elizabeth) (Entered: 09/27/2006) |
| 09/27/2006 | 13 | *Defendant Merck & Co., Inc.'s* ANSWER to Complaint by MERCK & COMPANY, INC.. Related document: 1 Notice of Removal, filed by ELI LILLY AND COMPANY,.(Ewert, Elizabeth) (Entered: 09/27/2006) |
| 09/27/2006 | 14 | Corporate Disclosure Statement by MERCK & COMPANY, INC.. (Ewert, Elizabeth) (Entered: 09/27/2006) |
| 09/27/2006 | 15 | NOTICE of Appearance by Elizabeth Ewert on behalf of MERCK & COMPANY, INC. (Ewert, Elizabeth) (Entered: 09/27/2006) |

| | | Modified on 7/6/2007 (tg, ). (Entered: 07/02/2007) |
|---|---|---|
| 07/06/2007 | | NOTICE OF CORRECTED DOCKET ENTRIES: re 57 Stipulation of Dismissal, and 58 Stipulation of Dismissal were entered in error. Counsel filed the document in the wrong court. Counsel was advised of the transfer of the case to the U.S. District Court for the District of Massachusetts (tg, ) (Entered: 07/06/2007) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 08/22/2007 12:05:20 | | |
| **PACER Login:** | sh0019 | **Client Code:** | lily 00015 00 |
| **Description:** | Docket Report | **Search Criteria:** | 1:06-cv-01634-RCL |
| **Billable Pages:** | 6 | **Cost:** | 0.48 |

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NICOLE EMILY YANKELOVICH MORDECAI, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 06-1634 (RCL) |
| ELI LILLY AND COMPANY, *et al.*, | ) ) | |
| Defendants. | ) ) ) | |

## ORDER

Plaintiffs, with the consent of three other still-pending defendants, filed a motion [44] to transfer this case to the Eastern District of New York, pursuant to 28 U.S.C. § 1404(a).

Defendant Eli Lilly and Company opposes transfer to the Eastern District of New York, and cross-moves [45] for transfer to the District of Massachusetts. Three other defendants – Bristol-Meyers Squibb Company, Mallinckrodt, Inc., and GlaxoSmithKline – also filed motions [48, 49, 50] to transfer this case to the District of Massachusetts.

Plaintiff resides in Massachusetts, was treated there, and all but one of her treating physicians resides in Massachusetts. Although the alleged injury occurred in New York, and plaintiff's mother resides there, the Court concludes that the overall convenience of the parties and witnesses and the interests of justice are best served by transfer to plaintiff's home forum, the District of Massachusetts.

Accordingly, the motions to transfer to the District of Massachusetts are GRANTED and the motion to transfer to the Eastern District of New York is DENIED.

1

The Clerk shall transmit the record of this case to the clerk of the District Court for the

District of Massachusetts.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, May 9, 2007.

# Attachment J

To
Affidavit of Michelle R. Mangrum in Support of
Defendant Eli Lilly and Company's Memorandum in Support of Its
Response to Plaintiff's Motion to Transfer to the Eastern District of New
York and Motion for Costs

Filed in:
*Connie Franco Pavlicas v. Eli Lilly and Company,*
District Court for the District of Columbia
Civil Action No. 07-1318

141856v1

CLOSED, JURY, TRANSFERRED, TYPE-B

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:07-cv-00417-ESH

PETRARCA et al v. ELI LILLY AND COMPANY
Assigned to: Judge Ellen S. Huvelle
Demand: $6,000,000
Case in other court: Superior Court, 07ca0962
Cause: 28:1332 Diversity-Product Liability

Date Filed: 03/01/2007
Date Terminated: 06/26/2007
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod.
Liability
Jurisdiction: Diversity

**Plaintiff**

**KAREN LYNN PETRARCA**                 represented by   **Aaron M. Levine**
AARON M. LEVINE &
ASSOCIATES, P.A.
1320 19th Street, NW
Suite 500
Washington, DC 20036
(202) 833-8040
Fax: (202) 833-8046
Email: aaronlevinelaw@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandon J. Levine**
AARON M. LEVINE & ASSOCIATES

1320 19th Street, NW
Suite 500
Washington, DC 20036
(202) 833-8040
Fax: (202) 833-8046
Email: levbran@aol.com
*ATTORNEY TO BE NOTICED*

**Renee Lynne Robinson-Meyer**
AARON M. LEVINE & ASSOCIATES

1320 19th Street, NW
Suite 500
Washington, DC 20036
(202) 833-8040
Fax: (202) 833-8046
Email: aaronlevinelaw@aol.com
*ATTORNEY TO BE NOTICED*

**Steven Jay Lewis**

AARON M. LEVINE & ASSOCIATES

1320 19th Street, NW
Suite 500
Washington, DC 20036
(202) 833-8040
Fax: (202) 833-8046
Email: slewis@aaronlevinelaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**PIETRO PETRARCA**                    represented by    **Aaron M. Levine**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandon J. Levine**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Renee Lynne Robinson-Meyer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven Jay Lewis**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**ELI LILLY AND COMPANY**             represented by    **Emily J. Laird**
SHOOK HARDY & BACON, LLP
600 14th Street, NW
Suite 800
Washington, DC 20005
(202) 662-4877
Email: elaird@shb.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michelle R. Mangrum**
SHOOK, HARDY & BACON, L.L.P.
Hamilton Square
600 14th Street, NW
Suite 800
Washington, DC 20005-2004
(202) 783-8400
Fax: (202) 783-4211
Email: mmangrum@shb.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Chadwick Coots**
SHOOK, HARDY & BACON, L.L.P.
600 14th Street, NW
Suite 800
Washington, DC 20005-2004
(202) 783-8400
Fax: 202-783-4211
Email: jcoots@shb.com
*ATTORNEY TO BE NOTICED*

**Judith L. O'Grady**
SHOOK, HARDY & BACON, LLP
600 14th Street, NW
Suite 800
Washington, DC 20005
(202) 783-8400
Fax: (202) 783-4211
Email: jogrady@shb.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/01/2007 | 1 | NOTICE OF REMOVAL by ELI LILLY AND COMPANY from Superior Court for the District of Columbia, case number 07ca0962. (Filing fee $ 350, receipt number 4616002658)filed by ELI LILLY AND COMPANY. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Civil Cover Sheet)(jf, ) (Entered: 03/02/2007) |
| 03/01/2007 | 2 | LCvR 7.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by ELI LILLY AND COMPANY (jf, ) (Entered: 03/02/2007) |
| 03/01/2007 | 3 | ANSWER to Complaint with Jury Demand by ELI LILLY AND COMPANY. Related document: 1 Notice of Removal, filed by ELI LILLY AND COMPANY,.(jf, ) (Entered: 03/02/2007) |
| 03/02/2007 | 4 | NOTICE of Appearance by Aaron M. Levine on behalf of KAREN LYNN PETRARCA, PIETRO PETRARCA (Levine, Aaron) (Entered: 03/02/2007) |
| 03/02/2007 | 5 | NOTICE of Appearance by Brandon J. Levine on behalf of KAREN LYNN PETRARCA, PIETRO PETRARCA (Levine, Brandon) (Entered: 03/02/2007) |
| 03/02/2007 | 6 | NOTICE of Appearance by Renee Lynne Robinson-Meyer on behalf of KAREN LYNN PETRARCA, PIETRO PETRARCA (Robinson-Meyer, Renee) (Entered: 03/02/2007) |

| 03/02/2007 | 7 | NOTICE of Appearance by Steven Jay Lewis on behalf of KAREN LYNN PETRARCA, PIETRO PETRARCA (Lewis, Steven) (Entered: 03/02/2007) |
| 03/07/2007 | 8 | NOTICE of Appearance by John Chadwick Coots on behalf of ELI LILLY AND COMPANY (Coots, John) (Entered: 03/07/2007) |
| 03/07/2007 | 9 | NOTICE of Appearance by Michelle R. Mangrum on behalf of ELI LILLY AND COMPANY (Mangrum, Michelle) (Entered: 03/07/2007) |
| 03/07/2007 | 10 | NOTICE of Appearance by Emily J. Laird on behalf of ELI LILLY AND COMPANY (Laird, Emily) (Entered: 03/07/2007) |
| 03/27/2007 | 11 | Receipt on March 27, 2007 of ORIGINAL FILE, certified copy of transfer order and docket sheet from Superior Court. Superior Court Number: 07ca962. (jf, ) (Entered: 03/28/2007) |
| 04/05/2007 | 12 | ORDER setting an Initial Scheduling Conference for April 27, 2007, at 10:15 a.m. Signed by Judge Ellen S. Huvelle on 4/5/2007. (KF) (Entered: 04/05/2007) |
| 04/05/2007 | | Set/Reset Hearings: Initial Scheduling Conference set for 4/27/2007 10:15 AM in Courtroom 14 before Judge Ellen S. Huvelle. (gdf) (Entered: 04/05/2007) |
| 04/05/2007 | 13 | MEET AND CONFER STATEMENT. (Attachments: # 1 Text of Proposed Order Proposed Scheduling Order)(Levine, Aaron) (Entered: 04/05/2007) |
| 04/27/2007 | 14 | SCHEDULING ORDER: Discovery due by 2/1/2008. Joinder of Parties due by 7/2/2007. Plaintiff Rule 26a2 due by 10/1/2007. Defendant Rule 26a2 due by 11/30/2007. A status conference is set for 2/8/2008 at 9:30 a.m. Signed by Judge Ellen S. Huvelle on April 27, 2007. (lcesh1) Modified on 5/2/2007 (jeb, ). (Entered: 04/27/2007) |
| 04/27/2007 | | Minute Entry for proceedings held before Judge Ellen S. Huvelle : Meet and Confer Hearing held on 4/27/2007. Discovery due by 2/1/2008.,Plaintiff Rule 26a2 due by 10/1/2007.,Defendant Rule 26a2 due by 11/30/2007.,Status Conference set for 2/8/2008 09:30 AM in Courtroom 14 before Judge Ellen S. Huvelle. (Court Reporter Lisa Griffith.) (gdf, ) (Entered: 04/27/2007) |
| 05/08/2007 | 15 | NOTICE of Appearance by Judith L. O'Grady on behalf of ELI LILLY AND COMPANY (O'Grady, Judith) (Entered: 05/08/2007) |
| 06/26/2007 | 16 | Consent MOTION to Transfer Case *to the District of Massachusetts* by ELI LILLY AND COMPANY (Attachments: # 1 Text of Proposed Order)(Coots, John) (Entered: 06/26/2007) |
| 06/26/2007 | | MINUTE ORDER granting 16 Defendant Eli Lilly and Company's Consent Motion to Transfer to the District of Massachusetts. The Clerk of the Court is directed to transfer this action to the United States District Court for the District of Massachusetts. Signed by Judge Ellen S. Huvelle on 6/26/2007. (KF) (Entered: 06/26/2007) |

| 07/31/2007 | | Case transferred out to the USDC for the District of Massachusetts, pursuant to Court Order entered 06/26/07. Sent to Court by ECF. (jf, ) (Entered: 07/31/2007) |

**PACER Service Center**

**Transaction Receipt**

08/22/2007 12:07:41

| PACER Login: | sh0019 | Client Code: | lily 00015 00 |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 1:07-cv-00417-ESH |
| Billable Pages: | 2 | Cost: | 0.16 |

*ATTORNEY TO BE NOTICED*

**Emily J. Laird**
SHOOK HARDY & BACON, LLP
600 14th Street, NW
Suite 800
Washington, DC 20005
(202) 662-4877
Email: elaird@shb.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**BRISTOL-MYERS SQUIBB**      represented by   **Sidney G. Leech**
**COMPANY**                                   GOODELL, DEVRIES, LEECH &
*a successor of E.R. Squibb & Sons, Inc.*     DANN, LLP
                                              One South Street
                                              Suite 2000
                                              Baltimore, MD 21202
                                              (410) 783-4017
                                              Fax: (410) 783-4040
                                              Email: sgl@gdldlaw.com
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/04/2005 | 13 | ANSWER to Complaint by BRISTOL-MYERS SQUIBB COMPANY. (lc, ) (Entered: 11/03/2005) |
| 08/08/2005 | 1 | NOTICE OF REMOVAL by ELI LILLY AND COMPANY from DC Superior Court, case number 05-5730. ( Filing fee $ 250 )filed by ELI LILLY AND COMPANY. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(lc, ) (Entered: 08/09/2005) |
| 08/08/2005 | 2 | LCvR 7.1 - CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by ELI LILLY AND COMPANY (lc, ) (Entered: 08/09/2005) |
| 08/08/2005 | 3 | ANSWER to Complaint with Jury Demand by ELI LILLY AND COMPANY.(lc, ) (Entered: 08/09/2005) |
| 08/17/2005 | 4 | NOTICE of Appearance by Aaron M. Levine on behalf of LISA CORBETT, JOHN CORBETT (Levine, Aaron) (Entered: 08/17/2005) |
| 08/17/2005 | 5 | NOTICE of Appearance by Brandon J. Levine on behalf of LISA CORBETT, JOHN CORBETT (Levine, Brandon) (Entered: 08/17/2005) |
| 08/17/2005 | 6 | NOTICE of Appearance by Renee Lynne Robinson-Meyer on behalf of LISA CORBETT, JOHN CORBETT (Robinson-Meyer, Renee) (Entered: 08/17/2005) |
| 08/17/2005 | 7 | NOTICE of Appearance by Steven Jay Lewis on behalf of LISA |

| | | CORBETT, JOHN CORBETT (Lewis, Steven) (Entered: 08/17/2005) |
|---|---|---|
| 08/17/2005 | 8 | NOTICE of Appearance by Sidney G. Leech on behalf of BRISTOL-MYERS SQUIBB COMPANY (Leech, Sidney) (Entered: 08/17/2005) |
| 08/22/2005 | 9 | NOTICE of Appearance by John Chadwick Coots on behalf of ELI LILLY AND COMPANY (Coots, John) (Entered: 08/22/2005) |
| 08/23/2005 | 10 | ORIGINAL FILE, certified copy of transfer order and docket sheet received from Superior Court, Case Number 05ca5730.. (rje, ) (Entered: 09/09/2005) |
| 10/05/2005 | | Set/Reset Hearings: Status Conference set for 10/24/2005 04:30 PM in Courtroom 23 (Annex) before Judge James Robertson. (alr, ) (Entered: 10/05/2005) |
| 10/14/2005 | 11 | MEET AND CONFER STATEMENT. (Attachments: # 1 Text of Proposed Order Proposed Scheduling Order)(Levine, Aaron) (Entered: 10/14/2005) |
| 10/21/2005 | 12 | NOTICE of Appearance by Emily J. Laird on behalf of ELI LILLY AND COMPANY (Laird, Emily) (Entered: 10/21/2005) |
| 01/31/2006 | | MINUTE ORDER approving and so ordering the parties proposed scheduling order 11. A status conference is set for 4:30 p.m. on April 13, 2006 and a pretrial conference is set for 4:30 p.m. on October 5, 2006. Signed by Judge James Robertson on January 31, 2006. (MT) (Entered: 01/31/2006) |
| 02/02/2006 | | Set/Reset Hearings: Status Conference set for 4/18/2006 10:00 AM in Courtroom 23A before Judge James Robertson. (alr, ) (Entered: 02/02/2006) |
| 03/28/2006 | 14 | MOTION to Transfer Case *to the District of Massachusetts* by ELI LILLY AND COMPANY. (Attachments: # 1 Memorandum of Points and Authorities in Support of Motion to Transfer to District of Massachusetts# 2 Exhibit Ex 1Affidavit of Michelle Mangrum in Support of Motion to Transfer# 3 Exhibit Ex 2# 4 Exhibit Ex 3# 5 Exhibit Ex 4# 6 Text of Proposed Order)(Mangrum, Michelle) (Entered: 03/28/2006) |
| 04/03/2006 | 15 | NOTICE *of Non-Opposition* by LISA CORBETT, JOHN CORBETT re 14 MOTION to Transfer Case *to the District of Massachusetts* (Levine, Aaron) (Entered: 04/03/2006) |
| 04/06/2006 | | MINUTE ORDER granting defendants' unopposed motion to transfer case 14 to the United States District Court for the District of Massachusetts . Signed by Judge James Robertson on April 6, 2006. (MT) (Entered: 04/06/2006) |
| 06/06/2006 | 16 | ORDER TRANSFERRING CASE to the U.S. District Court fo the District of Massachusetts. Signed by Judge James Robertson on 6/5/2006. (lc, ) (Entered: 06/06/2006) |
| 06/23/2006 | | Case transferred to District of Massachusetts. Original file, certified copy |

| | | |
|---|---|---|
| | | of transfer order, and docket sheet sent by certified mail. (lc, ) (Entered: 06/23/2006) |
| 07/03/2006 | | Receipt on 6/28/2006 of Transfer Papers. Other Court Number 06CA11132NMG sent by USDC Massachusetts. (lc, ) (Entered: 07/10/2006) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 08/22/2007 12:09:06 | | |
| **PACER Login:** sh0019 | **Client Code:** | lily 00015 00 |
| **Description:** Docket Report | **Search Criteria:** | 1:05-cv-01584-JR |
| **Billable Pages:** 2 | **Cost:** | 0.16 |

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUN  6 2006

NANCY MAYER WHITTINGTON, **CLERK**
U.S. DISTRICT COURT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

LISA CORBETT, et al.                           \*

          **Plaintiffs,**                    \*

                        \*

     vs.                                        \*    Civil Action No. 05-cv-01584 (JR)

                        \*

ELI LILLY AND COMPANY, et al.          \*

                        \*

          **Defendants.**                   \*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

    UPON CONSIDERATION of Defendant Eli Lilly and Company's Motion to

Transfer to the District of Massachusetts pursuant to 28 U.S.C. § 1404(a),

    IT IS HEREBY ORDERED that Eli Lilly and Company's Motion is granted;

    IT IS FURTHER ORDERED that, pursuant to 28 U.S.C. § 1404(a), this case is

transferred to the United States District Court for the District of Massachusetts.

Dated: _June 5_ , 2006          _____

                          United States District Judge

cc:    Appended list of counsel of record

1930502v1

## COUNSEL OF RECORD

Aaron M. Levine
Aaron Levine & Associates
1320 19th St., N.W., Suite 500
Washington, D.C. 20036
**Attorneys for Plaintiff**

Sidney G. Leech
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, MD 21202
**Attorneys for Bristol Myers Squibb Company**

Michelle R. Mangrum, Esq.
Shook, Hardy & Bacon L.L.P.
600 14th Street, N.W., Suite 800
Washington, D.C. 20005-2004
**Attorneys for Defendant Eli Lilly and Company**

1930502v1

**Attachment L**

To
Affidavit of Michelle R. Mangrum in Support of
Defendant Eli Lilly and Company's Memorandum in Support of Its
Response to Plaintiff's Motion to Transfer to the Eastern District of New
York and Motion for Costs

Filed in:
*Connie Franco Pavlicas v. Eli Lilly and Company,*
District Court for the District of Columbia
Civil Action No. 07-1318

141856v1

District of Columbia live database - Docket Report
Case 1:07-cv-01318-HHK    Document 21-4    Filed 08/22/2007    Page 76 of 145
Page 1 of 4

CLOSED, JURY, TRANSFERRED, TYPE-B

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:05-cv-01583-GK

DUSEAU v. ELI LILLY AND COMPANY et al
Assigned to: Judge Gladys Kessler
Demand: $2,000,000
Cause: 28:1332 Diversity-Petition for Removal

Date Filed: 08/08/2005
Date Terminated: 03/22/2006
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod.
Liability
Jurisdiction: Diversity

**Plaintiff**

**KAREN DUSEAU**

represented by **Aaron M. Levine**
AARON M. LEVINE &
ASSOCIATES, P.A.
1320 19th Street, NW
Suite 500
Washington, DC 20036
(202) 833-8040
Fax: (202) 833-8046
Email: aaronlevinelaw@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandon J. Levine**
AARON M. LEVINE & ASSOCIATES

1320 19th Street, NW
Suite 500
Washington, DC 20036
(202) 833-8040
Fax: (202) 833-8046
Email: levbran@aol.com
*ATTORNEY TO BE NOTICED*

**Renee Lynne Robinson-Meyer**
AARON M. LEVINE & ASSOCIATES

1320 19th Street, NW
Suite 500
Washington, DC 20036
(202) 833-8040
Fax: (202) 833-8046
Email: aaronlevinelaw@aol.com
*ATTORNEY TO BE NOTICED*

**Steven Jay Lewis**

AARON M. LEVINE & ASSOCIATES

1320 19th Street, NW
Suite 500
Washington, DC 20036
(202) 833-8040
Fax: (202) 833-8046
Email: slewis@aaronlevinelaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**ELI LILLY AND COMPANY**          represented by **John Chadwick Coots**
SHOOK, HARDY & BACON, L.L.P.
600 14th Street, NW
Suite 800
Washington, DC 20005-2004
(202) 783-8400
Fax: 202-783-4211
Email: jcoots@shb.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michelle R. Mangrum**
SHOOK, HARDY & BACON, L.L.P.
Hamilton Square
600 14th Street, NW
Suite 800
Washington, DC 20005-2004
(202) 783-8400
Fax: (202) 783-4211
Email: mmangrum@shb.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**BRISTOL-MYERS SQUIBB**          represented by **Sidney G. Leech**
**COMPANY**
*A successor of E.R. SQUIBB & SONS,*          GOODELL, DEVRIES, LEECH &
*INC.*          DANN, LLP
One South Street
Suite 2000
Baltimore, MD 21202
(410) 783-4017
Fax: (410) 783-4040
Email: sgl@gdldlaw.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/08/2005 | 1 | NOTICE OF REMOVAL by ELI LILLY AND COMPANY, BRISTOL-MYERS SQUIBB COMPANY from Superior Court for the District of Columbia, case number 05-5731. ( Filing fee $ 250 )filed by ELI LILLY AND COMPANY, BRISTOL-MYERS SQUIBB COMPANY. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(rje, ) (Entered: 08/09/2005) |
| 08/08/2005 | 2 | LCvR 7.1 - CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by ELI LILLY AND COMPANY, BRISTOL-MYERS SQUIBB COMPANY (rje, ) (Entered: 08/09/2005) |
| 08/08/2005 | 3 | ANSWER to Complaint with Jury Demand by ELI LILLY AND COMPANY, BRISTOL-MYERS SQUIBB COMPANY.(rje, ) (Entered: 08/09/2005) |
| 08/08/2005 | | SUMMONS Not Issued (rje, ) (Entered: 08/09/2005) |
| 08/09/2005 | 4 | ORDER setting an Initial Scheduling Conference for August 29, 2005 at 10:00 a.m . Signed by Judge Gladys Kessler on 8/9/05. (CS, ) (Entered: 08/09/2005) |
| 08/09/2005 | | Set/Reset Hearings: Initial Scheduling Conference set for 8/29/2005 10:00 AM in Courtroom 18 before Judge Gladys Kessler. (CS, ) (Entered: 08/09/2005) |
| 08/11/2005 | 5 | NOTICE of Appearance by Sidney G. Leech on behalf of BRISTOL-MYERS SQUIBB COMPANY (Leech, Sidney) (Entered: 08/11/2005) |
| 08/17/2005 | 6 | NOTICE of Appearance by Aaron M. Levine on behalf of KAREN DUSEAU (Levine, Aaron) (Entered: 08/17/2005) |
| 08/17/2005 | 7 | NOTICE of Appearance by Brandon J. Levine on behalf of KAREN DUSEAU (Levine, Brandon) (Entered: 08/17/2005) |
| 08/17/2005 | 8 | NOTICE of Appearance by Renee Lynne Robinson-Meyer on behalf of KAREN DUSEAU (Robinson-Meyer, Renee) (Entered: 08/17/2005) |
| 08/17/2005 | 9 | NOTICE of Appearance by Steven Jay Lewis on behalf of KAREN DUSEAU (Lewis, Steven) (Entered: 08/17/2005) |
| 08/18/2005 | 10 | MEET AND CONFER STATEMENT. (Attachments: # 1 Text of Proposed Order Proposed Scheduling Order)(Levine, Aaron) (Entered: 08/18/2005) |
| 08/22/2005 | 11 | NOTICE of Appearance by John Chadwick Coots on behalf of ELI LILLY AND COMPANY (Coots, John) (Entered: 08/22/2005) |
| 08/23/2005 | 12 | ORIGINAL FILE, certified copy of transfer order and docket sheet received from Superior Court for the District of Columbia, Case Number 05ca5731.. (rje, ) (Entered: 08/25/2005) |
| 08/26/2005 | | MINUTE ENTRY: It is hereby ordered that the Initial Scheduling Conference set for Monday, August 29, 2005 at 10:00 a.m. is cancelled . |

| | | Signed by Judge Gladys Kessler on 8/26/05. (CS, ) (Entered: 08/26/2005) |
|---|---|---|
| 03/09/2006 | 13 | ORDER setting an Initial Scheduling Conference for March 24, 2006 at 10:00 a.m . Signed by Judge Gladys Kessler on 3/9/06. (CS, ) (Entered: 03/09/2006) |
| 03/09/2006 | | Set/Reset Hearings: Initial Scheduling Conference set for 3/24/2006 10:00 AM in Courtroom 26A before Judge Gladys Kessler. (CS, ) (Entered: 03/09/2006) |
| 03/15/2006 | 14 | MOTION to Transfer Case by ELI LILLY AND COMPANY. (Attachments: # 1 Text of Proposed Order)(Mangrum, Michelle) (Entered: 03/15/2006) |
| 03/15/2006 | 15 | MEMORANDUM re 14 MOTION to Transfer Case filed by ELI LILLY AND COMPANY, by ELI LILLY AND COMPANY. (Attachments: # 1 Exhibit Affidavit and Attachments of Michelle Mangrum in Support of Motion to Transfer# 2 Exhibit Plaintiff's Answers to Defendant Eli Lilly's Interrogatories)(Mangrum, Michelle) (Entered: 03/15/2006) |
| 03/17/2006 | 16 | NOTICE of Non-Opposition by KAREN DUSEAU re 14 MOTION to Transfer Case, 15 Memorandum, (Levine, Aaron) (Entered: 03/17/2006) |
| 03/17/2006 | | MINUTE ORDER granting Motion to Transfer Case 14; pursuant to 28 U.S.C. Section 1404(a), this case is transferred to the United States District Court for the District of Massachusetts . Signed by Judge Gladys Kessler on 3/17/06. (CS, ) (Entered: 03/17/2006) |
| 03/17/2006 | | MINUTE ORDER: The Initial Scheduling Conference set for Friday, March 24, 2006, at 10:00 a.m. is hereby CANCELLED . Signed by Judge Gladys Kessler on 3/17/06. (CS, ) (Entered: 03/17/2006) |
| 03/28/2006 | | Case transferrred out to the United States District Court for the District of Massachusetts, pursuant to Order filed March 17, 2006; sent by certified mail. (tg, ) (Entered: 03/28/2006) |
| 04/05/2006 | 17 | Receipt on 4/5/06 of Transfer Papers. Other Court Number 06 CA 10585 RCL sent by U.S. District Court for the District of Massachusetts. (tg, ) (Entered: 04/07/2006) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 08/22/2007 12:10:38 | | |
| PACER Login: | sh0019 | Client Code: | lily 00015 00 |
| Description: | Docket Report | Search Criteria: | 1:05-cv-01583-GK |
| Billable Pages: | 2 | Cost: | 0.16 |

**Attachment M**

To
Affidavit of Michelle R. Mangrum in Support of
Defendant Eli Lilly and Company's Memorandum in Support of Its
Response to Plaintiff's Motion to Transfer to the Eastern District of New
York and Motion for Costs

Filed in:
*Connie Franco Pavlicas v. Eli Lilly and Company,*
District Court for the District of Columbia
Civil Action No. 07-1318

CLOSED, JURY, TYPE-B

# U.S. District Court
# District of Columbia (Washington, DC)
# CIVIL DOCKET FOR CASE #: 1:05-cv-02062-RBW

ERICKSON v. ELI LILLY AND COMPANY
Assigned to: Judge Reggie B. Walton
Demand: $4,000,000
Cause: 28:1332 Diversity-Product Liability

Date Filed: 10/20/2005
Date Terminated: 04/18/2006
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod.
Liability
Jurisdiction: Diversity

**Plaintiff**

**KAREN ERICKSON**

represented by **Aaron M. Levine**
AARON M. LEVINE &
ASSOCIATES, P.A.
1320 19th Street, NW
Suite 500
Washington, DC 20036
(202) 833-8040
Fax: (202) 833-8046
Email: aaronlevinelaw@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandon J. Levine**
AARON M. LEVINE & ASSOCIATES

1320 19th Street, NW
Suite 500
Washington, DC 20036
(202) 833-8040
Fax: (202) 833-8046
Email: levbran@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Renee Lynne Robinson-Meyer**
AARON M. LEVINE & ASSOCIATES

1320 19th Street, NW
Suite 500
Washington, DC 20036
(202) 833-8040
Fax: (202) 833-8046
Email: aaronlevinelaw@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven Jay Lewis**
AARON M. LEVINE & ASSOCIATES

1320 19th Street, NW
Suite 500
Washington, DC 20036
(202) 833-8040
Fax: (202) 833-8046
Email: slewis@aaronlevinelaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**ELI LILLY AND COMPANY**                    represented by   **Michelle R. Mangrum**
SHOOK, HARDY & BACON, L.L.P.
Hamilton Square
600 14th Street, NW
Suite 800
Washington, DC 20005-2004
(202) 783-8400
Fax: (202) 783-4211
Email: mmangrum@shb.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Emily J. Laird**
SHOOK HARDY & BACON, LLP
600 14th Street, NW
Suite 800
Washington, DC 20005
(202) 662-4877
Email: elaird@shb.com
*ATTORNEY TO BE NOTICED*

**John Chadwick Coots**
SHOOK, HARDY & BACON, L.L.P.
600 14th Street, NW
Suite 800
Washington, DC 20005-2004
(202) 783-8400
Fax: 202-783-4211
Email: jcoots@shb.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|
|            |   |             |

| | | by ELI LILLY AND COMPANY. (Attachments: # 1 Text of Proposed Order)(Mangrum, Michelle) (Entered: 04/14/2006) |
|---|---|---|
| 04/18/2006 | 15 | Upon Consideration of Defendant Eli Lilly and Compnay's Motion to Transfer Case 14 pursuant to 28 USC 1404(a), It is Hereby Ordered that Eli Lilly and Company's Unopposed Motion is granted; IT IS FURTHER ORDERED that, this case is transferred to the United States District Court for the District of Massachusetts. Signed by Judge Reggie B. Walton on 4/18/06. (mpt, ) (Entered: 04/19/2006) |
| 06/28/2006 | | Case transferred, pursuant to order filed 4/18/06, to USDC for the District of Massachusetts (Boston). Original File, certified copy of transfer order, and docket sheet sent electronically. (td, ) (Entered: 06/28/2006) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 08/22/2007 12:11:49 | | |
| **PACER Login:** | sh0019 | **Client Code:** | lily 00015 00 |
| **Description:** | Docket Report | **Search Criteria:** | 1:05-cv-02062-RBW |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ECF

KAREN ERICKSON,                )
                                     )
        Plaintiff,           )
                                     )
         vs.             )      Civil Action No. 1:05-cv-2062-RBW
                                     )
ELI LILLY AND COMPANY,    )
                                     )
        Defendant.      )
                                     )

## ORDER

UPON CONSIDERATION of Defendant Eli Lilly and Company's Unopposed Motion to Transfer to the District of Massachusetts pursuant to 28 U.S.C. § 1404(a),

IT IS HEREBY ORDERED that Eli Lilly and Company's Unopposed Motion is granted;

IT IS FURTHER ORDERED that, pursuant to 28 U.S.C. § 1404(a), this case is transferred to the United States District Court for the District of Massachusetts.

Dated: _April 18_, 2006          _Reggie B. Walton_
                                     The Honorable Reggie B. Walton

cc:    Appended list of counsel of record

130446v1

## COUNSEL OF RECORD

Aaron M. Levine
Aaron Levine & Associates
1320 19th St., N.W., Suite 500
Washington, D.C. 20036
**Attorneys for Plaintiff**

Michelle R. Mangrum, Esq.
Shook, Hardy & Bacon L.L.P.
600 14th Street, N.W., Suite 800
Washington, D.C. 20005-2004
**Attorneys for Defendant**
**Eli Lilly and Company**

130446v1

# Attachment N

## To
Affidavit of Michelle R. Mangrum in Support of
Defendant Eli Lilly and Company's Memorandum in Support of Its
Response to Plaintiff's Motion to Transfer to the Eastern District of New
York and Motion for Costs

Filed in:
*Connie Franco Pavlicas v. Eli Lilly and Company,*
District Court for the District of Columbia
Civil Action No. 07-1318

CLOSED, JURY, TRANSFERRED, TYPE-B

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:06-cv-01055-RJL

GORDON v. ELI LILLY AND COMPANY
Assigned to: Judge Richard J. Leon
Demand: $4,000,000
Cause: 28:1441 Petition for Removal- Product Liability

Date Filed: 06/08/2006
Date Terminated: 11/01/2006
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod.
Liability
Jurisdiction: Diversity

**Plaintiff**

**ALYSSA GORDON**                     represented by   **Aaron M. Levine**
AARON M. LEVINE &
ASSOCIATES, P.A.
1320 19th Street, NW
Suite 500
Washington, DC 20036
(202) 833-8040
Fax: (202) 833-8046
Email: aaronlevinelaw@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandon J. Levine**
AARON M. LEVINE & ASSOCIATES

1320 19th Street, NW
Suite 500
Washington, DC 20036
(202) 833-8040
Fax: (202) 833-8046
Email: levbran@aol.com
*ATTORNEY TO BE NOTICED*

**Renee Lynne Robinson-Meyer**
AARON M. LEVINE & ASSOCIATES

1320 19th Street, NW
Suite 500
Washington, DC 20036
(202) 833-8040
Fax: (202) 833-8046
Email: aaronlevinelaw@aol.com
*ATTORNEY TO BE NOTICED*

**Steven Jay Lewis**

AARON M. LEVINE & ASSOCIATES

1320 19th Street, NW
Suite 500
Washington, DC 20036
(202) 833-8040
Fax: (202) 833-8046
Email: slewis@aaronlevinelaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**ELI LILLY AND COMPANY**                    represented by   **Emily J. Laird**
SHOOK HARDY & BACON, LLP
600 14th Street, NW
Suite 800
Washington, DC 20005
(202) 662-4877
Email: elaird@shb.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michelle R. Mangrum**
SHOOK, HARDY & BACON, L.L.P.
Hamilton Square
600 14th Street, NW
Suite 800
Washington, DC 20005-2004
(202) 783-8400
Fax: (202) 783-4211
Email: mmangrum@shb.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Chadwick Coots**
SHOOK, HARDY & BACON, L.L.P.
600 14th Street, NW
Suite 800
Washington, DC 20005-2004
(202) 783-8400
Fax: 202-783-4211
Email: jcoots@shb.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/08/2006 | 1 | NOTICE OF REMOVAL by ELI LILLY AND COMPANY from Superior Court for the District of Columbia, case number 06ca3987. |

| | | |
|---|---|---|
| | | ( Filing fee $ 350 )filed by ELI LILLY AND COMPANY. (Attachments: # 1 Exhibit A# 2 Exhibit B)(jf, ) (Entered: 06/09/2006) |
| 06/08/2006 | 2 | LCvR 7.1 - CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by ELI LILLY AND COMPANY (jf, ) (Entered: 06/09/2006) |
| 06/08/2006 | 3 | ANSWER to Complaint with Jury Demand by ELI LILLY AND COMPANY. Related document: 1 Notice of Removal filed by ELI LILLY AND COMPANY,.(jf, ) (Entered: 06/09/2006) |
| 06/12/2006 | 4 | NOTICE of Appearance by Aaron M. Levine on behalf of ALYSSA GORDON (Levine, Aaron) (Entered: 06/12/2006) |
| 06/12/2006 | 5 | NOTICE of Appearance by Brandon J. Levine on behalf of ALYSSA GORDON (Levine, Brandon) (Entered: 06/12/2006) |
| 06/12/2006 | 6 | NOTICE of Appearance by Renee Lynne Robinson-Meyer on behalf of ALYSSA GORDON (Robinson-Meyer, Renee) (Entered: 06/12/2006) |
| 06/12/2006 | 7 | NOTICE of Appearance by Steven Jay Lewis on behalf of ALYSSA GORDON (Lewis, Steven) (Entered: 06/12/2006) |
| 06/14/2006 | 8 | STANDING ORDER. Signed by Judge Richard J. Leon on 06/14/2006. (CMcP, ) (Entered: 06/14/2006) |
| 06/14/2006 | 9 | NOTICE of Appearance by Michelle R. Mangrum on behalf of ELI LILLY AND COMPANY (Mangrum, Michelle) (Entered: 06/14/2006) |
| 06/14/2006 | 10 | NOTICE of Filing Certificate Regarding Service of Standing Order by ELI LILLY AND COMPANY (Attachments: # 1 Exhibit Exhibit A Standing Order)(Mangrum, Michelle) (Entered: 06/14/2006) |
| 06/14/2006 | 11 | NOTICE of Appearance by John Chadwick Coots on behalf of ELI LILLY AND COMPANY (Coots, John) (Entered: 06/14/2006) |
| 06/15/2006 | 12 | Receipt on June 15, 2006 of ORIGINAL FILE, certified copy of transfer order and docket sheet from Superior Court. Superior Court Number 06ca3987. (jf, ) (Entered: 06/15/2006) |
| 07/13/2006 | 13 | MEET AND CONFER STATEMENT. (Attachments: # 1 Text of Proposed Order Proposed Scheduling Order)(Levine, Aaron) (Entered: 07/13/2006) |
| 07/27/2006 | | SCHEDULING ORDER: Approving the Joint Proposed Scheduling Order attached to 13 Joint Rule 16.3 Report. It is hereby ORDERED that the following discovery/briefing schedule shall apply to this case: (1) Deadline for joinder of parties or amending of pleadings without leave of Court, 8/25/06; (2) Deadline for serving discovery requests, 12/27/06; (3) Deadline for Plaintiff to designate experts and provide expert reports pursuant to Rule 26(a)(2), 1/26/07; (4) Deadline for defendant to designate experts and provide expert reports pursuant to Rule 26(a)(2), 3/27/07; (5) All discovery closed, parties agree that experts may be deposed until the close of discovery, 4/27/06; (6) Deadline for filing |

| | | dispositive motions, 5/28/07. Signed by Judge Richard J. Leon on 7/27/06. (lcrjl2) (Entered: 07/27/2006) |
|---|---|---|
| 10/30/2006 | 14 | MOTION to Transfer Case *to the District of Massachusetts* by ELI LILLY AND COMPANY. (Attachments: # 1 Exhibit Memorandum of Points and Authorities in Support of Defendant Eli Lilly and Company's Motion to Transfer to the District of Massachusetts# 2 Exhibit 1 - Affidavit of Emily J. Laird in Support of Defendant Eli Lilly and Company's Motion to Transfer# 3 Exhibit Attachment A to Affidavit of Emily J. Laird# 4 Exhibit Attachment B to Affidavit of Emily J. Laird# 5 Exhibit 2 to Memorandum of Points and Authorities in Support of Motion to Transfer# 6 Text of Proposed Order)(Laird, Emily) (Entered: 10/30/2006) |
| 10/31/2006 | 15 | NOTICE *of Non-Opposition* by ALYSSA GORDON re 14 MOTION to Transfer Case *to the District of Massachusetts* (Levine, Aaron) (Entered: 10/31/2006) |
| 11/01/2006 | | MINUTE ORDER granting 14 MOTION to Transfer Case to the District of Massachusetts. It is hereby ORDERED that pursuant to 28 U.S.C. 1404(a), this case is transferred to the United States District Court for the District of Massachusetts. Signed by Judge Richard J. Leon on 11/1/06. (lcrjl1) (Entered: 11/01/2006) |
| 02/12/2007 | | Case transferred out to USDC for the District of Massachuesetts, pursuant to Court's order dated 11/01/06.(jf, ) (Entered: 02/12/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 08/22/2007 12:13:02 | | | |
| **PACER Login:** | sh0019 | **Client Code:** | lily 00015 00 |
| **Description:** | Docket Report | **Search Criteria:** | 1:06-cv-01055-RJL |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |

**Attachment O**

To
Affidavit of Michelle R. Mangrum in Support of
Defendant Eli Lilly and Company's Memorandum in Support of Its
Response to Plaintiff's Motion to Transfer to the Eastern District of New
York and Motion for Costs

Filed in:
*Connie Franco Pavlicas v. Eli Lilly and Company,*
District Court for the District of Columbia
Civil Action No. 07-1318

CLOSED, JURY, TRANSFERRED, TYPE-B

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:06-cv-01374-ESH

LENTZ et al v. ELI LILLY AND COMPANY
Assigned to: Judge Ellen S. Huvelle
Demand: $6,000,000
Cause: 28:1332 Diversity-Product Liability

Date Filed: 08/03/2006
Date Terminated: 12/18/2006
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod.
Liability
Jurisdiction: Diversity

**Plaintiff**

**KAREN ANNE LENTZ**

represented by **Aaron M. Levine**
AARON M. LEVINE &
ASSOCIATES, P.A.
1320 19th Street, NW
Suite 500
Washington, DC 20036
(202) 833-8040
Fax: (202) 833-8046
Email: aaronlevinelaw@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandon J. Levine**
AARON M. LEVINE & ASSOCIATES

1320 19th Street, NW
Suite 500
Washington, DC 20036
(202) 833-8040
Fax: (202) 833-8046
Email: levbran@aol.com
*ATTORNEY TO BE NOTICED*

**Renee Lynne Robinson-Meyer**
AARON M. LEVINE & ASSOCIATES

1320 19th Street, NW
Suite 500
Washington, DC 20036
(202) 833-8040
Fax: (202) 833-8046
Email: aaronlevinelaw@aol.com
*ATTORNEY TO BE NOTICED*

**Steven Jay Lewis**

AARON M. LEVINE & ASSOCIATES

1320 19th Street, NW
Suite 500
Washington, DC 20036
(202) 833-8040
Fax: (202) 833-8046
Email: slewis@aaronlevinelaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**GERALD A. LENTZ, JR.**      represented by     **Aaron M. Levine**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandon J. Levine**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Renee Lynne Robinson-Meyer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven Jay Lewis**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**ELI LILLY AND COMPANY**     represented by     **Emily J. Laird**
SHOOK HARDY & BACON, LLP
600 14th Street, NW
Suite 800
Washington, DC 20005
(202) 662-4877
Email: elaird@shb.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michelle R. Mangrum**
SHOOK, HARDY & BACON, L.L.P.
Hamilton Square
600 14th Street, NW
Suite 800
Washington, DC 20005-2004
(202) 783-8400
Fax: (202) 783-4211
Email: mmangrum@shb.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Chadwick Coots**
SHOOK, HARDY & BACON, L.L.P.
600 14th Street, NW
Suite 800
Washington, DC 20005-2004
(202) 783-8400
Fax: 202-783-4211
Email: jcoots@shb.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/03/2006 | 1 | NOTICE OF REMOVAL by ELI LILLY AND COMPANY from Superior Court for the District of Columbia, case number 06ca5620. ( Filing fee $ 350 )filed by ELI LILLY AND COMPANY. (Attachments: # 1 Exhibit A# 2 Exhibit B)(jf, ) (Entered: 08/04/2006) |
| 08/03/2006 | 2 | LCvR 7.1 - CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by ELI LILLY AND COMPANY (jf, ) (Entered: 08/04/2006) |
| 08/04/2006 | 3 | ANSWER to Complaint with Jury Demand by ELI LILLY AND COMPANY. Related document: 1 Notice of Removal filed by ELI LILLY AND COMPANY,.(jf, ) (Entered: 08/04/2006) |
| 08/04/2006 | 4 | ORDER setting Initial Scheduling Conference for September 7, 2006 at 10:30 a.m. Signed by Judge Ellen S. Huvelle on 8/4/2006. (lcesh2) (Entered: 08/04/2006) |
| 08/04/2006 |  | Set/Reset Hearings: Initial Scheduling Conference set for 9/7/2006 10:30 AM in Courtroom 18 before Judge Ellen S. Huvelle. (gdf) (Entered: 08/04/2006) |
| 08/07/2006 | 5 | NOTICE of Appearance by Aaron M. Levine on behalf of KAREN ANNE LENTZ, GERALD A. LENTZ, JR (Levine, Aaron) (Entered: 08/07/2006) |
| 08/07/2006 | 6 | NOTICE of Appearance by Brandon J. Levine on behalf of KAREN ANNE LENTZ, GERALD A. LENTZ, JR (Levine, Brandon) (Entered: 08/07/2006) |
| 08/07/2006 | 7 | NOTICE of Appearance by Renee Lynne Robinson-Meyer on behalf of KAREN ANNE LENTZ, GERALD A. LENTZ, JR (Robinson-Meyer, Renee) (Entered: 08/07/2006) |
| 08/07/2006 | 8 | NOTICE of Appearance by Steven Jay Lewis on behalf of KAREN ANNE LENTZ, GERALD A. LENTZ, JR (Lewis, Steven) (Entered: 08/07/2006) |

| 08/07/2006 | 9 | Receipt on 8/7/06 of ORIGINAL FILE, certified copy of transfer order and docket sheet from Superior Court. Superior Court Number 06ca5620. (tg, ) (Entered: 08/08/2006) |
|---|---|---|
| 08/30/2006 | 10 | NOTICE of Appearance by Michelle R. Mangrum on behalf of ELI LILLY AND COMPANY (Mangrum, Michelle) (Entered: 08/30/2006) |
| 08/30/2006 | 11 | NOTICE of Appearance by John Chadwick Coots on behalf of ELI LILLY AND COMPANY (Coots, John) (Entered: 08/30/2006) |
| 08/30/2006 | 12 | NOTICE of Appearance by Emily J. Laird on behalf of ELI LILLY AND COMPANY (Laird, Emily) (Entered: 08/30/2006) |
| 08/30/2006 | 13 | MEET AND CONFER STATEMENT. (Attachments: # 1 Text of Proposed Order Proposed Scheduling Order)(Levine, Aaron) (Entered: 08/30/2006) |
| 09/07/2006 | 14 | SCHEDULING ORDER: Discovery due by 5/7/2007. Status Conference set for 5/10/2007 09:30 AM. Signed by Judge Ellen S. Huvelle on September 7, 2006. (lcesh1) (Entered: 09/07/2006) |
| 09/07/2006 | 15 | ORDER REFERRING CASE to Magistrate Judge Kay for settlement discussions. Signed by Judge Ellen S. Huvelle on September 7, 2006. (lcesh1) (Entered: 09/07/2006) |
| 09/07/2006 | | Minute Entry for proceedings held before Judge Ellen S. Huvelle : Meet and Confer Hearing held on 9/7/2006. Case referred to Magistrate Judge Alan Kay for settlement. Discovery due by 5/7/2007. Status Conference set for 5/10/2007 09:30 AM in Courtroom 14 before Judge Ellen S. Huvelle. (Court Reporter: Lisa Griffith) (gdf) (Entered: 09/12/2006) |
| 09/12/2006 | | CASE REFERRED to Magistrate Judge Alan Kay for Settlement. (jsc) (Entered: 09/13/2006) |
| 09/18/2006 | 16 | SCHEDULING ORDER: Settlement Conference set for 4/30/2007, at 10:30 AM in Chambers before Magistrate Judge Alan Kay. Counsel should contact chambers, at 202-354-3030, if they would like to set the settlement conference on a different date. Signed by Magistrate Judge Alan Kay on 09/18/06. (DM) (Entered: 09/18/2006) |
| 11/16/2006 | 17 | MOTION to Transfer Case *to the District of Maine* by ELI LILLY AND COMPANY. (Attachments: # 1 Exhibit 1 - Affidavit# 2 Exhibit 2# 3 Exhibit 3# 4 Text of Proposed Order)(Coots, John) (Entered: 11/16/2006) |
| 11/21/2006 | 18 | Consent MOTION for Extension of Time to File Response/Reply as to 17 MOTION to Transfer Case *to the District of Maine filed by Eli Lilly and Company* by KAREN ANNE LENTZ, GERALD A. LENTZ, JR. (Attachments: # 1 Text of Proposed Order Proposed Order Extending Time to File Opposition to Motion to Transfer)(Levine, Aaron) (Entered: 11/21/2006) |
| 11/21/2006 | | MINUTE ORDER granting 18 plaintiffs' Consent Motion to Extend Time to File Plaintiffs' Opposition to Defendant's Motion to Transfer to the District of Maine. Plaintiffs shall file their opposition on or before |

| | | December 11, 2006. Signed by Judge Ellen S. Huvelle on 11/21/2006. (KF) (Entered: 11/21/2006) |
|---|---|---|
| 11/21/2006 | | Set/Reset Deadlines: Responses due by 12/11/2006 (gdf) (Entered: 11/21/2006) |
| 12/06/2006 | 19 | Memorandum in opposition to re 17 MOTION to Transfer Case *to the District of Maine filed by Defendant Eli Lilly and Company* filed by KAREN ANNE LENTZ, GERALD A. LENTZ, JR. (Attachments: # 1 Appendix No. 1# 2 Appendix Appendix No. 2A-K# 3 Appendix Appendix No. 3# 4 Appendix Appendix No. 4# 5 Appendix Appendix No. 5# 6 Text of Proposed Order Proposed Order Regarding Motion to Transfer)(Levine, Aaron) (Entered: 12/06/2006) |
| 12/13/2006 | 20 | REPLY to opposition to motion re 17 MOTION to Transfer Case *to the District of Maine* filed by ELI LILLY AND COMPANY. (Coots, John) (Entered: 12/13/2006) |
| 12/18/2006 | 21 | ORDER granting Defendant's Motion to Transfer Case 17. Signed by Judge Ellen S. Huvelle on 12/18/2006. (lcesh2) (Entered: 12/18/2006) |
| 01/24/2007 | | Case transferred out to the USDC for the District of Maine, pursuant to Court's order dated 12/18/06. Sent by certified mail. (jf, ) (Entered: 01/24/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/22/2007 12:14:17 | | | |
| PACER Login: | sh0019 | Client Code: | lily 00015 00 |
| Description: | Docket Report | Search Criteria: | 1:06-cv-01374-ESH |
| Billable Pages: | 3 | Cost: | 0.24 |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| | ) | |
| **KAREN ANNE LENTZ and** | ) | |
| **GERALD A. LENTZ, Jr.** | ) | |
| | ) | |
| Plaintiffs, | ) | **Civil Action No. 06-1374 (ESH)** |
| | ) | |
| v. | ) | |
| | ) | |
| **ELI LILLY AND COMPANY,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## MEMORANDUM OPINION AND ORDER

Plaintiffs Karen Anne and Gerald Lentz, who reside in Maine, filed this action in the

Superior Court for the District of Columbia for injuries associated with Mrs. Lentz's *in utero*

exposure to diethylstilbestrol ("DES"). Defendant Eli Lilly, an Indiana corporation, removed the

suit to this Court on the basis of diversity jurisdiction, and now moves to transfer it to the United

States District Court for the District of Maine pursuant to 28 U.S.C. § 1404(a). Defendant

argues that transfer to the District of Maine would serve the interests of justice and the

convenience of the parties because the purchase and ingestion of DES by Mrs. Lentz's mother

occurred in Maine, and the relevant medical records, as well as the key fact witnesses --

including Mrs. Lentz's mother, the doctor who prescribed DES to Mrs. Lentz's mother, and the

doctors who diagnosed and treated Mrs. Lentz's alleged injuries -- are all located in Maine.

(Def. Mot. at 1-2.) Plaintiffs state that they will voluntarily produce the relevant medical records

and make the fact witnesses available for deposition so their live testimony will not be necessary.

They also argue, *inter alia*, that the District of Columbia is the more convenient forum for the

many expert witnesses that are likely to testify in this case, that it is the site of the "original

industry-wide promotion of DES," and that the interpretation of the District of Columbia's statute of limitations will be a central issue in the case. Finally, they assert that their choice of forum is entitled to deference. (Pl. Opp. at 1-6.)

The determination of whether an action should be transferred "is committed to the sound discretion of the trial court." *Piper Aircraft Co. v. Reyno*, 454 U.S. 235, 257 (1981). Section 1404(a) provides that "[f]or the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought," and grants the district court discretion to "adjudicate motions to transfer according to individualized, case-by-case consideration of convenience and fairness." *Reiffin v. Microsoft Corp.*, 104 F. Supp. 2d 48, 50 (D.D.C. 2000) (quoting *Stewart Org., Inc. v. Ricoh Corp.*, 487 U.S. 22, 29 (1988)) (internal quotation marks omitted). As both parties point out, there have been numerous transfer motions in DES cases before this Court over the years. Consistent with the fact-specific approach required for deciding motions to transfer under Section 1404(a), the disposition of these cases has varied according to the particular facts present in the case.

To succeed on a motion to transfer, defendant must first establish that the action could have been brought in the proposed transferee district, *i.e.*, the District of Maine. *DeLoach v. Philip Morris Co.,* 132 F. Supp. 2d 22, 24 (D.D.C. 2000). Second, it must "demonstrate that the balance of convenience of the parties and witnesses and the interest of justice are in their favor." *Consol. Metal Prods., Inc. v. Am. Petroleum Inst.*, 569 F. Supp. 773, 774 (D.D.C. 1983). It is undisputed that this action could have been brought in the District of Maine. Therefore, it is only the second inquiry that requires examination.

-2-

In evaluating a motion to transfer pursuant to Section 1404(a), a court must weigh a number of private and public interest factors. *See Reiffin*, 104 F. Supp. 2d at 51-52. The relevant private interest factors include, but are not limited to: (1) plaintiffs' privilege of choosing the forum; (2) defendant's preferred forum; (3) location where the claim arose; (4) convenience of the parties; (5) convenience of witnesses, but only to the extent that witnesses may be unavailable for trial in one of the fora; and (6) ease of access to sources of proof. Public interest considerations include: (1) the transferee's familiarity with the governing law; (2) the relative congestion of the courts of the transferor and potential transferee; and (3) the local interest in deciding local controversies at home. *See Airport Working Group of Orange County, Inc. v. U.S. Dep't of Def.*, 226 F. Supp. 2d 227, 229 (D.D.C. 2002) (citing *Trout Unlimited v. U.S. Dep't of Agric.*, 944 F. Supp. 13, 16 (D.D.C. 1996)).

Applying these factors here, the Court finds that they weigh in favor of transfer to the District of Maine. Plaintiff does not dispute defendant's assertion that all of the fact witnesses who have been identified date, as well as both plaintiffs, reside in Maine. The subpoena power of the Maine court reaches all of those potential non-party witnesses, while this Court's does not. Plaintiffs' argument that the District of Columbia is more convenient for the likely expert witnesses is unavailing in comparison. While these potential expert witnesses, who by virtue of their role as paid experts must be prepared to travel to testify and are compensated for doing so, are spread out across many states (*see* Pl. Opp. at 5), one single state -- Maine -- is apparently home to all essential fact witnesses. The relevant medical records are also located in Maine. Therefore, convenience of the witnesses and ease of access to the sources of proof both weigh in favor of transfer.

-3-

Maine, the site of the alleged prescription, purchase, and ingestion of DES by Mrs. Lentz's mother, is also the location where plaintiffs' specific claim arose, which further weighs in favor of transfer. Plaintiffs argue that the District of Columbia was the "place of the industry approval efforts for DES" and suggest, without identifying any, that an "army" of DES lobbyists and salespeople who may be potential witnesses reside within this Court's subpoena power. (Pl. Opp. at 6.) However, as Judge Walton noted in another recent DES case, these contacts, which are not directly related to this particular case, do not tip the balance in favor of maintaining this case in the District of Columbia, particularly when compared to the nucleus of facts, witnesses, and documents located in Maine. *See Thompson v. Eli Lilly*, No. 03-122, at 5 (D.D.C. June 27, 2003).

In addition to the private interest factors that decidedly weigh in favor of transfer, the public interest factors also favor transfer. Though the issue has not been decided, it appears that while the D.C. statute of limitations may apply, Maine substantive law will govern this case.[1] And as numerous courts have recognized, the "interests of justice are best served by having a case decided by the federal court in the state whose laws govern the interests at stake." *Kafack v. Primerica Life Ins. Co.*, 934 F. Supp. 3, 8 (D.D.C. 1996); *see Trout*, 944 F. Supp. at 19. Similarly, Maine has a greater interest than the District of Columbia in adjudicating the personal injury claims of Maine citizens under its own tort law. *See Gulf Oil Corp. v. Gilbert*, 330 U.S. 501, 509 (1947).

---

[1]The relevant factors to be considered in the District of Columbia's choice of law analysis would seem to favor the application of Maine substantive law in this case. *See Ideal Elec. Sec. Co. v. Int'l Fid. Ins. Co.*, 129 F.3d 143, 148 (D.D.C. 1997); *Herbert v. District of Columbia*, 808 A.2d 776, 779 (D.C. 2002).

-4-

In contrast, the sole factor that weighs against transfer is the plaintiffs' choice of forum. Ordinarily, a plaintiff's choice of forum is entitled to considerable deference. *See Piper Aircraft*, 454 U.S. at 255; *Armco Steel Co., L.P. v. CSX Corp.*, 790 F. Supp. 311, 323 (D.D.C. 1991). However, that deference is minimized where "the plaintiffs' choice of forum has no meaningful ties to the controversy and no particular interest in the parties or the subject matter,"and "the defendant['s] burden in a motion to transfer decreases when the plaintiffs' choice of forum has no meaningful nexus to the controversy and the parties." *Greater Yellowstone Coalition v. Bosworth*, 180 F. Supp. 2d 124, 128 (D.D.C. 2001) (internal quotation marks and citations omitted); *see Liban v. Churchey Group II, L.L.C.*, 305 F. Supp. 2d 136, 141-42 (D.D.C. 2004); *Airport Working Group*, 226 F. Supp. 2d at 230. The deference owed to plaintiffs' choice of forum is further diminished where "transfer is sought to the forum where plaintiffs reside." *Citizen Advocates for Responsible Expansion, Inc. v. Dole*, 561 F. Supp. 1238, 1239 (D.D.C. 1983); *see Payne v. Giant of Maryland, L.L.C.*, 2006 WL 1793303, at *4 (D.D.C. June 28, 2006); *Turner & Newall, P.L.C. v. Canadian Universal Ins. Co.*, 652 F. Supp. 1308, 1310 (D.D.C. 1987) (noting that the presumption against disturbing plaintiff's choice of forum "may switch to defendants' favor in the District of Columbia when neither party resides in the chosen forum and the cause of action arises elsewhere"). The District of Columbia's ties to this case are minimal, while Maine's interests are considerable, as the plaintiffs reside there, the injuries at issue occurred in Maine, and the doctors who prescribed DES to Mrs. Lentz's mother practiced in Maine. The plaintiff's choice of forum therefore carries little, if any, weight and is insufficient to overcome the factors that weigh in favor of transfer.

-5-

Accordingly, it is hereby **ORDERED** that defendant's motion to transfer [Dkt. # 17] is

**GRANTED**.  The Clerk of the Court is ordered to transfer this case to the United States District

Court for the District of Maine.

     **SO ORDERED**.

/s/
_____
ELLEN SEGAL HUVELLE
United States District Judge

Date: December 18, 2006

-6-

# Attachment P

To
Affidavit of Michelle R. Mangrum in Support of
Defendant Eli Lilly and Company's Memorandum in Support of Its
Response to Plaintiff's Motion to Transfer to the Eastern District of New
York and Motion for Costs

Filed in:
*Connie Franco Pavlicas v. Eli Lilly and Company,*
District Court for the District of Columbia
Civil Action No. 07-1318

141856v1

CLOSED, JURY, TRANSFERRED, TYPE-A

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:06-cv-00764-GK

SUGRUE et al v. ELI LILLY AND COMPANY et al
Assigned to: Judge Gladys Kessler
Demand: $4,000,000
Cause: 28:1332 Diversity-Product Liability

Date Filed: 04/26/2006
Date Terminated: 01/31/2007
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**TRINA A. SUGRUE**                    represented by    **Aaron M. Levine**
AARON M. LEVINE & ASSOCIATES, P.A.
1320 19th Street, NW
Suite 500
Washington, DC 20036
(202) 833-8040
Fax: (202) 833-8046
Email: aaronlevinelaw@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandon J. Levine**
AARON M. LEVINE & ASSOCIATES

1320 19th Street, NW
Suite 500
Washington, DC 20036
(202) 833-8040
Fax: (202) 833-8046
Email: levbran@aol.com
*ATTORNEY TO BE NOTICED*

**Renee Lynne Robinson-Meyer**
AARON M. LEVINE & ASSOCIATES

1320 19th Street, NW
Suite 500
Washington, DC 20036
(202) 833-8040
Fax: (202) 833-8046
Email: aaronlevinelaw@aol.com
*ATTORNEY TO BE NOTICED*

**Steven Jay Lewis**

AARON M. LEVINE & ASSOCIATES

1320 19th Street, NW
Suite 500
Washington, DC 20036
(202) 833-8040
Fax: (202) 833-8046
Email: slewis@aaronlevinelaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**PAUL SUGRUE**                    represented by    **Aaron M. Levine**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandon J. Levine**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Renee Lynne Robinson-Meyer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven Jay Lewis**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**ELI LILLY AND COMPANY**          represented by    **Michelle R. Mangrum**
SHOOK, HARDY & BACON, L.L.P.
Hamilton Square
600 14th Street, NW
Suite 800
Washington, DC 20005-2004
(202) 783-8400
Fax: (202) 783-4211
Email: mmangrum@shb.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Emily J. Laird**
SHOOK HARDY & BACON, LLP
600 14th Street, NW
Suite 800
Washington, DC 20005
(202) 662-4877
Email: elaird@shb.com

*ATTORNEY TO BE NOTICED*

**Defendant**

**BRISTOL-MYERS SQUIBB COMPANY**
*successor to*
E.R. SQUIBB & SONS, INC.

represented by **Sidney G. Leech**
GOODELL, DEVRIES, LEECH & DANN, LLP
One South Street
Suite 2000
Baltimore, MD 21202
(410) 783-4017
Fax: (410) 783-4040
Email: sgl@gdldlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 04/26/2006 | 1 | NOTICE OF REMOVAL by BRISTOL-MYERS SQUIBB COMPANY, ELI LILLY AND COMPANY from Superior Court for the District of Columbia, case number 06ca1832. ( Filing fee $ 350 )filed by BRISTOL-MYERS SQUIBB COMPANY, ELI LILLY AND COMPANY. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(jf, ) (Entered: 04/27/2006) |
| 04/26/2006 | 2 | LCvR 7.1 - CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by ELI LILLY AND COMPANY (jf, ) Modified on 4/27/2006 (lc, ). (Entered: 04/27/2006) |
| 04/26/2006 | 3 | ANSWER to Complaint with Jury Demand by ELI LILLY AND COMPANY. Related document: 1 Notice of Removal, filed by BRISTOL-MYERS SQUIBB COMPANY,, ELI LILLY AND COMPANY,.(jf, ) (Entered: 04/27/2006) |
| 04/27/2006 | 4 | ORDER setting an Initial Scheduling Conference for May 12, 2006 at 10:00 a.m . Signed by Judge Gladys Kessler on 4/27/06. (CS, ) (Entered: 04/27/2006) |
| 04/27/2006 |   | Set/Reset Hearings: Initial Conference set for 5/12/2006 10:00 AM in Courtroom 26A before Judge Gladys Kessler. (CS, ) (Entered: 04/27/2006) |
| 04/28/2006 | 5 | ANSWER to Complaint by BRISTOL-MYERS SQUIBB COMPANY. Related document: 1 Notice of Removal, filed by BRISTOL-MYERS SQUIBB COMPANY,, ELI LILLY AND COMPANY,.(Leech, Sidney) (Entered: 04/28/2006) |
| 04/28/2006 | 6 | NOTICE of Appearance by Brandon J. Levine on behalf of TRINA A. SUGRUE, PAUL SUGRUE (Levine, Brandon) (Entered: 04/28/2006) |
| 04/28/2006 | 7 | NOTICE of Appearance by Renee Lynne Robinson-Meyer on behalf of TRINA A. SUGRUE, PAUL SUGRUE (Robinson-Meyer, Renee) (Entered: 04/28/2006) |

| 04/28/2006 | 8 | NOTICE of Appearance by Steven Jay Lewis on behalf of TRINA A. SUGRUE, PAUL SUGRUE (Lewis, Steven) (Entered: 04/28/2006) |
| 04/28/2006 | 9 | NOTICE of Appearance by Aaron M. Levine on behalf of TRINA A. SUGRUE, PAUL SUGRUE (Levine, Aaron) (Entered: 04/28/2006) |
| 05/01/2006 | 10 | MEET AND CONFER STATEMENT. (Attachments: # 1 Text of Proposed Order Proposed Scheduling Order)(Levine, Aaron) (Entered: 05/01/2006) |
| 05/02/2006 | 11 | SCHEDULING ORDER: Amended Pleadings due by 6/16/2006. Discovery due closes 1/10/2007. Plaintiffs' designation of experts and expert reports due 10/11/06. Defendants' designation of experts and expert reports due 12/11/06. Dispositive Motions due by 2/12/2007. Status Conference set for 12/19/2006 09:30 AM in Courtroom 26A before Judge Gladys Kessler. THE MAY 12, 2006 INITIAL SCHEDULING CONFERENCE IS HEREBY CANCELLED. Signed by Judge Gladys Kessler on 5/2/06. (CS, ) (Entered: 05/02/2006) |
| 05/02/2006 | | Set Deadlines/Hearings: Admissions due by 6/16/2006. Discovery closes by 1/10/2007. Plaintiffs' designation of expert and expert reports due 10/11/06. Defendants' designation of expert and expert reports due 12/11/06. Dispositive Motions due by 2/12/2007. Status Conference set for 12/19/2006 09:30 AM in Courtroom 26A before Judge Gladys Kessler. (CS, ) (Entered: 05/02/2006) |
| 05/11/2006 | 12 | Receipt on 5/11/06 of ORIGINAL FILE, certified copy of transfer order and docket sheet from Superior Court. Superior Court Number 06-1832. (tg, ) (Entered: 05/12/2006) |
| 10/09/2006 | 13 | Consent MOTION to Transfer Case *to the District of Massachusetts* by ELI LILLY AND COMPANY. (Attachments: # 1 Text of Proposed Order)(Laird, Emily) (Entered: 10/09/2006) |
| 10/10/2006 | | MINUTE ORDER granting Motion to Transfer Case 13; pursuant to 28 U.S.C. Section 1404(a), this case is hereby transferred to the United States District court for the District of Massachusetts . Signed by Judge Gladys Kessler on 10/10/06. (CS, ) (Entered: 10/10/2006) |
| 10/27/2006 | | Case transferred out to the United States District Court for the District of Massachusetts, pursuant to Order filed October 10, 2006; sent by certified mail. (tg, ) (Entered: 10/27/2006) |
| 11/13/2006 | | Receipt on 11/13/06 of Confirmation of Receipt of Transfer Papers. Other Court Number 06CA12039MLW sent by U.S. District Court for the District of Massachusetts. (tg, ) (Entered: 11/15/2006) |

# Attachment Q

To
Affidavit of Michelle R. Mangrum in Support of
Defendant Eli Lilly and Company's Memorandum in Support of Its
Response to Plaintiff's Motion to Transfer to the Eastern District of New
York and Motion for Costs

Filed in:
*Connie Franco Pavlicas v. Eli Lilly and Company,*
District Court for the District of Columbia
Civil Action No. 07-1318

CLOSED, TRANSFERRED, TYPE-B

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:05-cv-00339-GK

TALIERCIO v. ELI LILLY AND COMPANY
Assigned to: Judge Gladys Kessler
Cause: 28:1441 Petition for Removal- Product Liability

Date Filed: 02/16/2005
Date Terminated: 06/30/2005
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod.
Liability
Jurisdiction: Diversity

**Plaintiff**

**RENEE TALIERCIO**                    represented by   **Aaron M. Levine**
AARON M. LEVINE &
ASSOCIATES, P.A.
1320 19th Street, NW
Suite 500
Washington, DC 20036
(202) 833-8040
Fax: (202) 833-8046
Email: aaronlevinelaw@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandon J. Levine**
AARON M. LEVINE & ASSOCIATES

1320 19th Street, NW
Suite 500
Washington, DC 20036
(202) 833-8040
Fax: (202) 833-8046
Email: levbran@aol.com
*ATTORNEY TO BE NOTICED*

**Renee Lynne Robinson-Meyer**
AARON M. LEVINE & ASSOCIATES

1320 19th Street, NW
Suite 500
Washington, DC 20036
(202) 833-8040
Fax: (202) 833-8046
Email: aaronlevinelaw@aol.com
*ATTORNEY TO BE NOTICED*

**Steven Jay Lewis**

AARON M. LEVINE & ASSOCIATES

1320 19th Street, NW
Suite 500
Washington, DC 20036
(202) 833-8040
Fax: (202) 833-8046
Email: slewis@aaronlevinelaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**ELI LILLY AND COMPANY**    represented by **Michelle R. Mangrum**
SHOOK, HARDY & BACON, L.L.P.
Hamilton Square
600 14th Street, NW
Suite 800
Washington, DC 20005-2004
(202) 783-8400
Fax: (202) 783-4211
Email: mmangrum@shb.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Emanuel Strand**
SHOOK, HARDY & BACON, L.L.P.
Hamilton Square
600 14th Street, NW
Suite 800
Washington, DC 20005-2004
(202) 639-5617
Fax: (202) 783-4211
Email: pstrand@shb.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/16/2005 | 1 | NOTICE OF REMOVAL by ELI LILLY AND COMPANY from Superior Court for the District of Columbia, case number 05ca0598. ( Filing fee $ 250 )filed by ELI LILLY AND COMPANY.(jf, ) (Entered: 02/17/2005) |
| 02/16/2005 | 2 | ANSWER to Complaint with Jury Demand by ELI LILLY AND COMPANY.(jf, ) (Entered: 02/17/2005) |
| 02/17/2005 | 3 | ORDER setting an Initial Scheduling Conference for March 18, 2005 at 2:00 p.m. in Courtroom 19 . Signed by Judge Gladys Kessler on 2/17/05. (CS, ) (Entered: 02/17/2005) |

| | | |
|---|---|---|
| 02/17/2005 | | Set/Reset Hearings: Initial Scheduling Conference set for 3/18/2005 02:00 PM in Courtroom 19 before Judge Gladys Kessler. (CS, ) (Entered: 02/17/2005) |
| 02/17/2005 | 4 | ENTERED IN ERROR.....NOTICE of Appearance by Aaron M. Levine on behalf of RENEE TALIERCIO (Levine, Aaron) Modified on 2/18/2005 (cp, ). (Entered: 02/17/2005) |
| 02/17/2005 | 5 | Receipt on 02/17/05 of Transfer Papers. Other Court Number 05ca0598 sent by Superior Court for the District of Columbia. (jf, ) (Entered: 02/18/2005) |
| 02/17/2005 | | NOTICE OF CORRECTED DOCKET ENTRY: Document No. 4 was Entered in Error as said Notice of Appearance contained erroneous information. (cp, ) (Entered: 02/18/2005) |
| 02/18/2005 | 6 | NOTICE of Appearance by Aaron M. Levine on behalf of RENEE TALIERCIO (Levine, Aaron) (Entered: 02/18/2005) |
| 02/18/2005 | 7 | NOTICE of Appearance by Brandon J. Levine on behalf of RENEE TALIERCIO (Levine, Brandon) (Entered: 02/18/2005) |
| 02/18/2005 | 8 | NOTICE of Appearance by Renee Lynne Robinson-Meyer on behalf of RENEE TALIERCIO (Robinson-Meyer, Renee) (Entered: 02/18/2005) |
| 02/22/2005 | 9 | Corporate Disclosure Statement by ELI LILLY AND COMPANY. (Strand, Peter) (Entered: 02/22/2005) |
| 03/07/2005 | 10 | NOTICE of Appearance by Steven Jay Lewis on behalf of RENEE TALIERCIO (Lewis, Steven) (Entered: 03/07/2005) |
| 03/11/2005 | 11 | MEET AND CONFER STATEMENT. (Attachments: # 1 Text of Proposed Order Proposed Scheduling Order)(Levine, Aaron) (Entered: 03/11/2005) |
| 03/16/2005 | 12 | SCHEDULING ORDER: Discovery due by 10/1/2005. Dispositive Motions due by 11/1/2005. Plaintiff's Expert Witness List due by 6/15/2005. Defendant's Expert Witness List due 8/1/5. Status Conference set for 9/2/2005 09:30 AM in Courtroom 19 before Judge Gladys Kessler.. Signed by Judge Gladys Kessler on 3/16/05. (CS, ) (Entered: 03/16/2005) |
| 03/23/2005 | 13 | NOTICE of Appearance by Michelle R. Mangrum on behalf of ELI LILLY AND COMPANY (Mangrum, Michelle) (Entered: 03/23/2005) |
| 06/24/2005 | 14 | Consent MOTION to Transfer Case *to the District of New Jersey* by ELI LILLY AND COMPANY. (Attachments: # 1 Text of Proposed Order) (Mangrum, Michelle) (Entered: 06/24/2005) |
| 06/27/2005 | | MINUTE ORDER granting Eli Lilly and Company's Motion to Transfer Case 14; this case is hereby transferred to the United States District Court for the District of New Jersey, Newark Division . Signed by Judge Gladys Kessler on 6/27/05. (CS, ) (Entered: 06/27/2005) |
| 08/11/2005 | | Case transferred out to the USDC for the District of New Jersey |

# Attachment R

To
## Affidavit of Michelle R. Mangrum in Support of
## Defendant Eli Lilly and Company's Memorandum in Support of Its
## Response to Plaintiff's Motion to Transfer to the Eastern District of New
## York and Motion for Costs

Filed in:
*Connie Franco Pavlicas v. Eli Lilly and Company,*
District Court for the District of Columbia
Civil Action No. 07-1318

CLOSED, JURY, TRANSFERRED, TYPE-B

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:05-cv-01556-RMC

THERIAULT v. ELI LILLY AND COMPANY
Assigned to: Judge Rosemary M. Collyer
Demand: $2,000,000
Cause: 28:1332 Diversity-Petition for Removal

Date Filed: 08/02/2005
Date Terminated: 05/01/2006
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod.
Liability
Jurisdiction: Diversity

**Plaintiff**

**ELIZABETH SIOBHAN**
**THERIAULT**

represented by **Aaron M. Levine**
AARON M. LEVINE &
ASSOCIATES, P.A.
1320 19th Street, NW
Suite 500
Washington, DC 20036
(202) 833-8040
Fax: (202) 833-8046
Email: aaronlevinelaw@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandon J. Levine**
AARON M. LEVINE & ASSOCIATES

1320 19th Street, NW
Suite 500
Washington, DC 20036
(202) 833-8040
Fax: (202) 833-8046
Email: levbran@aol.com
*ATTORNEY TO BE NOTICED*

**Renee Lynne Robinson-Meyer**
AARON M. LEVINE & ASSOCIATES

1320 19th Street, NW
Suite 500
Washington, DC 20036
(202) 833-8040
Fax: (202) 833-8046
Email: aaronlevinelaw@aol.com
*ATTORNEY TO BE NOTICED*

**Steven Jay Lewis**

| | | |
|---|---|---|
| 12/02/2005 | | Set Deadlines/Hearings: Discovery closes 6/7/2006. Dispositive Motions due by 7/7/2006. (cdw ) (Entered: 12/21/2005) |
| 12/22/2005 | | CASE REFERRED to Magistrate Judge Alan Kay for Mediation to commence on the same date fact discovery closes 5/8/06. (jsc) (Entered: 12/23/2005) |
| 01/03/2006 | 14 | ORDER setting mediation for May 16, 2006, at 10 am. Signed by Magistrate Judge Alan Kay on 01/03/06. (DM) (Entered: 01/03/2006) |
| 03/20/2006 | 15 | MOTION to Transfer Case *to the District of Massachusetts* by ELI LILLY AND COMPANY. (Attachments: # 1 Memorandum of Points & Authorities in Support of Motion to Transfer to District of Massachusetts# 2 Exhibit Ex 1 Affidavit of Michelle Mangrum# 3 Exhibit Ex 2# 4 Text of Proposed Order)(Mangrum, Michelle) (Entered: 03/20/2006) |
| 03/21/2006 | 16 | NOTICE *of Non-Opposition* by ELIZABETH SIOBHAN THERIAULT re 15 MOTION to Transfer Case *to the District of Massachusetts* (Levine, Aaron) (Entered: 03/21/2006) |
| 05/01/2006 | | MINUTE ENTRY ORDER granting Defendant's Motion to Transfer Case to the District of Massachusetts 15, which the Plaintiff does not oppose. Signed by Judge Rosemary M. Collyer on 5/1/2006. (tkf) (Entered: 05/01/2006) |
| 05/12/2006 | | Case transferred out to the United States District Court for the District of Massachusetts, pursuant to Order filed 5/1/2006; sent by certified mail. (tg, ) (Entered: 05/12/2006) |
| 05/22/2006 | 17 | Receipt on 5/22/06 of Transfer Papers. Other Court Number 06-10879 RCL sent by U.S. District Court for the District of Massachusetts. (tg, ) (Entered: 05/23/2006) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 08/22/2007 12:17:22 | | |
| PACER Login: | sh0019 | Client Code: | lily 00015 00 |
| Description: | Docket Report | Search Criteria: | 1:05-cv-01556-RMC |
| Billable Pages: | 2 | Cost: | 0.16 |

**Exhibit 2**

To
Defendant Eli Lilly and Company's Memorandum in Support of Its
Response to Plaintiff's Motion to Transfer to the Eastern District of New
York and Motion for Costs

Filed in:
*Connie Franco Pavlicas v. Eli Lilly and Company,*
District Court for the District of Columbia
Civil Action No. 07-1318

141856v1

**SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA**
**Civil Division**

CONNIE FRANCO PAVLICAS                          ]
55 Main Street, #10                             ]
Port Washington, NY 10163                       ]
                                                ]
          Plaintiff,                            ]
     v.                                         ] Civil Action No.    0006749-06
                                                ]
ELI LILLY AND COMPANY                           ]         0006748-06
Lilly Corporate Center                          ]
Indianapolis, IN 46285                          ]
w/s/o NATIONAL REGISTERED AGENTS, INC.          ]
1090 Vermont Avenue, NW, #910                   ]
Washington, DC 20005                            ]
                                                ]
          and                                   ]
                                                ]
BRISTOL-MYERS SQUIBB COMPANY                    ]
a successor of E.R. SQUIBB & SONS, INC.         ]
P.O. Box 4500                                   ]
Princeton, NJ 08543                             ]
     w/s/o  CT CORPORATION                      ]
     1025 Vermont Avenue, N.W.                  ]
     Washington, D.C. 20005                     ]
                                                ]
          and                                   ]
                                                ]
PHARMACIA and UPJOHN COMPANY                    ]
(aka THE UPJOHN COMPANY)                        ]
100 Route 206 North                             ]
Peapack, NJ 07977                               ]
     w/s/o  CT CORPORATION                      ]
     1025 Vermont Avenue, N.W.                  ]
     Washington, D.C. 20005                     ]
                                                ]
          and                                   ]
                                                ]
ABBOTT LABORATORIES, INC.                       ]
100 Abbott Park Road                            ]
Abbott Park, IL 60064                           ]
w/s/o CT CORPORATION                            ]
1025 Vermont Avenue, NW                         ]
Washington, DC 20036                            ]
                                                ]
          and                                   ]

RECEIVED
Civil Clerk's Office

SEP - 1 2006

Superior Court of the
District of Columbia
Washington, D.C.

1

DART INDUSTRIES, INC. a successor to ]
REXALL DRUG COMPANY, INC. ]
w/s/o: Sheila AnnMarie Moeller, Esq. ]
     Gilbride, Tusa, Last & Spellane LLC ]
     31 Brookside Drive ]
     Greenwich, CT 06836 ]
          ]
     and ]
          ]
GLAXOSMITHKLINE, INC., ]
a successor to S. E. Massengill ]
Burroughs- Wellcome Co, ]
1500 K Street, NW ]
Washington, DC 20036 ]
          ]
     and ]
          ]
PREMO PHARMACEUTICAL ]
   LABORATORIES, INC. ]
w/s/o Corporation Trust Co. ]
820 Bear Tavern Road ]
West Trenton, NJ 08628 ]
          ]
     and ]
          ]
ORTHO-MCNEIL PHARMACEUTICAL, INC ]
A Delaware Corporation ]
1000 Route 202 South ]
Raritan, NJ 08869 ]
          ]
     and ]
          ]
PERSON & COVEY, INC ]
616 Allen Avenue ]
Glendale, CA 91221 ]
          ]
     and ]
          ]
MERCK & COMPANY, INC. ]
P.O. Box 4 ]
West Point, PA 19486 ]
w/s/o CT CORPORATION ]
1025 Vermont Avenue, NW ]
Washington, DC 20036 ]
          ]
     and ]

MALLINCKRODT, INC., ]
     a Delaware Corporation, ]

2

675 McDonnell Boulevard        ]
St Louis, MO 63042        ]
                      ]

    and              ]
                      ]

ELAN PHARMACEUTICALS,    ]
A successor to CARNRICK      ]
LABORATORIES, INC.,        ]
w/s/o   CT Corporation       ]
      1025 Vermont Avenue, NW   ]
      Washington, DC 20005     ]
                      ]

           Defendants.    ]

## COMPLAINT
### (DES Litigation – Products Liability)

1. Jurisdiction is founded upon 11 D.C. Code §921 (1981 ed.).

2. Defendants are engaged, or have been engaged, in the manufacturing, marketing, sale, promotion, and distribution of pharmaceuticals throughout the United States, and are doing business in the District of Columbia, and sought and obtained industry wide and governmental approval for Diethylstilbestrol ("DES") within the District of Columbia.

## COUNT I
### (Negligence)

3. On or about 1958 and 1959, during her pregnancy with Connie Pavlicas, the mother of the Plaintiff herein ingested Diethylstilbestrol ("DES") in New York. Her physician prescribed said drug during the pregnancy. The Defendants, acting in concert, manufactured, compounded, packaged, labeled, supplied, sold and advertised DES throughout the United States and the state of New York.

4. As a result of Plaintiff's embryonic exposure to DES, she suffered injuries, including, uterine and cervical malformations, miscarriage, infertility, and incurred medical expenses for care and treatment, and suffered physical and mental pain and suffering.

5. Said injuries were the result of the negligence of Defendants, including, but not limited to, failure to test, failure to warn, over-promotion of DES, and failure to report adverse studies regarding the safety and efficacy of DES.

## COUNT II
### (Strict Liability)

6. All of the allegations contained in Count I are realleged and incorporated herein by reference.

7. DES is, and at all times relevant to this action was, an unreasonably dangerous and defective drug when used by pregnant women for its advertised and intended purpose as a preventative of miscarriage.

8. Defendants are engaged or have been engaged in the business of producing DES, and are, or have been, commercial manufacturers of said drug.

9. Plaintiff's mother purchased and ingested DES during her pregnancy with Plaintiff, and received and ingested DES in the same form and condition as when it left Defendants' possession.

10. Said product was defective when placed on the market by Defendants. DES was sold by Defendants without sufficient warning or instructions. A reasonable seller would not have sold the product had he/she known of the risks involved. The risks were greater than a reasonable buyer would expect.

11. Defendants knew, or should have known, that pregnant women and their attending physicians could not realize and could not detect the dangerous and harmful nature of DES. Clear warnings as to the doubtful efficacy of DES and dangers to unborn children should have been disseminated to overcome Defendants' extensive advertising campaigns proclaiming the safety and efficacy of DES.

4

12. As a result of Defendants' marketing and promotion of said defective and unreasonably dangerous drug, Plaintiff was unreasonably exposed to DES as an unborn child and suffered injury, loss, and damages as aforesaid.

13. By reason of having marketed and promoted DES in its defective and unreasonably dangerous condition, Defendants are strictly liable to Plaintiff for her DES-related injuries, losses, and damages.

## COUNT III
### (Breach of Warranty)

14. All of the allegations contained in Counts I and II are realleged and incorporated herein by reference.

15. At all times relevant to this action, Defendants marketed and promoted DES accompanied by implied and express warranties and representations to physicians and their patients that the drug was efficacious as a miscarriage preventative, and was safe for pregnant women and their unborn children if used as directed for such purposes.

16. Defendants knew, or should have known, that pregnant women, including the mother of Plaintiff and her attending physicians, were relying on Defendants' skills and judgments, and the implied and express warranties and representations.

17. At all times relevant to this action, these implied and express warranties and representatives were false, misleading, and unfounded. In fact, DES was a misbranded drug in violation of federal law, and was neither safe nor efficacious as a miscarriage preventative.

18. As a direct result of the breach of warranties by the Defendants, Plaintiff has been injured as aforesaid.

## COUNT IV

### (Misrepresentation)

19. All of the allegations contained in Counts I, II, and III are realleged and incorporated herein by reference.

20. Defendants represented to pregnant women, including the mother of Plaintiff and her attending physicians, in promotion campaigns, advertisements, labeling, and literature that DES was safe, effective, and adequately tested, which representations were made and publicized with the purpose and intent of having physicians and their patients rely on them.

21. The mother of the Plaintiff and her attending physicians, did, in fact, rely on Defendants' representations in his advice about purchase, use, and consumption of DES.

22. At all times relevant to this action, these representations were known to Defendants to be false or they were made by Defendants in conscious, reckless and/or unreasonable disregard of facts available to Defendants, indicating a lack of efficacy and a danger to pregnant women and their unborn children.

23. As a direct result of said false representations by Defendants, Plaintiff was injured as aforesaid.

## COUNT V
### (Punitive Damages)

24. The acts of the Defendants were gross, wanton and intentional in that Defendants, at the time of Plaintiff's exposure, had actual and constructive notice that DES crossed the placental barrier and adversely affected and stunted the morphology and embryologic development of the exposed female fetus. Additionally, the Defendants knew or should have known that DES was ineffective, of no use and provided no benefit to the pregnant mother. Nonetheless, the Defendants knowingly and intentionally promoted DES for use in pregnancy as safe and effective to prevent the threat of miscarriage disregarding the published literature that

warned of the risks and criticized its efficacy. The Defendants intentionally, maliciously and wantonly promoted DES for use in maintaining pregnancy as the most "effective" therapy to prevent miscarriage and even recommended its use prophylactively even where no symptoms or signs of a threatened miscarriage appeared. Additionally, the Defendants fraudulently deceived the Food and Drug Administration and the obstetrical profession and Plaintiff by knowingly and intentionally withholding adverse literature and studies and submitting only favorable reports, which it knew originated in erroneous studies with incompetent investigators using poorly designed test methods.

**WHEREFORE**, Plaintiff Connie Pavlicas, individually, demands judgment against Defendants in the sum of Two Million Dollars ($2,000,000.00) in compensatory damages, and the sum of Two Million Dollars ($2,000,000.00) as punitive damages, jointly and severally, plus costs.

Respectfully submitted,

AARON M. LEVINE & ASSOCIATES

Aaron M. Levine, #7864
1320 19th Street, N.W., Suite 500
Washington, D.C. 20036
(202) 833-8040

Brandon J. Levine, #412130

Renee L. Robinson-Meyer, #455375

Steven J. Lewis, #472564

Counsel for Plaintiff

7

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury as to all issues of material facts.

Aaron M. Levine

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**CONNIE FRANCO PAVLICAS**          )
                                    )
          Plaintiff,                )
                                    )          Civil Action No.: 1:07-CV-1318
          v.                        )          (HHK)
                                    )
**ELI LILLY AND COMPANY, et al.**   )
                                    )
          Defendant.                )
                                    )

## ORDER GRANTING
## DEFENDANT ELI LILLY AND COMPANY'S MOTION FOR COSTS AND
## CONDITIONALLY GRANTING PLAINTIFF'S MOTION TO TRANSFER

This matter came before the Court on Plaintiff Connie Pavlicas' Motion to Transfer to the

Eastern District of New York and Defendant Eli Lilly and Company's ("Lilly") Response to

Plaintiff's Motion to Transfer to the Eastern District of New York and Motion for Costs.  Upon

consideration of the parties' briefing and being otherwise fully advised,

**IT IS HEREBY ORDERED THAT** Lilly's Motion for Costs is Granted pursuant to 28

U.S.C. § 1927.

**IT IS FURTHER ORDERED THAT** within seven days of the date of this Order,

plaintiff's counsel shall pay Lilly the amount of $_____ for its  costs, expenses and

fees.

**IT IS ALSO ORDERED THAT** plaintiff's counsel shall notify the Court when he has

made such payment to Lilly and after such notification is made this case shall be transferred to

the Eastern District of New York pursuant to 28 U.S.C. § 1404.

Dated _____, 2007.                    _____

                                                 The Honorable Henry H. Kennedy
                                                 United States District Judge

cc:  Attached list of counsel

141861v1

**List of Counsel**
*Pavlicas v. Eli Lilly and Company*
Civil Action No. 07-CV-1318

Aaron M. Levine, Esq.
Aaron Levine & Associates
1320 19th St., N.W., Suite 500
Washington, D.C. 20036

**Attorneys for Plaintiff**

Michelle R. Mangrum
Shook, Hardy & Bacon, LLP
600 14th St., NW, Ste. 800
Washington, DC 20005

**Attorneys for Defendant Eli Lilly and Company**

141861v1