IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CONNIE FRANCO PAVLICAS** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**ELI LILLY AND COMPANY, et al.** )<br>)<br>Defendant. )<br>) | Civil Action No.: 1:07:CV:1318<br>(HHK) |

**NOTICE OF WITHDRAWAL OF
DEFENDANT ELI LILLY AND COMPANY'S
RESPONSE TO PLAINTIFF'S MOTION TO TRANSFER TO
THE EASTERN DISTRICT OF NEW YORK
AND MOTION FOR COSTS**

COMES NOW defendant Eli Lilly and Company ("Lilly") and respectfully withdraws Defendant Eli Lilly and Company's Response To Plaintiff's Motion To Transfer To The Eastern District Of New York And Motion For Costs, which was filed on August 22, 2007 (Docket Item No. 21). In support of its notice, Lilly states as follows:

1. Lilly's Response To Plaintiff's Motion To Transfer To The Eastern District Of New York And Motion For Costs (Docket Item No. 21) did not include the LCvR 7(m) certification regarding consultation with opposing counsel.

2. Lilly intends to resubmit its Motion To Transfer To The Eastern District Of New York And Motion For Costs which will include the LCvR 7(m) certification regarding consultation with opposing counsel.

For these reasons, defendant Eli Lilly and Company respectfully notifies the Court and plaintiff that it hereby withdraws Defendant Eli Lilly and Company's Motion To Transfer To The Eastern District Of New York And Motion For Costs.

141865v1

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P

/s/ Michelle R. Mangrum
Michelle R. Mangrum, D.C. Bar No. 473634
John Chadwick Coots, D.C. Bar No. 461979
600 14TH Street, N.W., Suite 800
Washington, D.C.  200005-2004
Phone: (202) 783 -8400
Fax: (202) 783-4211

and

David W. Brooks
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, Missouri  64108
Phone: (816) 474-6550
Fax: (816) 421-5547

**ATTORNEYS FOR DEFENDANT
ELI LILLY AND COMPANY**

- 3 -

## CERTIFICATE OF SERVICE

        I, the undersigned, hereby certify that a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, this 22nd day of August, 2007, which sent notification of such filing to all counsel of record listed below.

Aaron M. Levine
Aaron Levine & Associates
1320 19th St., N.W., Suite 500
Washington, D.C. 20036
**Attorneys for Plaintiff**

      /s/ Michelle R. Mangrum
**ATTORNEY FOR DEFENDANT**
**ELI LILLY AND COMPANY**

- 3 -

141865v1