UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONNIE FRANCO PAVLICAS,<br><br>Plaintiff,<br><br>v.<br><br>ELI LILLY AND COMPANY, et al.,<br><br>Defendants. | Civil Action 07-01318 (HHK) |

**O R D E R**

Upon consideration of plaintiff's supplemental motion for immediate transfer to the Eastern District of New York and bifurcation of defendant Eli Lilly and Company's motion for costs, and any oppositions filed thereto, and for good cause shown, it is this 7th day of September, 2007,

**ORDERED** that Plaintiff's motion be GRANTED, and

ORDERED that the present action be transferred to the Eastern District of New York and the record, save for Defendant Eli Lilly and Company's Motion for Costs, be sent to the Eastern District of New York;

ORDERED that this Court retain jurisdiction only over Defendant Eli Lilly and Company's Motion for Costs.

Henry H. Kennedy, Jr.
United States District Judge