UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONNIE FRANCO PAVLICAS,<br><br>Plaintiff,<br><br>v.<br><br>ELI LILLY AND COMPANY, et al.,<br><br>Defendants. | Civil Action 07-01318 (HHK) |

## ORDER

Before the court are plaintiff's motion to transfer to the Eastern District of New York [#17], defendant Eli Lilly and Company's motion for costs [#24], and plaintiff's supplemental motion for immediate transfer to the Eastern District of New York and bifurcation of defendant's motion for costs [#28].

Upon consideration of the motions, the responses, if any, thereto, and the record of this case, it is this 20th day of September 2007, hereby,

**ORDERED** that plaintiff's motion to transfer this action to the Eastern District of New York [#17] is **GRANTED;** and it is further

**ORDERED** that defendant's motion for costs [#24] is **DENIED;** and it is further

**ORDERED** that plaintiff's motion for immediate transfer to the Eastern District of New York and bifurcation of defendant's motion for costs [#28] is **DENIED** as the motion is moot; and it is further

**ORDERED** that this action be **TRANSFERRED** to the Eastern District of New York.

**SO ORDERED.**

                                          Henry H. Kennedy, Jr.
                                          United States District Judge